IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHRISTINE JONES § | |
|     Plaintiff, § | |
| § | |
| vs. § | Civil Action No._____ |
| § | |
| TAMARA SPIKES and § | |
| BEAUMONT INDEPENDENT § | |
| SCHOOL DISTRICT POLICE § | |
| DEPARTMENT, § | |
|     Defendants. § | |

### DEFENDANT TAMARA SPIKES' NOTICE OF REMOVAL

TO THE CLERK OF THE COURT:

COMES NOW Defendant Tamara Spikes ("Spikes") and files this her Notice of Removal pursuant to 28 U.S.C. section 1441(a), and in support shows the Court as follows:

### NOTICE OF REMOVAL

1. This action was commenced against Defendants Tamara Spikes and Beaumont Independent School District Police Department in the District Court of Jefferson County, Texas, under the following styling: *Christine Jones v. Tamara Spikes and Beaumont Independent School District Police Department,* Cause No. D0195118, In the 136th Judicial District Court of Jefferson County, Texas.  Plaintiff filed the above suit on January 9, 2014, and requested a jury trial.  The case is currently pending in the above court.

2. Defendant Tamara Spikes was served on or about January 17, 2014.  This Notice of Removal is timely filed within the proper time frame after service of Defendant Tamara Spikes and Beaumont Independent School District Police Department, and both Tamara Spikes and Beaumont ISD Police Department consent to the removal of this case to the United States District

Court.  (*See* Consent of Removal from Beaumont ISD Police Department, attached hereto as Exhibit 1. [1]

3.      Defendant states that this action is of a civil nature, and that the district courts of the United States have original jurisdiction to this action pursuant to the provision of 28 U.S.C. Section 1331. This civil action alleges a claim against Tamara Spikes under 42 U.S.C. Section 1983 and therefore may be removed to this Court by Defendant pursuant to 28 U.S.C. Section 1441(a). Plaintiff's Original Petition was filed with the state district court on or about January 9, 2014, Plaintiff alleges that this action arises under the Fourth, Fifth and Fourteenth amendments to the United States Constitution.  Specifically, Plaintiff alleges that Tamara Spikes violated Plaintiff's right "…to be protected from unreasonable, unnecessary and excessive force and unreasonable §seizure of her person under color of state law, and against the defendant Police Department under the Fourth, Fifth and Fourteenth amendments to the United States Constitution…"  (Plaintiff's Original Petition, ¶ B. 2).

4.      Pursuant to Local Rule 81(c), complete copies of the documents on file in the state district court for this matter are attached hereto as Exhibit 2, an indexed appendix titled "Documents in State Court File."   Additionally, Defendant attaches a list of all parties, counsel of record, and the name and address of the court from which the case is being removed as Exhibit 3, a document titled "Identification of Parties, Counsel, and State District Court."

---

[1] The thirty day time period under 28 U.S. Code §1446 (b)(1) ran on February 16, 2014, which was a Sunday. Monday, February 17, 2014 was "Presidents' Day" or "Washington's Birthday" and a legal holiday in both State and Federal court.   Therefore, this Notice is timely filed on February 18, 2014.   See FRCP 6 (a)(1)(C).

## CONCLUSION

For the above reasons, Defendant Tamara Spikes prays that this cause be removed to the United States District Court for the Eastern District of Texas.

Respectfully submitted,

By: */s/ James E. Byrom*
JAMES E. BYROM
State Bar No. 03568100
WALSH, ANDERSON, GALLEGOS,
GREEN & TREVIÑO, P.C.
10375 Richmond Ave., Suite 750
Houston, TX 77042-4196
Office: 713.789.6864
Fax:   713.789.9318
Email: jbyrom@wabsa.com

ATTORNEY FOR DEFENDANT
TAMARA SPIKES

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of February 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  A true and correct copy of the above and foregoing pleading was also served upon all counsel for Plaintiff and Defendant Beaumont ISD Police Department as follows:

Kenneth W. Lewis  
State Bar No. 12295300  
Stephen L. Townsend  
State Bar No. 24071539  
Bush Lewis, PLLC  
595 Orleans Street, Ste. 500  
Beaumont, TX   77701  
Phone: 409-835-3521  
Facsimile: 409-835-4194  

ATTORNEYS FOR PLAINTIFF CHRISTINE JONES

Christopher Gilbert  
State Bar No. 00787535  
Rebecca Weimer  
State Bar No. 24062597  
Thompson & Horton LLP  
Phoenix Tower, Suite 2000  
3200 Southwest Freeway  
Houston, TX 77027  
Phone: 713-554-6767  
Facsimile: 713-583-8884  

Melody G. Chappell  
State Bar No. 00785096  
Wells, Peyton, Greenberg & Hunt, L.L.P.  
550 Fannin Street, Suite 600  
Beaumont, TX   77701  
Phone: 409-838-2644  
Facsimile: 409-838-4713  

ATTORNEYS FOR DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT

                                    */s/ James E. Byrom*  
                                      James E. Byrom