# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES<br>    Plaintiff, | § § § | |
| vs. | § § | Civil Action No._____ |
| TAMARA SPIKES and<br>BEAUMONT INDEPENDENT<br>SCHOOL DISTRICT POLICE<br>DEPARTMENT,<br>    Defendants. | § § § § § § | |

**CONSENT TO REMOVAL TO FEDERAL COURT**

Defendant Beaumont Independent School District Police Department hereby consents to the removal of this case to federal court based on Plaintiff's Original Petition alleging a federal cause of action.

Date: February 14, 2014

_____
Christopher Gilbert
State Bar No. 00787535
Thompson & Horton LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027
Phone: 713-554-6767
Facsimile: 713-583-8884

ATTORNEY FOR DEFENDANT
BEAUMONT INDEPENDENT SCHOOL
DISTRICT POLICE DEPARTMENT