# EXHIBIT 3

CAUSE NO. D0195118

| | | |
|---|---|---|
| CHRISTINE JONES | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § | 136TH JUDICIAL DISTRICT |

## IDENTIFICATION OF PARTIES, COUNSEL, AND STATE DISTRICT COURT

1. **Identification of Parties**

   a. Christine Jones – Plaintiff
   b. Tamara Spikes – Defendant
   c. Beaumont Independent School District – Defendant

2. **Identification of Counsel**

   a. Kenneth W. Lewis
      State Bar No. 12295300
      Stephen L. Townsend
      State Bar No. 24071539
      Bush Lewis, PLLC
      595 Orleans Street, Ste. 500
      Beaumont, TX 77701
      Phone: 409-835-3521
      Facsimile: 409-835-4194

      ATTORNEYS FOR PLAINTIFF CHRISTINE JONES

   b. James E. Byrom
      State Bar No. 03568100
      Walsh, Anderson, Gallegos, Green & Trevino, P.C.
      10375 Richmond Ave., Suite 750
      Houston, TX 77042-4196
      Phone: (713) 789-6864
      Facsimile: (713) 789-9318

      ATTORNEY FOR DEFENDANT TAMARA SPIKES

    c.    Christopher Gilbert
State Bar No. 00787535
Rebecca Weimer
State Bar No. 24062597
Thompson & Horton LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027
Phone: 713-554-6767
Facsimile: 713-583-8884

Melody G. Chappell
State Bar No. 00785096
Wells, Peyton, Greenberg & Hunt, L.L.P.
550 Fannin Street, Suite 600
Beaumont, TX 77701
Phone: 409-838-2644
Facsimile: 409-838-4713

ATTORNEYS FOR DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT

**3.**    **Identification of State District Court**

136th Civil District Court
1001 Pearl Street
Beaumont, TX 77701
Phone: (409) 835-8481
Facsimile: (409) 784-5814

CAUSE NO. D0195118

| | | |
|---|---|---|
| CHRISTINE JONES | § § § | IN THE DISTRICT COURT |
| vs. | § § § | JEFFERSON COUNTY, TEXAS |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § | 136TH JUDICIAL DISTRICT |

## IDENTIFICATION OF COUNSEL

1. **Identification of Counsel**

    a. Kenneth W. Lewis
       State Bar No. 12295300
       Stephen L. Townsend
       State Bar No. 24071539
       Bush Lewis, PLLC
       595 Orleans Street, Ste. 500
       Beaumont, TX 77701
       Phone: 409-835-3521
       Facsimile: 409-835-4194

       ATTORNEYS FOR PLAINTIFF CHRISTINE JONES

    b. James E. Byrom
       State Bar No. 03568100
       Walsh, Anderson, Gallegos, Green & Trevino, P.C.
       10375 Richmond Ave., Suite 750
       Houston, TX 77042-4196
       Phone: (713) 789-6864
       Facsimile: (713) 789-9318

       ATTORNEY FOR DEFENDANT TAMARA SPIKES

    c. Christopher Gilbert
       State Bar No. 00787535
       Rebecca Weimer
       State Bar No. 24062597
       Thompson & Horton LLP
       Phoenix Tower, Suite 2000
       3200 Southwest Freeway
       Houston, TX 77027
       Phone: 713-554-6767
       Facsimile: 713-583-8884

Melody G. Chappell
State Bar No. 00785096
Wells, Peyton, Greenberg & Hunt, L.L.P.
550 Fannin Street, Suite 600
Beaumont, TX  77701
Phone: 409-838-2644
Facsimile: 409-838-4713

ATTORNEYS FOR DEFENDANT BEAUMONT
INDEPENDENT SCHOOL DISTRICT POLICE
DEPARTMENT