IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES<br>　　Plaintiff,<br><br>vs.<br><br>TAMARA SPIKES and<br>BEAUMONT INDEPENDENT<br>SCHOOL DISTRICT POLICE<br>DEPARTMENT,<br>　　Defendants. | § § § § § § § § § § § | Civil Action No. 1:14-cv-00103 |

## DEFENDANT TAMARA SPIKES' NOTICE OF SUPPLEMENTATION

TO THE CLERK OF THE COURT:

COMES NOW Defendant Tamara Spikes and files this Notice of Supplementation and files her Civil Cover Sheet, which is attached hereto as Exhibit A, and which is being filed simultaneously herewith.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ James E. Byrom
　　　　　　　　　　　　　　　　　　　　JAMES E. BYROM
　　　　　　　　　　　　　　　　　　　　State Bar No. 03568100
　　　　　　　　　　　　　　　　　　　　WALSH, ANDERSON, GALLEGOS,
　　　　　　　　　　　　　　　　　　　　GREEN & TREVIÑO, P.C.
　　　　　　　　　　　　　　　　　　　　10375 Richmond Ave., Suite 750
　　　　　　　　　　　　　　　　　　　　Houston, TX 77042-4196
　　　　　　　　　　　　　　　　　　　　Office: 713.789.6864
　　　　　　　　　　　　　　　　　　　　Fax:　713.789.9318
　　　　　　　　　　　　　　　　　　　　Email: jbyrom@wabsa.com

　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　TAMARA SPIKES

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. A true and correct copy of the above and foregoing pleading was also served upon all counsel for Plaintiff and Defendant Beaumont ISD Police Department as follows:

Kenneth W. Lewis
State Bar No. 12295300
Stephen L. Townsend
State Bar No. 24071539
Bush Lewis, PLLC
595 Orleans Street, Ste. 500
Beaumont, TX 77701
Phone: 409-835-3521
Facsimile: 409-835-4194

ATTORNEYS FOR PLAINTIFF CHRISTINE JONES

Christopher Gilbert
State Bar No. 00787535
Rebecca Weimer
State Bar No. 24062597
Thompson & Horton LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027
Phone: 713-554-6767
Facsimile: 713-583-8884

Melody G. Chappell
State Bar No. 00785096
Wells, Peyton, Greenberg & Hunt, L.L.P.
550 Fannin Street, Suite 600
Beaumont, TX 77701
Phone: 409-838-2644
Facsimile: 409-838-4713

ATTORNEYS FOR DEFENDANT BEAUMONT
INDEPENDENT SCHOOL DISTRICT POLICE
DEPARTMENT

/s/ James E. Byrom
James E. Byrom