IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § | |
| v. | § § | NO. 1:14-CV-103 |
| TAMARA SPIKES, and BEAUMONT ISD POLICE DEPARTMENT | § § § | |

**ORDER**

Pursuant to 28 U.S.C. § 455(b), the undersigned is recused from the above styled cause of action.

SIGNED this 24th day of February, 2014.

_____
Zack Hawthorn
United States Magistrate Judge