# EXHIBIT B

ANSCV 123909
DOCUMENT 4326798

RECEIVED 10-22-13
CAROLYN L. GUIDRY, County Clerk
Jefferson County, Texas

CAUSE NO. 123909

| | | |
|---|---|---|
| TAMARA SPIKES | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NO. 1 |
| | § | |
| CHRISTINE JONES | § | JEFFERSON COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CHRISTINE JONES, Defendant in the above-entitled and numbered cause, and in answer to Plaintiff's Original Petition filed herein would show the Court the following:

I.

Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's Original Petition, and demands strict proof thereof.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that upon trial hereof Plaintiff recovers nothing, and that Defendant recovers her costs. Defendants request all other relief to which they are justly entitled.

Respectfully submitted,

HARRIS, DUESLER & HATFIELD, L.L.P.

*/s/ Richard W. Hatfield*
By: _____
RICHARD W. HATFIELD
State Bar No. 00790836
Post Office Box 830
Beaumont, Texas 77704
Office - (409) 832-8382
Fax    - (409) 833-4240
ATTORNEYS FOR DEFENDANT
CHRISTINE JONES

## JURY DEMAND

Defendant hereby demands a trial by jury.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to counsel for Plaintiff by facsimile and regular U.S. mail, this 21st day of October, 2013, and further certify that to the best of my knowledge, information, and belief, formed after a reasonable inquiry is:

(1) consistent with the rules of civil procedure and warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law;

(2) not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation; and

(3) not unreasonable or unduly burdensome or expensive, given the needs of the case, the discovery already had in the case, the amount in controversy, and the importance of the issues at stake in the litigation.

/s/ Richard W. Hatfield
_____
RICHARD W. HATFIELD

ANSWER
FILED FOR RECORD
*Carolyn L. Guidry*
2013 Oct 22, 12:30 PM       123909

CAROLYN L. GUIDRY, COUNTY CLERK
JEFFERSON COUNTY, TEXAS