IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § | CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § § | Judge Ron Clark |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § § | Magistrate Judge Keith Giblin |

### ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

On this day came on to be heard Plaintiff's Motion to Remand. Upon consideration of the motion, response, and applicable law, the Court is of the opinion that Plaintiff's Motion to Remand should be in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Remand is in all things GRANTED and this case is hereby remanded to the 136th District Court of Jefferson County, Texas.