# EXHIBIT 1

**Carolyn L. Guidry, County Clerk**  
**Jefferson County**

Date: 03/05/2014 12:31 PM

## Docket Sheet

### Cause Information

| | |
|---|---|
| **Cause:** 123909 | **Cause Type:** DAM |
| **Date Filed:** 09/19/2013 12:00:00 AM | **Court Assigned:** COUNTY COURT AT LAW |

### Parties

| | Party Type | Name | Date of Birth |
|---|---|---|---|
| 1 | PLAINTIFF | SPIKES TAMARA | |
| 2 | DEFENDANT | JONES CHRISTINE | |

### Documents

| Date Received | Description | Microfilm | # Pages | Document ID |
|---|---|---|---|---|
| 09/19/2013 | CIVIL CASE INFORMATION SHEET | | | 4311481 |
| 09/19/2013 | PETITION (PLAINTIFF'S ORIGINAL) | | | 4311482 |
| 09/19/2013 | CITATION (ORIGINAL) | | | 4311483 |
| 09/30/2013 | CITATION (ORIGINAL) | | | 4316578 |
| 10/22/2013 | CORRESPONDENCE | | | 4326797 |
| 10/22/2013 | ANSWER | | | 4326798 |
| 11/25/2013 | CORRESPONDENCE | | | 6007406 |
| 01/23/2014 | CORRESPONDENCE | | | 8088178 |
| 01/23/2014 | DISCOVERY (CERTIFICATE OF WRITTEN) | | | 8088278 |
| 02/12/2014 | NOTICE OF INTENT | | | 8817802 |



TRUE AND CORRECT COPY OF ORIGINAL FILED IN JEFFERSON COUNTY CLERK'S OFFICE

**Carolyn L. Guidry, County Clerk**  Date: 03/05/2014 12:31 PM
**Jefferson County**

## Docket Sheet

| | | | |
|---|---|---|---|
| 02/12/2014 | CERTIFICATE ON WRITTEN QUESTIONS | | 8885187 |
| 03/05/2014 | DOCKET | 1 | 9644202 |

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
3/5/14
CAROLYN L. GUIDRY, COUNTY CLERK
JEFFERSON COUNTY, TEXAS
BY _____ DEPUTY
BRIDGETTE MOORE