# EXHIBIT 2

DOCUMENT 9644202

DOKCV
123909

# CIVIL DOCKET

## IN THE COUNTY COURT AT LAW NO. 1, JEFFERSON COUNTY, TEXAS

Cause No. 0123909

*STYLE:*   TAMARA SPIKES
VS
CHRISTINE JONES

| *PLAINTIFF'S ATTORNEY:* | *DEFENDANT'S ATTORNEY:* |
|---|---|
| ADAMS, LANGSTON | |
| CASE TYPE: INJURY/DAMAGE: MOTOR VEHICLE | |
| FILE DATE: 09/19/13 | |

| DATE | ORDERS OF THE COURT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | I CERTIFY THIS IS A TRUE COPY |
| | Witness my Hand and Seal of Office |
| | FEB 0 5 2014 |
| | CAROLYN L. GUIDRY, COUNTY CLERK |
| | JEFFERSON COUNTY, TEXAS |
| | BY *Frances Graham* DEPUTY |
| | Frances Graham |

DOCKET

**FILED FOR RECORD**

*Carolyn L. Guidry*

2014 Mar 05, 12:27 PM   123909

Carolyn L. Guidry, County Clerk
Jefferson County, Texas