IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § | |
| | § | CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § | |
| | § | Judge Ron Clark |
| TAMARA SPIKES and | § | Magistrate Judge Keith Giblin |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT POLICE | § | |
| DEPARTMENT | § | |

### PLAINTIFF'S MOTION TO WITHDRAW MOTION TO REMAND

Plaintiff files this Motion to Withdraw her Motion to Remand previously filed with this Court on February 25, 2014 (Doc. #5) because plaintiff no longer opposes defendants' removal of this case from state court to federal court.

                                        Respectfully submitted,

                                        BUSH LEWIS, PLLC
                                        595 Orleans Street, Ste. 500
                                        Beaumont, Texas 77701
                                        409/835-3521
                                        409/835-4194 (Fax)

By: _____
                                        Kenneth W. Lewis
                                        Texas Bar #12295300
                                        Ken.l@bushlewis.com
                                        Stephen L. Townsend
                                        Texas Bar #24071539
                                        Stephen.T@bushlewis.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on all counsel of record through the Court's electronic filing system, this 9th day of June, 2014.

_____
Kenneth W. Lewis