IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § | |
| | § | CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § § | |
| | § | Judge Ron Clark |
| TAMARA SPIKES and | § | Magistrate Judge Keith Giblin |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT POLICE | § | |
| DEPARTMENT | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW MOTION TO REMAND

Plaintiff files this unopposed Motion to Withdraw her Motion to Remand previously filed with this Court on February 25, 2014 (Doc. #5) because plaintiff no longer opposes defendants' removal of this case from state court to federal court.

Respectfully submitted,

BUSH LEWIS, PLLC
595 Orleans Street, Ste. 500
Beaumont, Texas 77701
409/835-3521
409/835-4194 (Fax)

*[signature: Ken Lewis]*

By: _____
Kenneth W. Lewis
Texas Bar #12295300
Ken.l@bushlewis.com
Stephen L. Townsend
Texas Bar #24071539
Stephen.T@bushlewis.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that I have complied with the meet and confer requirements of Local Rule CV-7(h) by contacting counsel for the removing defendants on June 10, 2014 by e-mail. Defendant are unopposed to the filing of this Motion to Withdraw Motion to Remand.

*/s/ Ken Lewis*

_____
Kenneth W. Lewis

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on all counsel of record through the Court's electronic filing system, this 10th day of June, 2014.

*/s/ Ken Lewis*

_____
Kenneth W. Lewis