IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § | CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § § | Judge Ron Clark |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § § | Magistrate Judge Keith Giblin |

### ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION TO REMAND

On this day came on to be heard Plaintiff's Motion to Withdraw her Motion to Remand (Doc #5). Upon consideration of the motion and the applicable law, the Court is of the opinion that Plaintiff's Motion to Withdraw her Motion to Remand should be in all things GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand (Doc #5) is hereby withdrawn.