# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DIVISION OF TEXAS
# BEAUMONT DIVISION

No. 1:14-CV-103

CHRISTINE JONES,

                Plaintiff,

v.

TAMARA SPIKES, *et al.*,

                Defendants.

Advisory

The litigants and counsel are notified of the following matters relevant to and governing proceedings in this action:

1. This case is assigned for trial to Hon. Ron Clark, United States District Judge, and is referred to the undersigned magistrate judge for pretrial proceedings.

2. **Judge Clark's procedures and rules of practice will govern this action.** Accordingly, counsel and the parties shall consult and comply with Judge Clark's **Standing Orders, Courtroom Information** and **Form Orders** posted in the "*Judges*" section of the court's website located at:

        ***www.txed.uscourts.gov***

3. Judge Clark's referral order directs that upon receipt of all parties' consent, this action automatically will be reassigned to the undersigned

      for trial. In that event, only **Federal Rules of Civil Procedure and Local Rules of Court will govern thereafter** unless the parties give written notice that they jointly elect to continue under Judge Clark's rules and procedures.

4.     Forms for consenting to a magistrate judge trial are available online from the "*Forms: Federal Forms*" section of the court's website.

**SIGNED this the 16th day of June, 2014.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE