

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **CHRISTINE JONES,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| versus § | **CIVIL ACTION NO. 1:14CV103** |
| § | **(RC-KFG)** |
| **TAMARA SPIKES and** § | |
| **BEAUMONT I.S.D. POLICE DEPT.,** § | |
| § | |
| *Defendants*. § | |

**ORDER ON MOTION TO WITHDRAW MOTION TO REMAND**

In accordance with 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, the District Court referred the above-captioned civil action to the undersigned United States Magistrate Judge for consideration of pretrial matters. Pending before the Court is the plaintiff's unopposed motion to withdraw her previously-filed motion to remand. In her motion, the plaintiff represents that she no longer opposes the defendants' removal of the case to federal court.

The Court **ORDERS** that the *Unopposed Motion to Withdraw Motion to Remand* (doc. #11) is **GRANTED**. The pending *Motion to Remand* (doc. #5) filed by plaintiff accordingly is **WITHDRAWN** and **TERMINATED** as pending. Because there are no other pending motions and

the plaintiff no longer opposes removal to federal court, the undersigned will separately issue the necessary orders for setting the case on the trial docket.

It is so ordered.

**SIGNED this the 16th day of June, 2014.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE