IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHRISTINE JONES | § § § |
| vs. | §  C.A. NO. 1:14-CV-00103 |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § § |

## PROPOSED SCHEDULING ORDER DEADLINES

The following actions shall be completed by the date indicated. (The times indicated are the standard for most cases. Counsel should be prepared to explain the need for requested changes).

| | |
|---|---|
| September 25, 2014 (6 weeks after management conference) | Deadline to add parties. (A motion for leave is required when adding a party that destroys the court's jurisdiction). |
| N/A | Deadline for motions to transfer. |
| January 31, 2015 | Mediation should occur by this date. |
| October 23, 2014 (10 weeks after conf.) | Plaintiffs' disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b). |
| November 6, 2014 (12 weeks after conf.) | Deadline for Plaintiffs to file amended pleadings. (A motion for leave to amend is not necessary, except as otherwise provided herein). |
| November 20, 2014 (14 weeks after conf.) | Defendant's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b). |

| | |
|---|---|
| December 4, 2014 (Defendant's deadline)<br>(6 weeks after disclosure of an expert is made<br><br>January 2, 2015 (Plaintiff's deadline) | Deadline to object to any other party's expert witnesses.<br><br>Objection shall be made as a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. The Court will not accept objections to experts filed in any form – i.e. motions in limine – after this date.<br><br>Expert reports should include the categories of information set out in Fed. R.Civ. P. 26(a)(2)(B)(i)-(vi) and 26(a)(2)(C)(i)-(ii). Challenges to expert reports include those set out in Fed. R. Evid. 702(a)-(d) and 703. |
| November 20, 2014<br>(14 weeks after conf.) | Deadline for Defendant's final amended pleadings. A motion for leave to amend is not necessary. |
| January 2, 2015<br>(18 weeks after conf. and 12 weeks before docket call) | Deadline for motions to dismiss, motions for judgment, or other dispositive motions. |
| March 12, 2015<br>(28 weeks after conf.) | All discovery shall be commenced in time to be completed by this date. |
| March 30, 2015<br>(5 weeks before docket call) | Notice of intent to offer certified records. |
| March 30, 2015<br>(5 weeks before docket call) | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* Local Rule CV-16(b)) and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |

| | |
|---|---|
| April 6, 2015<br>(4 weeks before docket call) | Video Deposition Designation due. Each party who proposes to offer a deposition by Video shall file a disclosure identifying the line and page numbers to be offered. All other parties will have ten days to file a response requesting cross examination line and page numbers to be included. Any objections to testimony must be filed ten days prior to the Final Pretrial Conference. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties designations and the court's ruling on objections. |
| April 13, 2015<br>(3 weeks before docket call) | Motions in limine due<br>File Joint Final Pretrial Order (See Local Rules – Appendix D. Obtain form for Exhibit List from Clerk's office or Court website).<br><br>File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| April 20, 2015<br>(2 weeks before docket call) | Response to motions in limine due. [1]<br><br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order.[2] (This does not extend deadline to object to expert witnesses.) if numerous objections are filed, the court may set a hearing prior to docket call. |
| April 27, 2015<br>(1 week before docket call) | Pre-marked exhibit list due (Obtain form from website or District Clerk's Office). |

---

[1] This is not an invitation or requirement to file written responses. Most motions in limine can be decided without a written response. But, if briefing is needed on a particularly difficult or novel issue, the Court needs some time to review the matter.

[2] Objections not made at this time, with the exceptions of objection under Federal Rules of Evidence 402 and 403, may be deemed waived.

3

| | |
|---|---|
| May 4, 2015 | Docket call and Final Pretrial at 9:00 a.m. in Beaumont.  Date parties should be prepared to try case. |
| May 11, 2015 | 9:00 a.m. Jury Selection and Trial.  Case will be tried in order with other cases on the docket. |

626390