# IN UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § § | |
| vs. | § § | C.A. NO. 1:14-CV-00103 |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § § | |

## NOTICE OF DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT'S INITIAL MANDATORY DISCLOSURE

Defendant, Beaumont Independent School District, files this Notice with the Court that the Initial Mandatory Disclosure of Defendant Beaumont Independent School District under the U.S. Eastern District of Texas Local Rule CV-26 and Federal Rules of Civil Procedure 26(a)(1), was made on the 1st day of August, 2014.

Respectfully submitted,

Thompson & Horton LLP

By: /s/ Christopher B. Gilbert
Christopher B. Gilbert
Attorney-in-Charge
State Bar No. 00787535
cgilbert@thompsonhorton.com
Frances R. Broussard
State Bar No. 24055218
fbroussard@thompsonhorton.com

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6744
Facsimile: (713) 583-7698

**Attorneys for Defendant Beaumont
Independent School District**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on all counsel of record through the Court's electronic filing system, this 1st day of August, 2014.

/s/ Frances R. Broussard
Frances R. Broussard

628402