IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHRISTINE JONES | § § § |
| vs. | §   C.A. NO. 1:14-CV-00103 § |
| TAMARA SPIKES and<br>BEAUMONT INDEPENDENT<br>SCHOOL DISTRICT POLICE<br>DEPARTMENT | § § § § |

**NOTICE OF DEFENDANT TAMARA SPIKES'S
INITIAL MANDATORY DISCLOSURE**

Defendant, Tamara Spikes, files this Notice with the Court that the Initial Mandatory Disclosure of Defendant Tamara Spikes required under the U.S. Eastern District of Texas Local Rule CV-26 and Federal Rules of Civil Procedure 26(a)(1), was made on the 8th day of August, 2014.

Respectfully Submitted,

WALSH, ANDERSON, GALLEGOS,
  GREEN & TREVINO P.C.

/s/ *James E. Byrom*
James E. Byrom
State Bar No. 03568100
jbyrom@wabsa.com
Kelley L. Kalchthaler
State Bar No. 24074509
kkalchthaler@wabsa.com
10375 Richmond Ave. Suite 750
Houston, Texas  77042-4196
(713) 789-6864 (phone)
(713) 789-9318 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2014, a true and correct copy of the foregoing was served upon counsel of record as follows:

Kenneth W. Lewis　　　　　　　　　　　　　　　　***Via Electronic Case Filing***
Stephen L. Townsend
595 Orleans Street, Suite 500
Beaumont, Texas  77701
*Attorneys for Plaintiff*

Christopher B. Gilbert　　　　　　　　　　　　　　***Via Electronic Case Filing***
Frances R. Broussard
Thompson & Horton, L.L.P.
3200 Southwest Freeway, Suite 2000
Houston, Texas  77027
*Attorneys for Defendant Beaumont ISD*

　　　　　　　　　　　　　　　　　　/s/ *James E. Byrom*　　　　　　　
　　　　　　　　　　　　　　　　　　James E. Byrom