**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **CHRISTINE JONES,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | **C.A. No. 1:14-cv-00103** |
| **TAMARA SPIKES and BEAUMONT** | § | |
| **INDEPENDENT SCHOOL DISTRICT** | § | |
| **POLICE DEPARTMENT,** | § | |
| | § | |
| **Defendants** | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR
AMENDED ANSWERS OR OTHER RESPONSIVE PLEADINGS**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Beaumont Independent School District ("BISD" or "District") and Tamara Spikes jointly file their Unopposed Motion for Extension of Time to File their Amended Answer or Other Responsive Pleadings, and would respectfully show the Court as follows:

**I.**

1.     On August 7, 2014, Plaintiff filed her Amended Complaint in this matter. Pursuant to FED. R. CIV. P. 15(a)(3),  the Defendants have fourteen (14) days to respond to the Amended Complaint, and hence the deadline to do so is August 21, 2014.

2.     Counsel for both Defendants primarily represent school districts and school employees.  As the Court is no doubt aware, next week is the first week of school for the public school system of Texas.  While both of the undersigned have been working on their responsive pleadings, they have had a number of emergencies come up from school district clients trying to get ready for school next week.  For example, Mr. Gilbert has spent the morning of August 21 talking to two different school district clients (not Beaumont ISD) about TRO's that are likely to

be filed against the school districts in the next couple days, regarding a parent's right of access to school property, and the placement of a student unexpectedly returning to school from juvenile detention.   These client emergencies have prevented either attorney from focusing on their responsive pleadings.

3.      For the foregoing reasons, Defendant Beaumont Independent School District and Tamara Spikes both respectfully request an extension of seven (7) days of their deadline for responding to Plaintiff's Amended Complaint, until Thursday, August 28, 2014.  This extension is sought not for purposes of delay, but so that justice may be done.  Neither the Plaintiff nor the Court will be prejudiced by this short delay.

## II.
### CERTIFICATE OF CONFERENCE

Mr. Christopher Gilbert, the undersigned counsel of record for Beaumont ISD, hereby certifies that on Wednesday, August 20, 2014 and Thursday, August 21, 2014, he communicated by email and by telephone with Mr. Kenneth W. Lewis, counsel for the Plaintiff, and that Mr. Lewis stated that he is not opposed to this Motion.  Mr. James E. Byrom, counsel for Defendant Tamara Spikes, joins in this Motion.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By:   /s/ Christopher B. Gilbert
          Christopher B. Gilbert
          Attorney-in-Charge
          State Bar No. 00787535
          cgilbert@thompsonhorton.com
          Frances R. Broussard
          State Bar No. 24055218
          fbroussard@thompsonhorton.com

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone:  (713) 554-6744
Facsimile:  (713) 583-7698

**ATTORNEYS FOR DEFENDANT BEAUMONT
INDEPENDENT SCHOOL DISTRICT**

By: /s/ James E. Byrom[1]_____
    JAMES E. BYROM
    State Bar No. 03568100
    WALSH, ANDERSON, GALLEGOS,
     GREEN & TREVINO, P.C.
    10375 Richmond Ave., Suite 750
    Houston, TX 77042-4196
    Office: 713.789.6864
    Fax: 713.789.9318
    Email: jbyrom@wabsa.com

ATTORNEY FOR DEFENDANT TAMARA
SPIKES

---

[1] Signed by permission.  /s/  Christopher B. Gilbert_____

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on all counsel of record through the Court's electronic filing system, on August 21, 2014.


   /s/ Christopher B. Gilbert
Christopher B. Gilbert