IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **CHRISTINE JONES,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | |
| | § | **C.A. No. 1:14-cv-00103** |
| **TAMARA SPIKES and BEAUMONT** | § | |
| **INDEPENDENT SCHOOL DISTRICT** | § | |
| **POLICE DEPARTMENT,** | § | |
| | § | |
| **Defendants** | § | |

# ORDER

On this day, the Court considered Defendant Beaumont Independent School District's and Tamara Spikes' Unopposed Motion for Extension of Time to File their Amended Answers or Other Responsive Pleadings. After consideration of this Motion, any response by the Plaintiff and any oral argument, the Court finds that good cause exists to extend the Defendants' deadline for filing their responses to the Plaintiff's Amended Complaint. According, the Court rules that Defendant Beaumont Independent School District's deadline and Defendant Tamara Spikes' deadline for filing their responses to the Plaintiff's Amended Complaint are now Thursday, August 28, 2014.