

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **CHRISTINE JONES,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| versus | § | **CIVIL ACTION NO. 1:14CV103** |
| | § | **(RC-KFG)** |
| **TAMARA SPIKES and** | § | |
| **BEAUMONT I.S.D. POLICE DEPT.,** | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE ANSWER**

In accordance with 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, the District Court referred the above-captioned civil action to the undersigned United States Magistrate Judge for consideration of pretrial matters. Pending before the Court is the Defendants' *Unopposed Motion for Extension of Time to File their Amended Answers or Other Responsive Pleadings* (Doc. #22).

After consideration, the Court finds that good cause exists to extend the Defendants' deadline for filing their responsive pleadings to the Plaintiff's Amended Complaint. It is therefore **ORDERED** that the motion for extension of time (Doc. #22) is **GRANTED**. The

Defendants' deadline to respond or otherwise answer the Plaintiff's Amended Complaint is extended to **August 28, 2014**, as requested.

  **SIGNED this the 21st day of August, 2014.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE