IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § § | |
| vs. | § § | C.A. NO. 1:14-CV-00103 |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § | |

## ORDER GRANTING DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT'S MOTION TO DISMISS

On this day came to be considered Defendant Beaumont Independent School District's Motion to Dismiss. After consideration of the pleadings of the parties filed in this case, this Court is of the opinion that Defendant Beaumont Independent School District's Motion to Dismiss is meritorious and should be GRANTED.

It is therefore ORDERED that Defendant Beaumont Independent School District's Motion to Dismiss be, and is hereby, GRANTED. It is further ORDERED that Plaintiff's claims against Beaumont Independent School District are DISMISSED WITH PREJUDICE.