# EXHIBIT B

As stated in footnote 5 of Defendant's Spikes motion, these records are confidential medical records implicating privacy rights of Defendant Spikes. As such, they are being filed under a supplemental motion under seal. A copy of those records will also be provided by the undersigned counsel to the counsel of record in this matter pursuant to the certification also provided in this motion.