IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES         Plaintiff, | § § § | |
| vs. | § § | Civil Action No. 1:14-cv-00103 |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT,         Defendants. | § § § § § | |

## ORDER GRANTING DEFENDANT TAMARA SPIKES' MOTION TO DISMISS

Be it remembered that on this day came on to be considered Defendant Tamara Spikes' Motion to Dismiss. After consideration of the pleadings of the parties filed in this case, this Court is of the opinion that Defendant Tamara Spikes' Motion to Dismiss is meritorious and should be GRANTED.

It is therefore ORDERED that Defendant Tamara Spikes' Motion to Dismiss be, and it hereby is, GRANTED. Defendant Tamara Spikes is DISMISSED WITH PREJUDICE.