# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **CHRISTINE JONES** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:14-cv-00103 |
| | § | |
| **TAMARA SPIKES and** | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT POLICE** | § | |
| **DEPARTMENT,** | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT TAMARA SPIKES' MOTION FOR SUMMARY JUDGMENT

Be it remembered that on this day came on to be considered Defendant Tamara Spikes' Motion for Summary Judgment. After consideration of the pleadings of the parties filed in this case, this Court is of the opinion that Defendant Tamara Spikes' Motion for Summary Judgement is meritorious and should be GRANTED.

It is therefore ORDERED that Defendant Tamara Spikes' Motion for Summary Judgment be, and it hereby is, GRANTED.