IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **CHRISTINE JONES** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 1:14-cv-00103** |
| | § | |
| **TAMARA SPIKES and** | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT POLICE** | § | |
| **DEPARTMENT,** | § | |
| **Defendants.** | § | |

**DEFENDANT TAMARA SPIKES' MOTION TO FILE UNDER SEAL MEDICAL RECORDS PERTAINING TO SPIKES' MOTION TO DISMISS and in the alternative, MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant Spikes and files this Motion to File Under Seal Medical Records for Defendant Spikes.  In support, Spikes shows the Court as follows:

## I. PROCEDURAL HISTORY

1.     On August 28, 2014, Defendant Spikes filed a Motion to Dismiss, or in the alternative, Motion for Summary Judgment. (Docket Entry ("DE") 25).

2.     Exhibit B to that Motion includes Defendant Spikes' confidential medical records, which implicates privacy concerns.

3.     Pursuant to Local Rule CV-5(a)(7), Defendant Spikes files this motion and asks the Court that the records be filed under seal.

## II. MOTION

4.     A district court has supervisory authority over its records, and we review the court's decision to seal a judicial record for abuse of discretion.  *See SEC v. Van Waeyenberghe*, 990

F.2d 845, 848 (5th Cir.1993). While there is a presumption that records filed with the Court be public, the law allows for records to be kept confidential. Indeed, it is not uncommon for a court to seal documents filed in a case when those records contain trade secrets, sensitive commercial information, privileged material, **individual personal identifiers**, **personal medical information**, or material impacting national security. *Neon Enter. Software, LLC v. Int'l Bus. Machines Corp.*, A-09-CA-896 AWA, 2011 WL 2964796 (W.D. Tex. July 20, 2011); *See also McMullin v. Thale*r, CIV.A.H-09-2347, 2010 WL 2606320 (S.D. Tex. June 21, 2010) (granting leave to seal medical records). In the case at bar, due to the sensitivity of the information relating to Spikes' medical health, Defendant Spikes asks that the records be maintained under seal to prevent the unauthorized disclosure of confidential information which also contains personally identifiable information.

## VI. CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendant Spikes urges this Court to grant it leave to file these records under seal.

Respectfully submitted,
WALSH, ANDERSON, GALLEGOS,
GREEN & TREVIÑO, P.C.
10375 Richmond Avenue, Suite 750
Houston, Texas 77042
Telephone:  (713) 789-6864
Facsimile:   (713) 789-9318
Email:  jbyrom@wabsa.com
Email:  kkalchthaler@wabsa.com

By:  /s/     James E. Byrom
        JAMES E. BYROM
        State Bar No. 03568100
        KELLEY L. KALCHTHALER
        State Bar No. 24074509

ATTORNEYS FOR DEFENDANT
TAMARA SPIKES

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2014, a true and correct copy of the foregoing was served upon counsel of record as follows:

Kenneth W. Lewis                                    *Via Electronic Case Filing*
State Bar No. 12295300
Stephen L. Townsend
State Bar No. 24071539
Bush Lewis, PLLC
595 Orleans Street, Ste. 500
Beaumont, TX  77701
Phone: 409-835-3521
Facsimile: 409-835-4194
*ATTORNEYS FOR PLAINTIFF*
*CHRISTINE JONES*

Christopher Gilbert                                 *Via Electronic Case Filing*
State Bar No. 00787535
Rebecca Weimer
State Bar No. 24062597
Thompson & Horton LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027
Phone: 713-554-6767
Facsimile: 713-583-8884

Melody G. Chappell                                  *Via Electronic Case Filing*
State Bar No. 00785096
Wells, Peyton, Greenberg & Hunt, L.L.P.
550 Fannin Street, Suite 600
Beaumont, TX  77701
Phone: 409-838-2644
Facsimile: 409-838-4713
*ATTORNEYS FOR DEFENDANT BEAUMONT*
*INDEPENDENT SCHOOL DISTRICT*

/s/ James E. Byrom
James E. Byrom

## CERTIFICATION REGARDING SEALED DOCUMENTS

Pursuant to Local Rule CV-5(a)(7), I hereby certify that on the 28th day of August, 2014, a true and correct copy of those records that were requested to be filed under seal were also served upon counsel of record as follows:

Kenneth W. Lewis                                          *Via Electronic Mail*
State Bar No. 12295300
Stephen L. Townsend
State Bar No. 24071539
Bush Lewis, PLLC
595 Orleans Street, Ste. 500
Beaumont, TX  77701
Phone: 409-835-3521
Facsimile: 409-835-4194
*ATTORNEYS FOR PLAINTIFF*
*CHRISTINE JONES*

Christopher Gilbert                                       *Via Electronic Mail*
State Bar No. 00787535
Rebecca Weimer
State Bar No. 24062597
Thompson & Horton LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027
Phone: 713-554-6767
Facsimile: 713-583-8884

Melody G. Chappell                                       *Via Electronic Mail*
State Bar No. 00785096
Wells, Peyton, Greenberg & Hunt, L.L.P.
550 Fannin Street, Suite 600
Beaumont, TX  77701
Phone: 409-838-2644
Facsimile: 409-838-4713
*ATTORNEYS FOR DEFENDANT BEAUMONT*
*INDEPENDENT SCHOOL DISTRICT*

*/s/ James E. Byrom*
James E. Byrom