IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:14-cv-00103 |
| | § | |
| TAMARA SPIKES and | § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT POLICE | § | |
| DEPARTMENT, | § | |
|     Defendants. | § | |

**ORDER GRANTING DEFENDANT TAMARA SPIKES'
MOTION TO FILE MEDICAL RECORDS UNDER SEAL**

Be it remembered that on this day came on to be considered Defendant Tamara Spikes' Motion to File Under Seal Medical Records Pertaining to her Motion to Dismiss, and in the Alternative, Motion for Summary Judgment. After consideration of the pleadings of the parties filed in this case, this Court is of the opinion that Defendant Tamara Spikes' Motion to File Under Seal Medical Records Pertaining to her Motion to Dismiss, and in the Alternative, Motion for Summary Judgment should be GRANTED.

It is therefore ORDERED that Defendant Tamara Spikes' Motion to File Under Seal Medical Records Pertaining to her Motion to Dismiss, and in the Alternative, Motion for Summary Judgment be, and it hereby is, GRANTED.