## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **CHRISTINE JONES** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:14-cv-00103 |
| | § | |
| **TAMARA SPIKES and** | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT POLICE** | § | |
| **DEPARTMENT,** | § | |
| Defendants. | § | |

### CERTIFICATE OF CONFERENCE
### PERTAINING TO MOTION TO FILE UNDER SEAL MEDICAL RECORDS

On August 28, 2014, Defendant Tamara Spikes filed her Motion to File Under Seal Medical Records Pertaining to Spikes' Motion to Dismiss and in the alternative, Motion for Summary Judgment. (Docket Entry 26). Undersigned counsel verified by telephone on August 29, 2014 that counsel for Plaintiff Christine Jones and counsel for Defendant Beaumont Independent School District do not object to the sealing of those medical records.

Respectfully submitted,
WALSH, ANDERSON, GALLEGOS,
GREEN & TREVIÑO, P.C.
10375 Richmond Avenue, Suite 750
Houston, Texas 77042
Telephone:  (713) 789-6864
Facsimile:   (713) 789-9318
Email:  jbyrom@wabsa.com
Email:  kkalchthaler@wabsa.com

By:  /s/     James E. Byrom
        JAMES E. BYROM
        State Bar No. 03568100
        KELLEY L. KALCHTHALER
        State Bar No. 24074509

ATTORNEYS FOR DEFENDANT
TAMARA SPIKES

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of August, 2014, a true and correct copy of the foregoing was served upon counsel of record as follows:

| | |
|---|---|
| Kenneth W. Lewis<br>State Bar No. 12295300<br>Stephen L. Townsend<br>State Bar No. 24071539<br>Bush Lewis, PLLC<br>595 Orleans Street, Ste. 500<br>Beaumont, TX  77701<br>Phone: 409-835-3521<br>Facsimile: 409-835-4194<br>*ATTORNEYS FOR PLAINTIFF*<br>*CHRISTINE JONES* | *Via Electronic Case Filing* |
| Christopher Gilbert<br>State Bar No. 00787535<br>Rebecca Weimer<br>State Bar No. 24062597<br>Thompson & Horton LLP<br>Phoenix Tower, Suite 2000<br>3200 Southwest Freeway<br>Houston, TX 77027<br>Phone: 713-554-6767<br>Facsimile: 713-583-8884 | *Via Electronic Case Filing* |
| Melody G. Chappell<br>State Bar No. 00785096<br>Wells, Peyton, Greenberg & Hunt, L.L.P.<br>550 Fannin Street, Suite 600<br>Beaumont, TX  77701<br>Phone: 409-838-2644<br>Facsimile: 409-838-4713<br>*ATTORNEYS FOR DEFENDANT BEAUMONT*<br>*INDEPENDENT SCHOOL DISTRICT* | *Via Electronic Case Filing* |

                                                     */s/ James E. Byrom*
                                                     James E. Byrom