# EXHIBIT

# 2

**A**



**B**



C



D



E



F



**G**



**H**



**I**



**J**



K



L



**M**



**N**



**O**

