IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHRISTINE JONES § § VS. § § TAMARA SPIKES and § BEAUMONT INDEPENDENT § SCHOOL DISTRICT POLICE § DEPARTMENT § | CIVIL ACTION NO. 1:14-CV-00103 Judge Keith Giblin |

**ORDER DENYING DEFENDANT
TAMARA SPIKES' MOTION TO DISMISS
AND IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**

CAME ON FOR CONSIDERATION THIS DATE Defendant Tamara Spikes' Motion to Dismiss and in the alternative, Motion for Summary Judgment. Upon consideration of the motion, plaintiff's response, and applicable law, the Court is of the opinion that Defendant's Motion to Dismiss and in the alternative, Motion for Summary Judgment be in all things DENIED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Defendant Tamara Spikes' Motion to Dismiss and in the alternative, Motion for Summary Judgment is hereby DENIED.