IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHRISTINE JONES § | |
| § | CIVIL ACTION NO. 1:14-CV-00103 |
| VS. § | |
| § | Judge Keith Giblin |
| TAMARA SPIKES and § | |
| BEAUMONT INDEPENDENT § | |
| SCHOOL DISTRICT POLICE § | |
| DEPARTMENT § | |

**ORDER DENYING DEFENDANT
BEAUMONT INDEPENDENT SCHOOL DISTRICT'S
MOTION TO DISMISS UNDER RULE 12(b)(6)**

CAME ON FOR CONSIDERATION THIS DATE Defendant Beaumont Independent School District's Motion to Dismiss Under Rule 12(b)(6). Upon consideration of the motion, plaintiff's response, and applicable law, the Court is of the opinion that Defendant's Motion to Dismiss Under Rule 12(b)(6) be in all things DENIED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Defendant Beaumont Independent School District's Motion to Dismiss Under Rule 12(b)(6) is hereby DENIED.