IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:14-cv-00103 |
| | § | |
| TAMARA SPIKES and | § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT POLICE | § | |
| DEPARTMENT, | § | |
|     Defendants. | § | |

**DEFENDANT TAMARA SPIKES' NOTICE OF DESIGNATION OF EXPERTS**

NOW COMES Defendant Spikes and files this Notice of Designation of Expert Witnesses pursuant to Federal Rules of Civil Procedure 26 (a)(1) and the scheduling order in this case. Defendant Spikes has served upon all counsel of record her designation of experts and all related documents on November 20, 2014.

    Respectfully submitted,

    WALSH, ANDERSON, GALLEGOS,
    GREEN & TREVIÑO, P.C.
    10375 Richmond Avenue, Suite 750
    Houston, Texas 77042
    Telephone: (713) 789-6864
    Facsimile: (713) 789-9318
    Email: jbyrom@wabsa.com
    Email: kkalchthaler@wabsa.com

    By: /s/    *James E. Byrom*
        JAMES E. BYROM
        State Bar No. 03568100
        KELLEY L. KALCHTHALER
        State Bar No. 24074509

    ATTORNEYS FOR DEFENDANT
    TAMARA SPIKES

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of November, 2014, a true and correct copy of the foregoing was served upon counsel of record as follows:

| | |
|---|---|
| Kenneth W. Lewis<br>Stephen L. Townsend<br>BUSH LEWIS, P.L.L.C.<br>595 Orleans Street, Suite 500<br>Beaumont, Texas  77701<br>Telephone: 409-835-3521<br>Facsimile: 409-835-4194<br>*Attorneys for Plaintiff* | *Via Electronic Case Filing* |
| Christopher Gilbert<br>Frances R. Broussard<br>THOMPSON & HORTON, L.L.P.<br>3200 Southwest Freeway, Suite 2000<br>Houston, Texas  77027<br>Telephone: 713-554-6767<br>Facsimile: 713-583-8884<br>*Attorneys for Defendant Beaumont ISD* | *Via Electronic Case Filing* |

                                                          */s/ James E. Byrom*
                                                          James E. Byrom