IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § § | |
| vs. | § | C.A. NO. 1:14-CV-00103 |
| | § | |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § | |

### NOTICE OF DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT'S EXPERT DISCLOSURE

Defendant Beaumont Independent School District files its Notice with the Court that the Expert Disclosure of Defendant Beaumont Independent School District under United States Eastern District of Texas Local Rule CV-26 and Federal Rule of Civil Procedure 26(a)(2) was made on November 20, 2014.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Christopher B. Gilbert
   Christopher B. Gilbert
   Attorney-in-Charge
   State Bar No. 00787535
   cgilbert@thompsonhorton.com
   Frances R. Broussard
   State Bar No. 24055218
   fbroussard@thompsonhorton.com

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6744
Facsimile: (713) 583-7698

**ATTORNEYS FOR DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT**

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the above and foregoing has been served on all counsel of record through the Court's electronic filing system, this 20th day of November, 2014.

                                  /s/ Christopher B. Gilbert
                                Christopher B. Gilbert