IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES<br>     Plaintiff, | §<br>§<br>§ | |
| vs. | § | Civil Action No. 1:14-cv-00103 |
| | § | |
| TAMARA SPIKES and<br>BEAUMONT INDEPENDENT<br>SCHOOL DISTRICT POLICE<br>DEPARTMENT,<br>     Defendants. | §<br>§<br>§<br>§<br>§ | |

### PROPOSED ORDER GRANTING DEFENDANT TAMARA SPIKES'S MOTION TO STRIKE, OR IN THE ALTERNATIVE, MOTION TO LIMIT PLAINTIFF'S EXPERT TESTIMONY

BE IT REMEMBERED that on this day came on to be considered Defendant Tamara Spikes' Motion to Strike, or in the Alternative, Motion to Limit Plaintiff's Expert Testimony, and in consideration of the motion, this Court is of the opinion that the Motion should be, and it hereby is GRANTED.