IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHRISTINE JONES | § |
| | § CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § |
| | § Judge Keith Giblin |
| TAMARA SPIKES and | § |
| BEAUMONT INDEPENDENT | § |
| SCHOOL DISTRICT POLICE | § |
| DEPARTMENT | § |

**ORDER DENYING DEFENDANT TAMARA SPIKES' MOTION TO STRIKE, OR IN THE ALTERNATIVE, MOTION TO LIMIT PLAINTIFF'S EXPERT TESTIMONY**

CAME ON FOR CONSIDERATION THIS DATE Defendant Tamara Spikes' Motion to Strike, or in the alternative, Motion to Limit Plaintiff's Expert Testimony. Upon consideration of the motion, plaintiff's response, and applicable law, the Court is of the opinion that Defendant's Motion to Strike, or in the alternative, Motion to Limit Plaintiff's Expert Testimony be in all things DENIED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Defendant Tamara Spikes' Motion to Strike, or in the alternative, Motion to Limit Plaintiff's Expert Testimony is hereby DENIED.