IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § § | |
| vs. | § § | C.A. NO. 1:14-CV-00103 |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § § | |

## AFFIDAVIT OF JAMES E. BYROM

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally JAMES E. BYROM, known to me to be the person whose signature appears below and, having been by me duly sworn, the said person stated on oath as follows:

1. My name is James E. Byrom. I am over 18 years of age. I have never been convicted of a felony or crime of moral turpitude, and I am personally competent to make this affidavit. I have personal knowledge of all facts stated in this affidavit, and they are true and correct.

2. I am one of the attorneys representing Defendant Tamara Spikes in the above-referenced matter.

3. I took the deposition of Plaintiff in this matter. A true and correct copy of excerpts of the deposition transcript of Plaintiff Christine Jones is attached hereto as **Exhibit D1**.

4. I attended the deposition of Officer Matthew Custer. A true and correct copy of excerpts of the deposition of Officer Matthew Custer is attached hereto as **Exhibit D2**.

1



5.  I certify that the excerpts from the deposition are true and correct copies and that the testimony contained in the attached excerpts correctly reflects the testimony provided under oath."

FURTHER AFFIANT SAYETH NOT.

*[signature]*
JAMES E BYROM

SUBSCRIBED AND SWORN TO before me on this 30th day of December, 20 14.

*[notary stamp: CHERYL D. HINDMAN, Notary Public, State of Texas, My Commission Expires November 07, 2016]*

*[signature]*
Notary Public, State of Texas

Print Name: Cheryl D. Hindman

My Commission Expires: 11/7/16