IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHRISTINE JONES | § |
| | § CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § |
| | § Judge Ron Clark |
| TAMARA SPIKES and | § Magistrate Judge Keith Giblin |
| BEAUMONT INDEPENDENT | § |
| SCHOOL DISTRICT POLICE | § |
| DEPARTMENT | § |

## NOTICE OF PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT DISCLOSURE

Plaintiff, Christine Jones, files this Notice with the Court that the Second Supplemental Expert Disclosure of Plaintiff, required under the U. S. District Court, Eastern District of Texas Local Rule CV-26 and Federal Rule of Civil Procedure 26(a)(1), was made on the 31st day of December, 2014.

Respectfully submitted,

BUSH LEWIS, PLLC
595 Orleans Street, Ste. 500
Beaumont, Texas 77701
409/835-3521
409/835-4194 (Fax)

By: _____
Kenneth W. Lewis
Texas Bar #12295300
Stephen L. Townsend
Texas Bar #24071539

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on all counsel of record through the Court's electronic filing system, this 31 day of December, 2014.

_____
Kenneth W. Lewis