# Exhibit C

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | C.A. NO. 1:14-CV-00103 |
| | § | |
| TAMARA SPIKES and | § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT POLICE | § | |
| DEPARTMENT | § | |

### DECLARATION OF ERIC PAYNE

I, Eric Payne, declare that I have personal knowledge of the facts contained in this Declaration, and that such statements are true and correct. If called and sworn as a witness, I would testify competently to those facts. I make this Declaration entirely of my own free will and choice. I have not been promised any benefit nor have I been threatened with any detriment in connection with giving this declaration.

1.      I am a commissioned police officer with the Beaumont Independent School District ("Beaumont ISD") police department. I have been in this position for 7 years. I have held a wide variety of assignments throughout my career at Beaumont ISD, including Field Training Officer.

2.      As Field Training Officer, I served as the immediate supervisor for recruit officers during the Field Training Program. The Field Training Program consisted of three (3) 6-week phases and one (1) 4-week phase, for a total of 160 hours of training. At the completion of the program, I had the discretion to terminate the officer's employment with the District for unsatisfactory progress in the officer's training.

3.      When Officer Tamara Spikes joined the Beaumont ISD Police Department, I served as the Field Training Officer and her immediate supervisor during the Field Training Program. I observed and interacted with her on a daily basis. She successfully completed the program under my direction.

4.      During our training, I never had any concerns about Officer Spikes misusing her weapon in any way.

5.      Officer Spikes was given a copy of and reviewed the Beaumont ISD Police Department Polices and Procedures Manual. A true and correct copy is attached as Exhibit

3.   When Officer Tamara Spikes joined the Beaumont ISD Police Department, I served as the Field Training Officer and her immediate supervisor during the Field Training Program. I observed and interacted with her on a daily basis. She successfully completed the program under my direction.

4.   During our training, I never had any concerns about Officer Spikes misusing her weapon in any way.

5.   Officer Spikes was given a copy of and reviewed the Beaumont ISD Police Department Polices and Procedures Manual. A true and correct copy is attached as Exhibit

I DECLARE UPON PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON JANUARY __, 2015.

_____
ERIC PAYNE

2