# Exhibit D

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                     BEAUMONT DIVISION

 3   CHRISTINE JONES                |
                                    |
 4   VS.                            | CIVIL NO. 1:14CV00103
                                    |
 5   TAMARA SPIKES AND              | JUDGE KEITH GIBLIN
     BEAUMONT INDEPENDENT           |
 6   SCHOOL DISTRICT POLICE         |
     DEPARTMENT                     |
 7
     ********************************************************
 8

 9
               ORAL AND VIDEOTAPED DEPOSITION OF
10
                        MATTHEW CUSTER
11
                      November 21, 2014
12

13   ********************************************************

14       ORAL AND VIDEOTAPED DEPOSITION OF MATTHEW CUSTER,

15   produced as a witness at the instance of the plaintiff,

16   and duly sworn, was taken in the above styled and

17   numbered cause on November 21, 2014, from 9:06 a.m. to

18   10:31 a.m., before Tonya Jackson, CSR-CRR, in and for

19   the State of Texas, reported by machine shorthand

20   recording, at the law offices of Bush Lewis, 595

21   Orleans, Suite 500, Beaumont, Texas, pursuant to the

22   Federal Rules of Civil Procedure and the provisions

23   stated on the record or attached therein.

24

25
```

INDEX

|   |   | PAGE |
|---|---|---|
| 3 | Appearances | 3 |
| 5 | Examination by Mr. Lewis | 4 |
| 6 | Examination by Mr. Byrom | 60 |
| 7 | Reexamination by Mr. Lewis | 74 |
| 8 | Reexamination by Mr. Byrom | 77 |
| 9 | Further Reexamination by Mr. Lewis | 78 |
| 11 | Changes and Signature Page | 80 |
| 13 | Reporter's Certificate | 82 |

EXHIBITS

| 19 | Exhibit 1 - Supplemental Case Report | 5 |
|---|---|---|
| 20 | Exhibit 2 - Photograph | 27 |
| 21 | Exhibit 3 - Google Earth picture | 28 |
| 22 | Exhibit 4 - Google Earth picture | 28 |
| 23 | Exhibit 5 - Affidavit for Arrest Warrant | 40 |

```
 1   A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3      KENNETH W. LEWIS
        STEPHEN L. TOWNSEND
 4      Bush Lewis
        595 Orleans, Suite 500
 5      Beaumont, Texas 7701

 6
     FOR DEFENDANT TAMARA SPIKES:
 7
        JAMES E. BYROM
 8      Walsh, Anderson, Gallegos, Green & Trevino
        10375 Richmond Avenue, Suite 750
 9      Houston, Texas 77042

10
     FOR DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT:
11
        FRANCES R. BROUSSARD
12      Thompson & Horton
        3200 Southwest Freeway, Suite 2000
13      Houston, Texas 77027

14
     THE VIDEOGRAPHER:
15
        PAUL ROBICHAU
16      Complete Litigation Support
        490 Park Street, Suite 205
17      Beaumont, Texas 77701

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S:
 2                    THE VIDEOGRAPHER:  We're on the record at
 3     9:06.
 4                    (Witness sworn.)
 5                    THE REPORTER:  State your agreement for
 6     the record.
 7                    MR. LEWIS:  Pursuant to the federal and
 8     local federal rules.
 9                    THE REPORTER:  What about signature?
10                    MS. BROUSSARD:  Yes.
11                    THE COURT:  Okay.
12                           MATTHEW CUSTER,
13     having been first duly sworn, testified as follows:
14                            EXAMINATION
15     BY MR. LEWIS:
16        Q.   Are you Matthew Custer?
17        A.   Yes, sir.
18        Q.   Are you currently a police officer with the
19     Beaumont Independent School District Police Department?
20        A.   Yes, sir.
21        Q.   Were you also an officer for BISD Police
22     Department on May 2nd, 2013?
23        A.   Yes, sir.
24        Q.   Were you the first police officer to arrive at
25     the scene of the incident at Vincent Middle School in
```

1  ground, you would have written it down, wouldn't you?
2      A.   Like I said, we assisted her to the ground.
3      Q.   Well, in your report you said that she
4  complied --
5      A.   Yes, sir.
6      Q.   -- and laid down, at which time you assisted
7  Officer Spikes.
8           Am I reading that correctly?
9      A.   Yes, sir.
10     Q.   And if you had had any problems getting her to
11 lay down, you would have written it in your report,
12 wouldn't you?
13     A.   Correct.
14     Q.   So, is it fair to assume there was no problem
15 getting her to comply with lying down?
16     A.   Other than having to issue multiple commands.
17     Q.   How long from the time you issued your first
18 command until she got on the ground do you think it was?
19     A.   I couldn't tell you.
20     Q.   Less than a minute?
21     A.   I don't recall.
22     Q.   Is it correct that you were not there when
23 Officer Spikes was allegedly assaulted with Mrs. Jones'
24 vehicle?
25     A.   Correct.

```
 1      Q.   Did you ever hear Officer Spikes ask Mrs. Jones
 2   to identify herself or furnish identification while you
 3   were there?
 4      A.   No, sir.
 5      Q.   Did you ever tell Mrs. Jones she was under
 6   arrest?
 7      A.   I don't recall if it was me or Officer Spikes.
 8      Q.   You don't recall -- do you recall whether
 9   anybody told her she was under arrest?
10      A.   I feel quite sure somebody did whenever she was
11   placed in cuffs and taken to the patrol car.
12      Q.   Well, when you're getting her out of the
13   vehicle, did you tell her she was under arrest?
14      A.   I didn't, no, sir.
15      Q.   Do you recall hearing Officer Spikes say that?
16      A.   I don't recall.
17      Q.   Did you tell Mrs. Jones anything after you told
18   her to get out of the vehicle and get on the ground,
19   that you remember?
20      A.   Not that I recall.
21      Q.   You indicated that you assisted Officer Spikes
22   in securing the female.  You said, "I used two sets of
23   handcuffs and double locked both pair on the female's
24   wrist."  Could you explain what's meant by "double
25   locked"?
```

```
 1      A.    Can I get my cuffs out and show you?
 2      Q.    Sure.
 3      A.    Basically this is single lock (demonstrating).
 4   You move around; they can tighten up on you.
 5            Whenever you double lock a set of handcuffs,
 6   you put them on.  There's a little slot right here.
 7   Take your key, flip a latch, they won't tighten up on
 8   your wrist (demonstrating).
 9      Q.    And that's to prevent her from hurting
10   herself --
11      A.    Correct.
12      Q.    -- if she tries to move?
13      A.    Correct.  I mean, if you squirm or wiggle
14   around, it prevents them from tightening up and causing
15   injuries.
16      Q.    When you say you used two sets of handcuffs,
17   what do you mean by that?
18      A.    Due to Mrs. Jones' size, you put one pair --
19   put a cuff on one wrist, lock the cuffs together, and
20   put a cuff on the other wrist.  That way your wrists are
21   farther apart instead of being --
22      Q.    Okay.  And that's because she's somewhat big
23   around and that's more comfortable?
24      A.    Yes, sir.
25      Q.    Okay.  Thank you.  I thought that was the case,
```