IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § § | |
| vs. | § | C.A. NO. 1:14-CV-00103 |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § § § | |

### DECLARATION OF DANNY MOORE

I, Danny Moore, declare that I have personal knowledge of the facts contained in this Declaration, and that such statements are true and correct. If called and sworn as a witness, I would testify competently to those facts. I make this Declaration entirely of my own free will and choice. I have not been promised any benefit nor have I been threatened with any detriment in connection with giving this declaration.

1. My name is Danny Moore. I am a commissioned law enforcement officer for the Jefferson County Sheriff's office and currently serve as the Mental Health Liaison Deputy. I have been in this position for less than one year. Prior to this, I was the Detective Sergeant with the Beaumont Independent School District Police Department. I was in that position for almost 8 years.

2. As the Detective Sergeant, I was responsible for reviewing reports and arrests generated by District police officers; conducting criminal investigations, including interviewing victims and witnesses, collecting physical evidence and taking photographs, and taking statements; and preparing and/or reviewing probable cause affidavits for submission to the District Attorney's office.

3. On May 2, 2013, I was dispatched to Vincent Middle School to assist with an investigation where Officer Tamara Spikes had been struck with a vehicle. Upon my arrival to the scene, Officer Spikes and Officer Stephen Rivers had already transported the suspect, Christine Jones, to the Jefferson County Correctional facility. At the request of Officer Custer, who was on the scene, I took eight digital photographs of the suspect's vehicle. These photos depicted, among other things, where Officer Spikes had been struck by the drivers' side mirror and where her holster had rubbed against the white paint of the vehicle. True and correct copies of these photographs are attached as Exhibit E-1.

4. Upon leaving Vincent Middle School, I went to the Baptist Hospital Emergency Room to check on Officer Spikes and photograph any visible injuries. I took six digital photographs of Officer Spikes and her injuries which include a contusion on her left forearm and swelling and redness on her right arm near the shoulder. True and correct copies of these photographs are attached as Exhibit E-2.

5. I later collected statements from witnesses Michelle Patillo and Davita Douglas. True and correct copies of these statements are attached as Exhibit E-3 and E-4, respectively. I reviewed the Offense Report completed by Officer Spikes. A true and correct copy is attached as Exhibit E-5. I also reviewed the supplemental case report completed by Officer Matthew Custer, a true and correct copy of which is attached as Exhibit E-6. I also provided a supplemental case report, a true and correct copy of which is attached as Exhibit E-7. I reviewed the probable cause affidavit prepared by Officer Spikes. A true and correct copy of the probable cause affidavit is attached as Exhibit E-8. I submitted all of these documents, including the photographs, to the District Attorney's office.

I DECLARE UPON PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON JANUARY 2nd, 2015.

_D. R. Moore_
DANNY MOORE

644709