# Exhibit

# E-1

Beaumont I.S.D

Police Department

Photos

CASE NUMBER:

13-0297

DESCRIPTION:

Overall picture of suspect vehicle.

NOTES:

**Beaumont I.S.D**

**Police Department**

**Photos**

CASE NUMBER:

13-0297

DESCRIPTION:

**Suspect vehicle license plate# 55W-8307**

NOTES:

**Beaumont I.S.D**

**Police Department**

**Photos**

CASE NUMBER:

13-0297

DESCRIPTION:

Mirror knocked in due to impact with Officer.

NOTES:

**Beaumont I.S.D**

**Police Department**

**Photos**

CASE NUMBER:

13-0297

DESCRIPTION:

Closeup of mirror that struck Officer.

NOTES:

**Beaumont I.S.D**
**Police Department**
**Photos**

CASE NUMBER:
13-0297



DESCRIPTION:
Scuff marks caused by Officer's holster rubbing against suspect vehicle.

NOTES:

**Beaumont I.S.D**

**Police Department**

**Photos**

CASE NUMBER:

**13-0297**

DESCRIPTION:

**Reverse view of mirror on suspect vehicle.**

NOTES:

**Beaumont I.S.D**
**Police Department**
**Photos**

CASE NUMBER:
13-0297



DESCRIPTION:
Mirror and scuff marks on suspect vehicle.

NOTES:

**Beaumont I.S.D**

**Police Department**

**Photos**

CASE NUMBER:

13-0297

DESCRIPTION:

Closeup of scuff marks.

NOTES:

**Beaumont I.S.D**

**Police Department**

**Photos**

CASE NUMBER:

**13-0297**

DESCRIPTION:

**Officer T. Spikes at Baptist Hospital.**

NOTES:

**Beaumont I.S.D**

**Police Department**

**Photos**

CASE NUMBER:

**13-0297**

DESCRIPTION:

**Bump (contusion) on Officer Spikes left forearm.**

NOTES:

**Beaumont I.S.D**

**Police Department**

**Photos**

CASE NUMBER:

13-0297

DESCRIPTION:

Second view of Officer Spikes left forearm.

NOTES:

Beaumont I.S.D

Police Department

Photos

CASE NUMBER:

13-0297

DESCRIPTION:

Top of Officer Spikes right arm.

NOTES:

Beaumont I.S.D

Police Department

Photos

CASE NUMBER:

13-0297

DESCRIPTION:

Officer Spikes right knee, pain.

NOTES:

Beaumont I.S.D

Police Department

Photos

CASE NUMBER:

13-0297

DESCRIPTION:

Top of Officer Spikes right foot, pain.

NOTES:

# Handwritten Witness Statement

Victim's Name: TAMARA SPIKES — Case #: 13-0297

Your Name: Michelle Patillo — Date of Birth: 9-28-75

Home Phone Number: 409-273-8563 — Work Phone No.: 409 617-5000

Address: 9435 McLean Dr — City: Beaumont — State: TX — Zip: 77707

Place of Employment: Bird Vincent — Occupation: Sub teacher

Business Address: Eldridge DR — City: Bmt — State: TX — Zip: 7770?

Name of Alternate Contact:

Address of Alternate Contact (City, State, Zip):

Date/Time Occurred: - - 2013 — Location: Bmt Vincent School

Suspect Name (if known): —

Suspect Address (if known): —

Suspect Description (Sex: M/F, Race, Eye Color, Hair Color, Height, Weight, Complexion, Clothing, etc): Black female, short dark hair 5'5-5'6 - 225-235 lbs, wearing teal colored scrubs.

