# Exhibit F

# Texas Commission On Law Enforcement

## Personal Information

| Name | TCOLE ID (P ID) | STATUS |
|---|---|---|
| TAMARA SPIKES-CHATMAN | 273708 | |

| Citizen | Race | Gender | Federal ID | State ID |
|---|---|---|---|---|
| Yes | Black | Female | | |

## Education Information

| Institution | Hours | Education |
|---|---|---|
| | 0 | High School |
| | 0 | College Credits |
| **Total Hours** | 0 | |
| **Total Training Hours** | 0 | |

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer (Full Time) | BEAUMONT I.S.D. POLICE DEPT. | Peace Officer License | 11/18/2013 | | 0 years, 6 months |
| Peace Officer | BEAUMONT I.S.D. POLICE DEPT. | Peace Officer License | 5/4/2009 | 10/28/2013 | 4 years, 6 months |
| Jailer | JEFFERSON CO. SHERIFF'S OFFICE | Jailer License | 7/23/2001 | 10/24/2005 | 4 years, 3 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Jailer | 4 years, 3 months |
| Peace Officer | 5 years, 0 months |
| Total officer time | 5 years, 0 months |

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Jailer License | License | | |
| | | Granted | 10/22/2002 |
| Peace Officer License | License | | |
| | | Granted | 5/4/2009 |
| Basic Peace Officer | Certificate | | |
| | | Certification Issued | 12/8/2010 |

Print Date:   5/20/2014                                              Page Number:   1

## Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 1/21/2009 | Lamar Institute of Technology Reg. Police Academy | Basic Peace Officer |
| Completed | 5/24/2001 | Jefferson Co. Sheriff's Academy | Basic County Jail Course |

## Courses Completed

### 09/01/2013 - 08/31/2015

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 57021 | Developing a Winning Mind for Women | 2/20/2014 | 8 | Combined Law Enforcement Asso. of Texas | |
| | | Unit Hours | 8 | | |

### 09/01/2011 - 08/31/2013

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3182 | 82nd Legislative Session Legal Update | 8/21/2013 | 2 | Jefferson Co. Sheriff's Academy | 82nd Session State and Federal Law Update |
| 3843 | CIT-Update | 8/16/2013 | 8 | Lamar Institute of Technology Reg. Police Academy | Crisis Intervention Training Peace Officer Intermediate Options Peace Officer Intermediate Options 2009-09 |
| 3232 | Special Investigative Topics | 8/14/2013 | 8 | Lamar Institute of Technology Reg. Police Academy | Special Investigative Topics (Intermediate) |
| 3939 | Cultural Diversity | 8/13/2013 | 8 | Lamar Institute of Technology Reg. Police Academy | Cultural Diversity (Intermediate) |
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 4/18/2013 | 24 | Lamar Institute of Technology Reg. Police Academy | Child Abuse Prevention and Investigation (Intermediate) |
| 2093 | Juvenile Procedures | 10/19/2012 | 4 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| 2049 | Report Writing - general | 8/22/2012 | 2 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| 3200 | Investigations | 8/22/2012 | 2 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| 3845 | CPR | 6/5/2012 | 4 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| 3409 | Crash Reporting & Analysis Course (TXDOT) | 10/21/2011 | 4 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| | | Unit Hours | 66 | | |

### 09/01/2009 - 08/31/2011

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3871 | Stress Manangement | 10/22/2010 | 8 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| 3181 | 81st Legislative Session Legal Update | 3/25/2010 | 4 | Lamar Institute of Technology Reg. Police Academy | State and Federal Law Update |

## Courses Completed

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2046 | Driving | 3/25/2010 | 4 | Lamar Institute of Technology Reg. Police Academy | |
| 2106 | Crime Scene Investigation (Intermediate) | 3/12/2010 | 40 | Lamar Institute of Technology Reg. Police Academy | Crime Scene Investigation (Intermediate) |
| 3600 | Juvenile | 1/25/2010 | 4 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| 3300 | Patrol/Tactical | 1/25/2010 | 4 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| 3600 | Juvenile | 10/23/2009 | 8 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| | | Unit Hours | 72 | | |

**09/01/2007 - 08/31/2009**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3910 | Sexual Harassment Recognition | 8/18/2009 | 1 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| 38710 | Student Behaviors | 8/18/2009 | 2 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| 3150 | Law Update | 8/18/2009 | 5 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| 3722 | Peace Officer Field Training | 7/10/2009 | 160 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | Peace Officer Field Training |
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 5/12/2009 | 0 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | Personnel Orientation |
| 3807 | TCIC/NCIC for Less than Full Access Operators | 1/21/2009 | 0 | Lamar Institute of Technology Reg. Police Academy | |
| 1000 | Basic Peace Officer | 1/21/2009 | 704 | Lamar Institute of Technology Reg. Police Academy | Crisis Intervention Training Cultural Diversity (Mandate) S.F.S.T. NHTSA 24hour Practitioner Special Investigative Topic (Mandate) |
| 2176 | S.F.S.T. NHTSA 24hour Practitioner - BPOC | 1/7/2009 | 0 | Lamar Institute of Technology Reg. Police Academy | |
| 2046 | Driving | 12/4/2008 | 0 | Lamar Institute of Technology Reg. Police Academy | |

## Courses Completed

**09/01/2007 - 08/31/2009**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3842 | CIT(16hr)-BPOC | 10/29/2008 | 0 | Lamar Institute of Technology Reg. Police Academy | Crisis Intervention Training<br>Crisis Intervention Training (AdvPOC) For IntPOC issued before 9/1/2005)<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01<br>Peace Officer Intermediate Options 2009-09 |
| | | **Unit Hours** | **872** | | |

**09/01/2003 - 08/31/2005**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3939 | Cultural Diversity | 3/1/2005 | 4 | Jefferson Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| | | **Unit Hours** | **4** | | |

**09/01/2001 - 08/31/2003**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3600 | Juvenile | 9/19/2002 | 6 | Jefferson Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 7/25/2002 | 16 | Jefferson Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 3/12/2002 | 6 | Jefferson Co. Sheriff's Academy | |
| | | **Unit Hours** | **28** | | |

**09/01/1999 - 08/31/2001**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2109 | Spanish for Law Enforcement (Intermediate) | 8/30/2001 | 24 | Jefferson Co. Sheriff's Academy | Spanish for Law Enforcement (Intermediate)<br>Spanish for Telecommunicators (Intermediate) |

## Courses Completed

**09/01/1999 - 08/31/2001**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1007 | Basic County Jail Course | 5/24/2001 | 96 | Jefferson Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| | | **Unit Hours** | 120 | | |
| | | **Total Hours** | 1170 | | |

## Total Hours

| | |
|---|---|
| TotalTraining Hours From Education | 0 |
| Total Training Hours | 1170 |
| Total Hours | 1170 |

**Beaumont ISD Police Department**
**Defensive Firearms**

Name  Tamara V. Spikes  PID#: 2737-08
Date 4-8-13  Range Officer: C. Porter  Course No.: N/A
Weapon Make: Glock  Caliber: .40  Serial #: LMB851
Qualification# ① 2 3 4 5  Rds Used 50  Inspected N / ⓨ
On-Duty Weapon YES  Off-Duty Weapon _____
Handgun Qualification Score Pass  Shotgun Qualification Score _____
Rifle Qualification Score _____
Score: _____ Pass ✓ Fail _____
Officer Signature: X