### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| TAMARA SPIKES and BEAUMONT | § | CIVIL ACTION NO. 1:14-CV- 00103 |
| INDEPENDENT SCHOOL | § | |
| DISTRICT POLICE DEPARTMENT | § | |
| | § | |
| | § | |
| | § | |

### ORDER

Having considered Defendant Beaumont Independent School District's Motion for Summary Judgment seeking dismissal of Plaintiff's claim, any response filed by the Plaintiff, and any oral argument, the Court finds that Defendant's Motion has merit and should be GRANTED.

It is therefore ORDERED that summary judgment is GRANTED and each and any of Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

Signed this _____ day of _____, 2014.


_____
DISTRICT JUDGE


644944