IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § § | |
| v. | § § | |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § § § § | CIVIL ACTION NO. 1:14-CV- 00103 |

# ORDER

Having considered Defendant Beaumont Independent School District's Motion for Summary Judgment seeking dismissal of Plaintiff's claims, any response filed by the Plaintiff, and any oral argument, the Court finds that Defendant's Motion has merit and should be GRANTED.

It is therefore ORDERED that summary judgment is GRANTED and each and any of Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

644944