# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § | |
| | § | CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § | |
| | § | Judge Ron Clark |
| TAMARA SPIKES and | § | Magistrate Judge Keith Giblin |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT POLICE | § | |
| DEPARTMENT | § | |

## PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Eastern District of Texas Local Rule CV-26(b) and the August 5, 2014 Scheduling Order in this case, Plaintiff hereby makes the following Second Supplemental Expert Disclosures in the above cause:

A.     Plaintiff has no retained experts.

B.     Non-retained experts.

Kenneth W. Lewis
Bush Lewis, PLLC
595 Orleans Street, Suite 500
Beaumont, Texas 77701
409/835-3521

*Ken Lewis is the manager and principal of the law firm Bush Lewis, PLLC. He will testify as to reasonable and necessary attorney's fees in a case such as the plaintiff pursues in Texas and the Southeast Texas legal community. He will probably testify that calculation of fair and reasonable fees takes into account the experience of the attorneys, the novelty of the questions presented, the time available, and the exclusion of other potential clients based upon the necessity of time devoted to the case. His opinions will be based on his knowledge, education, training, and experience over the last thirty years. He will consider the appropriate factors and will generally opine that a 40% contingent fee or $600-$700/hour for a lawyer of his experience and $275/hour for the work of an associate attorney and $135/hour for his paralegals is reasonable. His CV has been provided. No report is being*

*transmitted because Mr. Lewis is a non-retained expert.*

Police Chief Clydell Duncan
Office Daniel Moore
Officer Matthew Custer
Officer Jackson
Officer Steven Rivers
Officer Eric Payne
Dispatcher Jeanette Flanigan
Beaumont ISD Police Department
c/o Christopher Gilbert
Frances Broussard
Thompson & Horton, LLP
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
(713) 554-6744

*Employees or former employees of BISD-PD who were either present at the scene immediately following the incident between plaintiff and defendant or who have knowledge regarding the incident. These witnesses may offer testimony in their expert capacity as law enforcement officers or employees of a law enforcement agency regarding the incident in question and BISD policies and procedures for the BISD-PD.*

C.    Plaintiff reserves the right to elicit and offer opinion testimony from expert witnesses designated and/or called by other parties to the suit.

D.    Plaintiff further expresses her intention to possibly call, as expert witnesses associated with adverse parties, any of Defendant's experts, including any witness identified in Defendant's expert witness designation and any supplement thereto.

E.    Plaintiff hereby designates adverse parties, potentially adverse parties, and/or witnesses associated with adverse parties, all parties to this suit and all experts designated by any party to this suit, even if the designating party is not a party to the suit at the time of trial. In the event a present or future party designates an expert but then is dismissed for any reason from the suit or fails to call any designated expert, Plaintiffs reserve the right to designate and/or call any such party or any such experts previously designated by any party.

F.    Plaintiff further designates any individuals (whose names may be known or unknown to the Plaintiffs) who are custodians for specific records and information requested in discovery may be called upon to testify as to the authenticity of said records and that they meet the business records exception to the hearsay rule for purposes of admissibility at trial.

G.    Plaintiff reserves the right to call undesignated rebuttal expert witnesses, whose testimony cannot reasonably be foreseen until the presentation of the evidence against the Plaintiffs.

Respectfully submitted,

BUSH LEWIS, PLLC
595 Orleans Street, Ste. 500
Beaumont, Texas 77701
409/835-3521
409/835-4194 (Fax)


By: _____
Kenneth W. Lewis
Texas Bar #12295300
Stephen L. Townsend
Texas Bar #24071539

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on counsel of record by U.S. Mail, certified mail, return receipt requested, this 31st day of December, 2014.

_____
Kenneth W. Lewis