IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § | |
| | § | CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § § | |
| | § | Judge Ron Clark |
| TAMARA SPIKES and | § | Magistrate Judge Keith Giblin |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT POLICE | § | |
| DEPARTMENT | § | |

**PLAINTIFF'S OPPOSED MOTION TO EXTEND, OR IN THE ALTERNATIVE, REVISE TIME FOR DESIGNATING PLAINTIFF'S EXPERT WITNESSES**

Plaintiff asks the Court to extend or revise the time for designation of plaintiff's expert witnesses.

## INTRODUCTION

1.   After removal of this case from state court by defendants, the court entered a Scheduling Order on August 5, 2014, providing plaintiff's designation of experts on October 23, 2014.  On October 21, 2014, plaintiff filed the best designations then available.

2.   The deadline for disclosures was July 30, 2014, but plaintiff was not provided relevant disclosures until October 2, 2014, after filing requests for production.

## FACTS

3.   Kenneth W. Lewis, lead counsel for plaintiff, began to experience excruciating pain during the fall of 2014 in his left hip, leg, and foot and great difficulty standing for more than a few minutes at a time.  On November 10, 2014, he was finally able to schedule a lumbar MRI.  A copy of that MRI is attached as Exhibit 1, showing a severe disc rupture.  Lewis promptly scheduled an appointment with a neurosurgeon on November 13, 2014, who scheduled and performed surgery on December 5, 2014, instructing Lewis to home rest

for two full weeks and significant restrictions for four more weeks. (A copy of the preoperative instructions and post-operative restrictions are attached as Exhibit 2).

4. Depositions scheduled and taken in the case between the diagnosis and date of Lewis' surgery include:

    a. Christine Jones
    b. Matthew Custer
    c. Janet Flanagan

5. Despite the best efforts of Lewis to juggle medical issues and continue to prepare this case for trial, plaintiff does not yet have depositions of:

    a. Co-defendant Tamara Spikes
    b. Steven Jones
    c. Officer Danny Moore
    d. Officer Steven Rivers
    e. Officer D. Jackson
    f. School clerk and eyewitness Davita Douglas
    g. Chief Clydell Duncan
    h. Dispatcher Jada Day

6. These depositions are necessary to evaluate the need for a liability expert. The main reason they have not been taken is the medical problems that confronted attorney Lewis.

7. It is not plaintiff's fault her legal counsel had the medical issues.

## **REQUEST**

8. Plaintiff asks the court to allow plaintiff until three weeks after the completion of the depositions of

    a. Tamara Spikes
    b. Steven Jones
    c. Officer Danny Moore
    d. Officer Steven Rivers
    e. Officer D. Jackson
    f. Davita Douglas
    g. Chief Clydell Duncan

      h.      Jada Day

to file her expert reports.

9. In the alternative, plaintiff asks the court to enter a new scheduling order that would move the trial and all other dates back so that plaintiff could designate liability experts (if needed after the pending depositions).

## PRAYER

10. So that justice can be done and plaintiff can timely designate necessary experts, plaintiff requests the court allow her until three weeks after the completion of the last of the depositions of the indicated witnesses to file expert reports, or strictly in the alternative, a new scheduling order be entered with the trial and all other dates pushed back so that plaintiff could timely designate liability experts.

                    Respectfully submitted,

                    BUSH LEWIS, PLLC
                    595 Orleans Street, Ste. 500
                    Beaumont, Texas 77701
                    409/835-3521
                    409/835-4194 (Fax)

*/s/ Ken Lewis*

By: _____
      Kenneth W. Lewis
      Texas Bar #12295300
      Ken.l@bushlewis.com
      Stephen L. Townsend
      Texas Bar #24071539
      Stephen.T@bushlewis.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that I have complied with the meet and confer requirements of Local Rule CV-7(h) by contacting counsel for defendants on December 31, 2014 by e-mail and telephone and by a joint telephone conference with all defense counsel on January 6, 2015. All defense counsel oppose both the motion to extend and entry of a new scheduling order pushing back all dates.

*/s/ Ken Lewis*

_____
Kenneth W. Lewis

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on all counsel of record through the Court's electronic filing system, this 6th day of January, 2015.

*/s/ Ken Lewis*

_____
Kenneth W. Lewis