# EXHIBIT 1



**The ODC Beaumont**
3405 College Street
Beaumont, TX 77701
Phone: (409) 832-2211
Fax: (409) 434-4277

**Date:** 11-12-2014 12:19 PM
**RE:** LEWIS, KENNETH
**DOB:** 09-28-1948
**Accession #:** 1058506
**DOS:** 11-10-2014 3:40 PM

JOHN FOWLER
755 N 11TH STREET SUITE P5200
BEAUMONT, TX 77702

**Procedure(s):** MR Lumbar Spine w/o & w/dye [72158]

### EXAM: MRI OF THE LUMBAR SPINE

**HISTORY:** The patient states that he has a micro discectomy done in 2013. He got immediate relief except for numbness in his left great toe. The numbness has gradually worked its way up to his left calf muscle.

**TECHNIQUE:** Multiple sagittal and axial images of the lumbar spine were obtained utilizing various T1, T2, and fat saturation imaging sequences. Likewise, post gadolinium imaging was performed.

**COMPARISON:** Recent plain film of the lumbar spine. Comparison is also made to the preoperative lumbar MRI study dated 05/02/2013.

### FINDINGS:

**OSSEOUS STRUCTURES:** Five non rib bearing lumbar vertebra are present. Marked disc space narrowing and degenerative end plate changes are present at L2-3 and L5-S1. Moderate bilateral facet arthropathy is present at L3-4, L4-5 and L5-S1. Very mild retrolisthesis is seen at L5-S1.

**INTERVERTEBRAL DISCS:** Most notable on this examination is the presence of a large recurrent extruded disc herniation at L4-5. This is a broad-based disc herniation and measures 10 mm AP x 24 mm transversely by 13 mm vertically. The thecal sac is effaced secondary to the disc herniation. There is marked impingement of the left L5 nerve root. High-grade left lateral recess stenosis is present.

Disc desiccation is present throughout the lumbar spine. Minimal posterior annular bulging is seen at L1-2 and L3-4. There is diffuse spondylitic disc bulging at L2-3. Moderate broad-based disc bulging is again noted at L5-S1 in association with posterior osteophytosis. Moderate bilateral foraminal stenosis is seen at L5-S1. No significant postsurgical scar formation is seen at the L4-5 level. A left hemilaminectomy defect is seen at this level.

**SPINAL CORD/SPINAL CANAL:** The conus medullaris has a normal location and appearance. Severe central canal and left lateral recess stenosis are present at L4-5 secondary to a large disc herniation.

### IMPRESSION:

1. **10 x 24 x 13 mm recurrent broad-based extruded disc herniation at L4-5.**

2. **There is severe secondary central canal and left lateral recess stenosis at L4-5 with high-grade impingement of left L5 nerve root.**

3. **Otherwise stable multilevel degenerative spondyloarthropathy of the lumbar spine**



Please note: this document contains confidential health information. If you believe you have received this information in error, please contact the sender at (409) 832-2211 and destroy (do not simply discard) the information immediately.



**The ODC Beaumont**
3405 College Street
Beaumont, TX 77701
Phone: (409) 832-2211
Fax: (409) 434-4277

compared to the preoperative study dated 5 June 2013.

Thank you for the opportunity to participate in the care of this patient.
Mainwaring, Brent MD
*Electronically Signed: 11-11-2014 5:26 PM*

*Readers' Choice Winners*
*Best Radiologist*
Beaumont Enterprise – August 2014



Please note: this document contains confidential health information. If you believe you have received this information in error, please contact the sender at (409) 832-2211 and destroy (do not simply discard) the information immediately.

Printed: 11-12-2014 12:19 PM       LEWIS, KENNETH (Exam: 11-10-2014 3:40 PM)       Page 2 of 2