# EXHIBIT 2

J. Bob Blacklock, M.D.
Pre-Operative Instructions

Name: Mr. Kenneth Lewis                     Surgery Date: December 5, 2014

**Pre-Operative Appointments**
__X__ Pre-operative appointment scheduled with Dr. Blacklock
_____ Pre-admit Testing Clinic, 6445 Main Street, 22nd floor, register on 2nd floor first

**Pre-Operative Medication Instructions**
1. Discontinue all aspirin and aspirin related products such as Alka Seltzer and Excedrin two weeks prior to surgery.
2. Discontinue all anti-inflammatory medications such as Advil, Motrin and Aleve two weeks prior to surgery.
3. Discontinue all vitamin supplements, diet pills, fish oil, flax seed, Co-Q-10, and any blood thinning medications two weeks prior to surgery.
4. Please review any medication questions with our office.

**Imaging Studies**
If the imaging studies are in your possession, you must bring these with you on the day of surgery.
** These images need to be "copies." They will **not** be returned to you after surgery. **

**Insurance/Financial**
1. Dr. Blacklock's office will initiate the pre-certification process as required by your insurance company.
2. A representative from our billing department (Anna Hernandez 713.441.3798) will verify your benefits and notify you of any out of pocket expenses.

**Instructions for Reporting for Surgery**
1. Do not have anything to eat or drink after midnight the night prior to your procedure. This includes chewing gum and mints.
2. Leave all valuables at home, do not wear any jewelry and/or watches to the hospital.
3. On the day of surgery, report to The Methodist Hospital, Main 3 NW. Take the elevators to the 3rd floor. Turn left off the elevators to the nurse's station at the end of the hall.
4. Your report time is: 6:00 am
   ****THIS REPORT TIME IS SUBJECT TO CHANGE****
   Please phone Dr. Blacklock's office the day before your scheduled surgery date to confirm your report time. Call or email Kay around lunch-time.
5. If you have any questions, please phone our office at **713-441-3807**.

# J. BOB BLACKLOCK, M..D.
## DISCHARGE INSTRUCTIONS FOLLOWING LAMINECTOMY
(This includes Discectomies and Foraminotomies)

**MEDICATIONS**
1. Take discharge medications as directed. Pain medications may cause constipation. Over-the-counter products may be used if constipation occurs: Milk of Magnesia and mineral oil – adult dose of each.
2. Contact our office for medication refills. Please allow at least 24 hours for each refill.

**WOUND CARE**
**Call Dr. Blacklock's office immediately if the wound becomes painful, red, warm to touch, or begins draining.**

Your incision will be closed one of two ways, but most probably "A" for your case.
A. Skin glue and a neutral-colored Steri-Strip:
   1. When showering, keep dry by covering area with a waterproof bandage. (Do not leave the bandage on the wound after showering, remove immediately and pat dry.)
   2. Remove strips on the 8th day after surgery by completely soaking them with water and then peel off.
   3. If strips become wet prior to the 8th day, remove them immediately.
B. Sutures: (non-dissolving type)
   1. Keep incision dry, as above for steri-strips, until sutures have been removed.
   2. Sutures will need to be removed 10-14 days after surgery. This may be arranged with your local doctor or by Dr. Blacklock's office. Please contact our office to make that appointment.

**SHOWERING INSTRUCTIONS**
For showering, use a waterproof bandage. They are available at most pharmacies. Remove waterproof dressing immediately after showering.

**ACTIVITY**
1. Minimal activity for the first two weeks. Limit activity to short walks inside the house, i.e., to the bathroom or kitchen. You are allowed to be a passenger in a car. Be a "Couch Potato" during this period.
2. After two weeks, gradually increase activity. We would like you to begin a post-op walking program. Begin with a distance you can tolerate easily and gradually increase each day. You are not restricted on the distances you walk, but be careful not to overdo it.
3. You may resume sexual activity any time; be passive initially.
4. Do not lift more than 5 pounds for the first two weeks, then 10 pounds for the next four weeks. Lifting restrictions after six weeks may be discussed with our office by telephone.
5. You may begin driving a car two weeks after surgery.
6. Exercise programs and sports activities can be discussed after 6 weeks.
7. The date for returning to work depends on the type of work you do and the type of surgery you have. The exact date to return to work should be discussed with Dr. Blacklock.

**FOLLOW UP DIRECTIONS**
In most cases, your follow-up can be done by telephone or email. Please call us one month after surgery or sooner if you have any questions/concerns. Our office phone number is 713-441-3807.

| Methodist Methodist Health Care System | DISCHARGE INSTRUCTIONS FOR OUTPATIENT SURGERY | |
|---|---|---|
| Patient Name: LEWIS, KENNETH | | Account Number: 0331415994324 |
| Date of Surgery: 12/5/2014 | Surgeon: BLACKLOCK, JERRY BOB MD | Procedure: LAMINECTOMY LUMBAR |

This copy is for the patient to keep for their personal records and/or pass to their primary care provider.
"PRN" is the same as "as needed."
**TAKE ONLY THE MEDICATIONS ON THIS LIST.**
Check with your regular physician before restarting anything else you were taking before coming to the hospital

## 1. Medications:

### Preprocedure/Home Medications

| Medications | Strength | Dose | Route | Frequency | Last Dose | Instructions | Date |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |

### New Prescription Given
(When filling a new Prescription, please provide a copy of the medications listed to your pharmacy)

| Prescription Given | New/Changed Drug Name and Strength | Dose | Route | Frequency | Next Dose |
|---|---|---|---|---|---|
| Y | Tylenol | 3 | oral | 4 hours | as needed |
| Y | Robaxin | 750 | oral | every 6 hours | 4:00 |
| Y | Medrol dose pack | | | | 12/6/14 |

Patient Name: LEWIS, KENNETH     Account Number: 0331415994324     Page 1 of 3