IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHRISTINE JONES | § |
| | § CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § |
| | § Judge Ron Clark |
| TAMARA SPIKES and | § Magistrate Judge Keith Giblin |
| BEAUMONT INDEPENDENT | § |
| SCHOOL DISTRICT POLICE | § |
| DEPARTMENT | § |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME
FOR DESIGNATING PLAINTIFF'S EXPERT WITNESSES**

CAME ON FOR CONSIDERATION THIS DATE Plaintiff's Motion to Extend Time for Designating Plaintiff's Expert Witnesses. Upon consideration of the motion, response, and applicable law, the Court is of the opinion that Plaintiff's Motion to Extend Time should be in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Extend Time for Designating Plaintiff's Expert Witnesses is GRANTED and Plaintiff has three weeks after the completion of depositions in this case to designate expert witnesses.