# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § | |
| | § | CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § | |
| | § | Judge Keith Giblin |
| TAMARA SPIKES and | § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT POLICE | § | |
| DEPARTMENT | § | |

## DECLARATION OF CHRISTINE JONES

1. "My Name is Christine Jones. I have personal knowledge of the facts set forth in this Declaration and know them to be true and correct. I am over the age of eighteen, am of sound mind, and am capable of making this Declaration.

2. On May 2, 2013 I was waiting in line to pick my child up from Vincent Middle School in Beaumont, Texas.

3. I had turned into the school's driveway. There were cars already lined up on the right hand side of the school's driveway. I was on the left side. There was a space on the right hand side, but I could not fit my vehicle in it. There was a gray vehicle a few car lengths ahead of me on the left side, and a vehicle directly behind me. The driver in the gray vehicle had exited his car and went into the school.

4. A lady, who I later recognized as Spikes, came to my driver's side window and told me that, "They don't want you pulling in from the left hand side." At that time, she had not identified herself as a police officer. All I could see was a nametag that said "Spikes." She seemed very irritated. I told the lady, "Okay."

5. She proceeded to tell me that the reason was because there had been a lot of accidents. I responded, "Okay."

6. She told me to pull up. I told her there was nobody in the gray car in front of me and that he had went into the building. I asked her if she could go look in the vehicle to make sure. She did not acknowledge what I had told her, and she walked away towards the back of my vehicle.

7. She came back up to my vehicle and asked me to pull up again. I told her that I did not want to pull up too close to the gray vehicle since the driver was not in it and I did not want to get trapped in behind him. She had still not identified herself as a police officer.

8. She then asked me for my license and insurance. I asked her if there was a problem. She walked to the side of my vehicle to look at the vehicle identification number. She then walked toward the front of the vehicle to look at the license plate.

9. She then walked to the back of the vehicle to look at the license plate. I still did not know she was a police officer.

10. She then went towards the front side of my vehicle. At that time, the traffic in the driveway began moving. I told her that I could pull over to the side because the gray vehicle and the truck next to it had moved. I began to pull forward. She was not standing in front of my vehicle, but stuck her leg out, and I stopped. My vehicle did not touch her. She stood at the front side of my vehicle. I turned my head to make sure it was clear for me to pull forward. She then hollered that I had hit her. She had not moved from the front side of my vehicle. She was not knocked to the ground. She had still not identified herself as a police officer.

11. I pulled forward into the open spot in order to get out of the way of the vehicles behind me. I attempted to get out of my vehicle when she came to my window with her gun pointing at my head.

12. Her first words to me with her gun to my head where, "I'm going to shoot, I'm going to fire my gun." She still had not identified herself as a police officer. With her gun pointed at my head, she began hollering at me to get out of the car.

13. I got out of the vehicle as other police arrived on the scene. Officer Spikes was the only officer to have her gun drawn, still pointing at my head. They ordered me to my knees and had me lay face down. One officer put his knee in my back as they handcuffed me and brought me to a police car.

14. All the while this was going on, children from the middle school and elementary students were walking around. Many of the kids were in the line of fire, and I heard Mrs. Douglas, the Attendance Clerk at the school, attempt to get the kids inside. The other officers arrived on the scene, but they did not have their weapons drawn. My daughter saw me on the ground. She saw me get handcuffed and hauled away. Her friends had seen the event happen.

15. I had suffered abrasions and pain on my knees and wrists. My back was sore from the officer putting a knee into it.

16. I am a Registered Nurse. I was required to report the incident to the Board of Nursing.

17. The event has caused me a lot of depression. During the event, I feared for my life. I had never had a gun pointed at my head with someone yelling that they were going to shoot. I had never gotten into any kind of altercations. Up to that day, the

2

worst trouble I had gotten into in my life with the authorities was a few traffic violations.

18. Criminal charges were filed against me for an alleged felony aggravated assault against a public servant and a misdemeanor failure to identify by giving false or fictitious information. Both the criminal charges were dismissed.

By my signature below, I declare under penalty of perjury that the foregoing is true and correct."

EXECUTED on September 11, 2014.

_____
Christine Jones

3