IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § | |
| | § | CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § § | Judge Keith Giblin |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § | |

**ORDER DENYING DEFENDANT TAMARA SPIKES'
SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT AND
SUPPLEMENTAL MOTION TO DISMISS**

CAME ON FOR CONSIDERATION THIS DATE Defendant Tamara Spikes' Supplemental Motion for Summary Judgment and Supplemental Motion to Dismiss. Upon consideration of the motion, plaintiff's response, and applicable law, the Court is of the opinion that Defendant's Supplemental Motion for Summary Judgment and Supplemental Motion to Dismiss be in all things DENIED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Defendant Tamara Spikes' Supplemental Motion for Summary Judgment and Supplemental Motion to Dismiss is hereby DENIED.