# EXHIBIT 2

**A.**



**B.**



**C.**



**D.**



**E.**



**F.**



**G.**



**H.**



I.



J.



**K.**



**L.**



**M.**



**N.**



**O.**



**P.**