## STATEMENT OF WITNESSED EVENTS

In your own words, write out in detail exactly what happened: Saw school officer talking to a lady at her car for several minutes. The female officer then proceeded to put her hand on her gun yelling at the suspect. Then Ms. Douglas (attendant clerk) walked over to the suspects car trying to assist her [illegible], to get out of her vehicle. The suspect still refused to get out. Then the officer tried to pull on the suspects door but it snapped back because of the doors being locked. Then I will other officers coming and by this time the suspect opened the door and also pulled out of her vehicle with the [illegible]

Michelle Patillo

Signature of Person Making this Statement

Officer Interviewing and Receiving Statement: [signature] R. Moon

Date: 05-24-13 — Time: 11:50AM — Place: Vincent

(Use Reverse Side If Necessary)

(Continued from front)

and handcuffed

# Handwritten Witness Statement

Victim's Name ______ Case # 13-0297

Your Name Davita Douglas Date of Birth 12-23-69

Home Phone Number 617-3941 Work Phone No. 617-5955

Address 1130 Condon City Bmt State TX Zip 77701

Place of Employment Vincent Middle School Occupation Clerk

Business Address 350 Eldridge City Bmt State TX Zip 7770

Name of Alternate Contact Martha Chison - 350-9696

Address of Alternate Contact (City, State, Zip) ______

Date/Time Occurred 3:49 Location Vincent - Back porch

Suspect Name (if known) ______

Suspect Address (if known) ______

Suspect Description (Sex: M/F, Race, Eye Color, Hair Color, Height, Weight, Complexion, Clothing, etc)

______

______

## STATEMENT OF WITNESSED EVENTS

In your own words, write out in detail exactly what happened: I was outside on the back porch for duty about 2minutes before the bell was to ring. I noticed the police officer was talking to a parent that was in the driveway. I then noticed their tones raised and I began watching to see wha was going on. At that point I couldn't hear what the parent was saying but I heard the officer say, "Move Your Car, I said Move your car!" I heard that a few times. That's whe I peeped down to her car level and noticed the parent was Mrs. Jones. She saw me look into her vehicle; she then

Davita Douglas

Signature of Person Making this Statement

Officer Interviewing and Receiving Statement D R. Moore

Date 05-22-13 Time 3:00 PM Place VINCENT

(Use Reverse Side If Necessary)

(Continued from front)

rolled down her window and said, "Ms Douglas can you please call the principal or someone to come help me! She's bothering me and all these other cars out here too." The officer was still saying, "Move your car!" I got on the phone to call the office; I'm not sure exactly what else was said, but they were exchanging words. The next thing I heard was the officer either said "Move or Get out of your car" really loud. At this point, Mrs. Jones locked her doors and I noticed her hands shaking really bad and she was trying to dial a number on her cell phone; at the time she appeared to proceed to put her car in drive. (not sure if she was moving her car out of the way of traffic or what). As she did, her car moved up, and I ~~[illegible]~~ noticed the car bumped the officer as she was attempting to move her car. (It did hit her, but it didn't look intentional). The officer yelled, "You hit me! Get out of the car! Get out of the car Now.)" Mrs. Jones rolled up her window ~~and~~ at this point she was telling someone on the phone what was happening. I ~~spot~~ then went to her window, she rolled it down about halfway and I said, "Mrs. Jones just get out of the car before the situation gets any worse." I asked her several times, but she didn't. At this point the officer told me to get out of the way, and she continued to say to the parent, "Get out of the car!" I believe this is when I noticed the officer's gun was pulled out. I screamed in my cell phone to Mrs. Subject (our receptionist), "Get someone out here: the officer has a gun - she was hit by Mrs Jones' and she won't get out the car!!" By then, all the kids were coming outside (the bell rang). I tried moving the kids, and I then saw Mrs. Jones daughter screaming.

# Handwritten Witness Statement

Victim's Name ______ Case # 13 - 0297

Your Name ______ Date of Birth ______

Home Phone Number ______ Work Phone No. ______

Address ______ City ______ State ______ Zip ______

Place of Employment ______ Occupation ______

Business Address ______ City ______ State ______ Zip ______

Name of Alternate Contact ______

Address of Alternate Contact (City, State, Zip) ______

Date/Time Occurred ______ Location ______

Suspect Name (if known) ______

Suspect Address (if known) ______

Suspect Description (Sex: M/F, Race, Eye Color, Hair Color, Height, Weight, Complexion, Clothing, etc)

______

______

## STATEMENT OF WITNESSED EVENTS

In your own words, write out in detail exactly what happened: I turned back around, and another officer was there now, and Ms. Jones was on the ground in hand cuffs

(Davita Douglas)

[signature]

Signature of Person Making this Statement

Officer Interviewing and Receiving Statement [signature] R. Moore

Date 05-22-13 Time 3:00PM Place Vincent

(Use Reverse Side If Necessary)



Beaumont I.S.D
Police Department
OFFENSE REPORT
1025 WOODROW, BEAUMONT, TX, 77705
PHONE: (409)617-7001 FAX: (409)617-7014 BISDPD@BEAUMONT.K12.TX.US

| LOCATION OF OCCURRENCE / ADDRESS | DATE / TIME REPORTED | CASE NO. |
|---|---|---|
| VINCENT MIDDLE SCHOOL / 350 ELDRIDGE STREET, BEAUMONT, TX | 05/02/2013 16:49 | 13-0297 |

| CODE SECTION | CRIME | CLASSIFICATION | LOSS | RECOVERY |
|---|---|---|---|---|
| | Aggravated Assault-Other Weapon | ASSAULTIVE OFFENSE | 0 | 0 |
| 38.02 | Failure to Identify | OBSTRUCTING | 0 | 0 |

| FROM: DATE/TIME | TO: DATE/TIME | APPROVED | CASE STATUS |
|---|---|---|---|
| 05/02/2013 16:00 | 05/02/2013 16:00 | YES | REFFERRED |

ADDITIONAL CATEGORIES
- [ ] ALCOHOL RELATED
- [ ] DRUGS INVOLVED
- [ ] SENIOR CITIZEN
- [x] ARREST OCCURED
- [ ] TRAFFIC RELATED
- [ ] GROUP/GANG INVOLVED
- [ ] WEAPONS INVOLVED
- [ ] DOMESTIC VIOLENCE

ITEMS IN REPORT
- [x] SUPPLEMENT
- [x] PICTURE/IMAGES
- [ ] FOLLOW UP
- [x] PROPERTY/EVIDENCE

COPIES TO
- [ ] JUDICIAL AFFAIRS
- [ ] OTHER
- [x] DISTRICT ATTORNEY
- [x] PATROL
- [ ] PROBATION
- [ ] PHYSICAL PLANT
- [ ] CHIEF
- [x] INVESTIGATIONS
- [ ] PRINCIPAL
- [ ] ASSISTANT PRINCIPAL

| INV | NAME: | SUFFIX | RACE | ETHNICITY | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W1 | DOUGLAS, DAVITA | | B | B | F | 43 | [redacted] | | | | |

SSN: | DRIVER'S LIC. NO.: | STUDENT ID: | TYPE: FACULTY

| ADDRESS TYPE | STREET NUMBER | STREET NAME | SUITE NUMBER | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Home | [redacted] | [redacted] | | Beaumont | TX | 77701 |

PHONES
Home Phone: [redacted];

| INV | NAME: | SUFFIX | RACE | ETHNICITY | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S | JONES, CHRISTINE | | B | B | F | 44 | 09/29/1968 | | | | |

SSN: | DRIVER'S LIC. NO.: | STUDENT ID: | TYPE: PRIVATE CITIZEN

| ADDRESS TYPE | STREET NUMBER | STREET NAME | SUITE NUMBER | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Home | 9455 | Gross | | Beaumont | TX | 77707 |

ARREST INFORMATION

LOCATION OF ARREST
ELDRIDGE STREET, BEAUMONT, Texas 77707

| CODE SECTION | CRIME DESCRIPTION | CLASSIFICATION |
|---|---|---|
| | Aggravated Assault-Other Weapon | ASSAULTIVE OFFENSE |
| 38.02 | Failure to Identify | OBSTRUCTING |

| ARREST DATE | LEVEL | ARRESTING OFFICER |
|---|---|---|
| 05/02/2013 | Felony | SPIKES, TAMARA |

| INV | NAME: | SUFFIX | RACE | ETHNICITY | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W2 | PATILLO, MICHELLE | | B | B | F | 37 | [redacted] | | | | |

SSN: | DRIVER'S LIC. NO.: | STUDENT ID: | TYPE: FACULTY

| ADDRESS TYPE | STREET NUMBER | STREET NAME | SUITE NUMBER | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Home | [redacted] | [redacted] | | Beaumont | TX | 77707 |

PHONES
Home Phone: [redacted]

| INV | NAME: | SUFFIX | RACE | ETHNICITY | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V | SPIKES, TAMARA V | | B | B | F | 34 | [redacted] | | | | |

SSN: | DRIVER'S LIC. NO.: [redacted] | STUDENT ID: | TYPE: FACULTY

| ADDRESS TYPE | STREET NUMBER | STREET NAME | SUITE NUMBER | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| BUSINESS | [redacted] | [redacted] | | Beaumont | TX | 77705 |

PHONES
OFFICE: [redacted]

SYNOPSIS
Officer was assaulted by being struck with a motor vehicle.

NARRATIVE
On May 2, 2013, at approximately 1545 hours, I was directing traffic at 350 Eldridge St. Beaumont, Jefferson County Texas. After school traffic was flowing into the student pick area. I noticed that a white SUV turn left into the parking lot. I then approached the vehicle, at approximately 1550 hours (wearing my official police uniform and my police traffic vest) on the drivers side and got the attention of a b/f (later identified as Jones,Christine). Mrs Jones let her drivers side window down, I said, "hello

| REPORTING OFFICER | REVIEWED BY | APPROVAL DATE |
|---|---|---|
| SPIKES, TAMARA | MOORE, DANNY | 05/20/2013 |

| SIGNATURES | PRINT DATE AND TIME | PRINTED BY | PAGE NO. |
|---|---|---|---|
| | 07/09/2013 09:14 | WELLS, TERESA | 1 of 3 |

Beaumont I.S.D
Police Department
OFFENSE REPORT
1025 WOODROW, BEAUMONT, TX, 77705
PHONE: (409)617-7001 FAX: (409)617-7014 BISDPD@BEAUMONT.K12.TX.US

| LOCATION OF OCCURRENCE / ADDRESS | DATE / TIME REPORTED | CASE NO. |
|---|---|---|
| VINCENT MIDDLE SCHOOL / 350 ELDRIDGE STREET, BEAUMONT, TX | 05/02/2013 16:49 | 13-0297 |

ma'am how are you today?" Without looking my way, Mrs Jones dryly replied and said, "I'm fine, how are you?" I replied, " I'm good, thank you." I then said to Mrs Jones, "Ma'am, I'm not sure if your new here at Vincent Middle School or not, but there are no left hand turns." "The officer prior to me enforced these rules and it works well for every one." Mrs. Jones said, "all right." I then said, "thank you and have a nice day." Mrs Jones replied, "you too".

At that time, I noticed Mrs Jones was parked blocking several cars that were in parking lanes to her right. I then asked her if she could move forward so the cars would not be blocked. Mrs Jones said OK, but did not comply. I then said, "ma'am, please move forward, it is illegal to block these cars in." Mrs Jones then stated, I'll move when that white Ford moves, he went into the school." The white Ford was parked on the proper lane and was not blocking any vehicles, I attempted explain this to Mrs Jones. Mrs Jones then explained to me that I did not understand and that she would not move until the white Ford moved. I told Mrs Joes that I did understand, and I asked her to move forward again. I also explained to her that there was plenty of space for her to move forward so that no one would be blocked. Again Mrs Jones refused to comply.

At that time I asked Mrs Jones for her drivers license and proof of insurance. There was a long pause, and I asked again. Mrs Jones completely ignored me and rolled her windows up. Once again I asked for a drivers license and proof insurance and once more Mrs Jones ignored me and refused to comply. I then stepped several feet in front of Mrs Jones's vehicle to read her license plate. Mrs Jones moved forward, a short distance and very quickly. I then looked at Mrs Jones and said, "do not move." at that time I heard the gears shift in the vehicle, so I approached the vehicle on the left side to read the VIN number. (there were dealers tags still in place on Mrs Jones's vehicle) While attempting to read the tags I asked for dispatched to send me some assistance. At that moment Mrs Jones began to roll down her window, and yelled, "I want to speak with your supervisor.' I said, " OK and give me your drivers license." I then told dispatch to send me help right away. Immediately, Mrs Jones put the car in drive, turned her steering wheel towards me( to the left) and struck me, causing me to fall to the ground. After hitting me Mrs Jones continued to drive forward. During that time the attendance clerk, (b/f Douglas,Devita)at Vincent Middle School was on the other side of the car pleading with Mrs Jones, asking her to stop the vehicle and please get out. After I rose from being struck to the ground by Mrs Jones, I followed.

I then called out on my radio,( at approximately 1600 hours) "She just hit me, she just hit me with her car!" "Send me some help! Send me some help!" Dispatch responded, "OK, they are on there way".

While approaching the car again, I drew my duty weapon and demanded Mrs Jones exit the car several times. Mrs. Jones refused to comply and ignored my orders. (Ms Douglas was still pleading with Mrs Jones to listen to the officer, and please get out). While attempting to get Mrs Jones to comply, I saw her reach into her purse with her right hand, the purse was in the passenger seat. I walked closer to the vehicle at an angle, and demanded again for Mrs Jones to put her hands up and exit the vehicle. At that time, officer Matthew Custer pulled up (facing Mrs Jones) Officer Custer drew his duty weapon and also demanded for Mrs Jones to exit the vehicle. Mrs Jones still did not comply until several more demands from myself and officer Custer. (Ms Douglas was still on the side of the passenger window pleading with Mrs Jones to listen).

Finally Mrs Jones opened the door to her vehicle, officer Custer and I demanded that she step out. Mrs Jones refused to move. At that time I re holstered my weapon and assisted Mrs Jones to the ground. Officer Custer re holstered his weapon and assisted me in the dentition of Mrs Jones. While

| REPORTING OFFICER | REVIEWED BY | APPROVAL DATE |
|---|---|---|
| SPIKES, TAMARA | MOORE, DANNY | 05/20/2013 |

| SIGNATURES | PRINT DATE AND TIME | PRINTED BY | PAGE NO. |
|---|---|---|---|
| | 07/09/2013 09:14 | WELLS, TERESA | 2 of 3 |



Beaumont I.S.D
Police Department
OFFENSE REPORT
1025 WOODROW, BEAUMONT, TX, 77705
PHONE: (409)617-7001 FAX: (409)617-7014 BISDPD@BEAUMONT.K12.TX.US

| LOCATION OF OCCURRENCE / ADDRESS | DATE / TIME REPORTED | CASE NO. |
|---|---|---|
| VINCENT MIDDLE SCHOOL / 350 ELDRIDGE STREET, BEAUMONT, TX | 05/02/2013 16:49 | 13-0297 |

on the ground, officer Custer and I demanded that Mrs Jones give us her arms; she refused. Again we demanded that Mrs Jones give us her arms. ( While on the ground, Mrs Jones said,"Ma'am this is not really necessary".) Mrs Jones put her arms on her side and Officer Custer and I restrained Mrs Jones, assisted her to her feet and escorted her to my duty patrol unit.

Mrs Jones was taken to the Jefferson County Correctional Facility, by myself and Officer Steven Rivers. I was not able to drive at that time because of the injuries that were sustained during the assault.

| REPORTING OFFICER | REVIEWED BY | APPROVAL DATE | |
|---|---|---|---|
| SPIKES, TAMARA | MOORE, DANNY | 05/20/2013 | |
| SIGNATURES | PRINT DATE AND TIME | PRINTED BY | PAGE NO. |
| | 07/09/2013 09:14 | WELLS, TERESA | 3 of 3 |



Beaumont I.S.D
Police Department
Supplement Case Report

1025 WOODROW, BEAUMONT, TX, 77705
PHONE: (409)617-7001 FAX: (409)617-7014 BISDPD@BEAUMONT.K12.TX.US

| | | Case No. 13-0297 |
|---|---|---|
| Location of Occurrence / Address: VINCENT MIDDLE SCHOOL/350 ELDRIDGE STREET, BEAUMONT, TX 77707 | Cad No. 13-05-02-117073 | Date and Time Reported: 05/02/2013 16:49 |

| CODE SECTION | CRIME DESCRIPTION | CLASSIFICATION |
|---|---|---|
| | Aggravated Assault-Other Weapon | ASSAULTIVE OFFENSE |
| 38.02 | Failure to Identify | OBSTRUCTING |

Supplement Narrative

On Wednesday, 5/2/13 at approximately 1545Hrs, I, Officer MD Custer heard Officer T Spikes call for assistance at Vincent Middle School. I went towards Vincent. While I was in route to Vincent I heard, over the radio, Officer Spikes scream "she just hit me with her car". I arrived at Vincent approximately 2 minutes later and I observed Officer Spikes with her weapon drawn. I also observed a 2013 White Ford Explorer with a black female standing partially in the vehicle. Officer Spikes was ordering the female out of the vehicle and ordering her to get on the ground. I drew my weapon and issued commands to get on the ground. The female complied and laid down at which time I assisted Officer Spikes in securing the female. I used two sets of handcuffs and double locked both pair on the female's wrists. After the female was handcuffed Officer D Jackson arrived. Officer Jackson and I assisted the female to her feet. Officer Jackson and Officer Spikes escorted the female to a patrol car while I secured the White Ford Explorer as evidence. After I locked the vehicle a black male approached the scene and was visibly upset and aggravated. He asked where his wife was and I informed him that she was being taken to the patrol car. He began to jog towards the patrol car. I hollered and advised Officer Jackson that he was coming up behind him. Officer Jackson placed the female in the rear seat of a patrol car. Officer Jackson began to speak with the male subject and I began to direct traffic due to the fact that Beaumont EMS was responding to the scene to check out Officer Spikes. When I worked traffic control at Vincent Middle School I had to speak with the female subject that had been taken into custody, on several occasions and ask her to pull forward so that more parents could get into the driveway. Officers Rivers and Spikes transported the female to the Jefferson County Jail. After Rivers and Spikes had left the scene the male subject became loud and argumentative about taking his vehicle, the 2013 White Ford. I attempted to explain to the subject that the vehicle was not going to be moved until it had been processed by Detective Sgt Danny Moore. I explained to the male subject that any attempt to move or remove the vehicle from the scene would result in tampering with evidence charges being filed on him. The male subject finally left the scene. The male subject returned to the scene after Sgt Moore had photographed the vehicle and was through processing it. When the male subject approached to vehicle Sgt Moore explained what had happened and where the scratches on the front left quarter panel had come from. Sgt Moore explained that he was through processing the vehicle and I handed the vehicle key to the male subject.

| Reporting Officer | Supplement Date and Time Reported | Reviewed By | Approval Date and Time |
|---|---|---|---|
| CUSTER, MATTHEW | 05/03/2013 07:51 | | |

| Signatures | Print Date and Time | Printed By | Page No. |
|---|---|---|---|
| | 07/09/2013 09:14 | WELLS, TERESA | 1 of 2 |



Beaumont I.S.D
Police Department
Supplement Case Report
1025 WOODROW, BEAUMONT, TX, 77705
PHONE: (409)617-7001 FAX: (409)617-7014 BISDPD@BEAUMONT.K12.TX.US

| Location of Occurrence / Address | Cad No. | Case No. / Date and Time Reported |
|---|---|---|
| | | 13-0297 |
| VINCENT MIDDLE SCHOOL/350 ELDRIDGE STREET, BEAUMONT, TX 77707 | 13-05-02-117073 | 05/02/2013 16:49 |

| CODE SECTION | CRIME DESCRIPTION | CLASSIFICATION |
|---|---|---|
| | Aggravated Assault-Other Weapon | ASSAULTIVE OFFENSE |
| 38.02 | Failure to Identify | OBSTRUCTING |

Supplement Narrative

On 05-02-13 at approx. 4:01Pm I, Det.-Sgt. Moore was dispatched to Vincent middle school located at 350 Eldridge Beaumont, Tx. in reference to assisting with the investigation where an Officer had been struck by a vehicle. Upon my arrival the Officer (Spikes) along with Officer Rivers had already transported the black female suspect to the Jefferson County jail. I observed several Officer's standing near a white in color Ford Explorer, with temporary license plates. Officer Custer who was one of the Officer's on the scene requested that I take photographs of the Explorer which was used to assault Officer Spikes. I then took eight digital photographs of the suspect vehicle, which included where the Officer had been struck by the drivers side mirror and where her holster rubbed against the white paint of the vehicle. The photographs are attached to this report.

At approx. 5:30Pm I arrived at Baptist Hospital emergency room to check on Officer Spikes and photograph any visible injuries. I then took six digital photographs of Officer Spikes and her injuries which included, a large bump (contusion) on her left forearm, swelling and redness on the top of her right arm (near the shoulder). Officer Spikes also complained of pain in her right knee and foot. After completing my investigation and collection of evidence at the hospital I stayed with Officer Spikes until a family member arrived. The photographs are attached to this report. No further information is available at this time.

| Reporting Officer | Supplement Date and Time Reported | Reviewed By | Approval Date and Time |
|---|---|---|---|
| MOORE, DANNY | 05/03/2013 13:39 | | |

| Signatures | Print Date and Time | Printed By | Page No. |
|---|---|---|---|
| | 07/09/2013 09:14 | WELLS, TERESA | 2 of 2 |

# JEFFERSON COUNTY

J.P. N/A

THE STATE OF TEXAS
THE COUNTY OF JEFFERSON

x AFFIDAVIT FOR ARREST WARRANT
CLASS C OFFENSE REPORT

NCIC
J.P.
CITY
JCSO

The undersigned affiant, a **PEACE OFFICER** under the laws of **TEXAS** and being duly sworn, on oath, makes the following statements and accusations: 1. It is the belief of **AFFIANT**, and he hereby charges and accuses, that on or about **5/2/2013**, at **1600 hours**, arrested the person named below, at **350 Eldridge, Jefferson County, Texas.**

ARREST

| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | PLACE OF BIRTH | Citizenship |
|---|---|---|---|
| Jones, Christine | 9/29/1968 | | U.S. |

| ALIAS NAME (LAST, FIRST, MIDDLE) | Address (Street or Road, City, State, Zip) |
|---|---|
| | 9455 Gross, Beaumont, Tx. 77707 |

| SEX | RACE | HGT | WGT | EYES | HAIR | SCARS, MARKS, TATTOOS, AMPUTATIONS |
|---|---|---|---|---|---|---|
| F | B | | lbs. | BRO | BLK | |

| SKIN TONE | SOCIAL SECURITY NUMBER | MISC NO | Arresting Agency ORI No. | Name |
|---|---|---|---|---|
| MBR | 460-71-878 | | 1232100 | Beaumont I.S.D Police |

| DRIVERS LICENSE NO | STATE | Type | ID Card No | State |
|---|---|---|---|---|
| | | | | |

| No | Degree | Offense Code | Description | Statute Citation | Case Number |
|---|---|---|---|---|---|
| 1 | F1 | 131500011 | Agg Assault Against Public Servant | 22.02(b)(2)(B) | 13-0297 |
| 2 | MB | 48990007 | Fail to Identify Giving false/Fictitious info | 38.02(b) | 13-0297 |
| 3 | | | | | |

**Affiant has probable cause for said belief by reason of the following facts:**

On 5/2/2013, @ approx 1600hrs, I, Officer Spikes, while in uniform, was directing traffic at Vincent M/S. I approached a vehicle driven by Christine Jones and told her not to make a left turn. As she was blocking the other vehicles, I asked her to move forward and she refused. I asked again for her to move and she again refused. I asked for her ID and she rolled up her windows. I asked again for her ID and she rolled down her window. but turned her vehicle into me, striking me. The vehicle struck my left forearm and rolled me chest first into the vehicle then it pushed me off on my right side. I rose and ordered Ms. Jones from the vehicle and she refused. I then drew my service weapon and ordered her out and she refused again. At this time Office Custer arrived and also drew his weapon. At this point she exited the vehicle and was combative. Officer Custer and I then wrestled her to the ground and placed her under arrest.

**Wherefore, Affiant asks for issuance of an arrest warrant that will authorize him to arrest the above-described person.**

**Affiant (signature)**

Patrol, Beaumont I.S.D, P.D.
**(print rank, name, and agency)**

Subscribed and Sworn to before me by said Affiant on this the 2 day of May, 2013

Notary public in and for the state of Texas

PAMELA A. HAWTHORNE
Notary Public State of Texas
Commission Expires
DECEMBER 12, 2013

**The State of Texas**

To any peace Officer of the State of Texas, GREETINGS:
YOU ARE COMMANDED to take the body of ______ to answer the State of Texas for an offense against the laws of said State, to-wit: ______ Of which offense he is accused by the written affidavit of ______ as set forth above.
Witness my signature on the ______ day of ______ 200__.

**Magistrate Office**

Bond $______. Release on Personal Recognizance Bond at ______ O'clock __m. on ____day of ______ 200__.