# Exhibit 7

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       BEAUMONT DIVISION

 3    CHRISTINE JONES            )
                                 )
 4    VS.                        )
                                 ) CIVIL NO. 1:14-CV-00103
 5    TAMARA SPIKES AND          )
      BEAUMONT INDEPENDENT       )
 6    SCHOOL DISTRICT POLICE     )
      DEPARTMENT                 )
 7    **********************************************************

 8

 9

10              ORAL AND VIDEOTAPED DEPOSITION OF
                         DONALD JACKSON
11                      January 14, 2015

12

13

14

15    **********************************************************

16       ORAL AND VIDEOTAPED DEPOSITION OF DONALD JACKSON,

17    produced as a witness at the instance of the plaintiff,

18    and duly sworn, was taken in the above styled and

19    numbered cause on January 14, 2015, from 3:34 p.m. to

20    5:21 p.m., before Melissa Girouard, CSR in and for the

21    State of Texas, reported by machine shorthand recording,

22    at the law offices of Bush Lewis, 595 Orleans Street,

23    Suite 500, Beaumont, Texas, pursuant to the Federal

24    Rules of Civil Procedure and the provisions stated on

25    the record or attached therein.
```

A. I don't recall.

Q. Do you remember where Officer Spikes and Officer Custer were?

A. They were nearby standing.

Q. Did -- did either of them have a hand on her at that point in time?

A. I know someone was tending or aiding to the lady, but I don't remember who because she wasn't laying there by herself. I remember somebody was with her, but I don't remember which officer it was.

Q. Do you remember anybody -- any officers besides Custer and Spikes being there when you arrived?

A. Not when I initially arrived.

Q. Okay. And do you remember seeing any other officers come up?

A. I don't recall any other officers, police officers being there.

Q. Okay.

A. I believe there was a public safety officer there.

Q. What's a public safety officer?

A. It's like a security guard. Seemed like I remember a security guard being -- his name is -- I can't recall his name. He's a white male. He works there all the time.

    Q.  Did you -- did you or anybody else help the prisoner to her feet?

    A.  Yes. I -- I did, and I believe Officer Custer assisted me placing her in a marked BISD police car in the backseat.

    Q.  Did the prisoner say anything to you, that you remember?

    MS. KALCHTHALER: Objection, form.

    It's okay. You can answer. We -- as Mr. Lewis mentioned, we'll do that from time to time.

    Q.  (BY MR. LEWIS) Did the lady with the handcuffs on say anything to you, that you remember?

    A.  Not that I can recall.

    Q.  Do you remember her asking why she was arrested?

    A.  Not to me. I think she --

    Q.  Did you remember -- did you hear her say that to anybody?

    A.  I remember -- seems like I remember her saying, what did I do.

    Q.  Did --

    A.  But she wasn't asking me that.

    Q.  Did you hear anybody answer her?

    A.  No, sir.

    Q.  Did you hear anybody tell her she was under

```
 1  arrest?
 2      A.  No, sir.
 3      Q.  Did you hear anybody tell her what she was
 4  charged with, if anything?
 5      A.  No, sir.
 6      Q.  Were -- did you hear any conversations between
 7  any police officers while you were there?
 8      A.  Yes, sir.
 9      Q.  Tell me about that.
10      A.  I was involved in the conversation with myself
11  and Officer Spikes and Sergeant Hall.  They were --
12  they -- when I say they, I mean Spikes and Hall -- were
13  looking to me for guiding -- guidance, as they often do.
14  They being the -- the department as a whole always
15  counted on me to answer the law enforcement questions
16  since I had so many experiences in the real world.
17      Q.  And who asked you what?
18      A.  Seemed like I recall Officer Spikes asking
19  me -- she didn't ask me that first, though.  Let me back
20  up.
21          I don't recall them asking me anything.
22      Q.  Were -- did you hear any discussion between any
23  of the officers there?
24      A.  Yes.
25      Q.  What did you hear?
```

| | |
|---|---|
| 1 | A.  Officer Spikes was complaining to Sergeant Hall |
| 2 | that the lady in handcuffs in the backseat of the police |
| 3 | car had struck her, Officer Spikes, with her vehicle |
| 4 | after she asked her to move and that -- Officer Spikes |
| 04:07  5 | told Sergeant Hall in front of me that the lady mirror |
| 6 | hit her backside and she was in pain. |
| 7 | Q.  When you got to the scene, was Officer Spikes |
| 8 | standing up? |
| 9 | A.  Yes, sir. |
| 04:08 10 | Q.  Did she ever limp while you were there? |
| 11 | A.  Not that I can recall. |
| 12 | Q.  Did you see any injuries on her that you could |
| 13 | identify as injuries? |
| 14 | A.  No, sir. |
| 04:08 15 | Q.  Did Officer Spikes indicate to any of the |
| 16 | officers there where she was when she was supposedly |
| 17 | struck by the car? |
| 18 | A.  Standing next to it.  She -- she gave a |
| 19 | dialogue as to what happened. |
| 04:08 20 | Q.  Okay.  And did she say which side of the car |
| 21 | she was standing on? |
| 22 | A.  Based on the description she gave, she would |
| 23 | have been standing on the driver's side. |
| 24 | Q.  Okay. |
| 04:08 25 | A.  That's a two-lane driveway. |

```
 1   some type of SUV, if I remember.  And Officer Spikes
 2   stated that she was standing on the driver's side of
 3   that SUV, which means, because it's a two-lane, one way
 4   two lanes, she would have been -- to the right of Spikes
 5   would have been a car and to the left of Spikes would
 6   have been that -- Ms. Jones' vehicle, if she would have
 7   been between the two lanes of traffic as they're coming
 8   towards her.
 9        Q.  Okay.  And based on the description that
10   Officer Spikes gave at that time, was it your
11   understanding that there was a vehicle to the right?
12        A.  It's not uncommon because I have done the same
13   thing before.  I have directed traffic as she was doing
14   numerous times.
15        Q.  And -- and did Officer Spikes indicate that
16   this person steered her vehicle into her?
17        A.  She didn't indicate that it was steered into
18   her.  She indicated that it was driven into her.
19   Steering would be more like an adverse action of
20   steering.  She didn't indicate it was steering.
21        Q.  Okay.  And -- and you heard her tell that to
22   who?
23        A.  Sergeant Hall, her -- her and my immediate
24   supervisor.
25        Q.  And did you see her make a telephone -- Officer
```

| | |
|---|---|
| | 1  jobs can be. So, I want to get into a couple of other |
| | 2  things. Is all that you have for that? Okay. |
| | 3  EXAMINATION |
| | 4  BY MS. KALCHTHALER: |
| 04:27 | 5  Q. I wanted to go back. First you had mentioned |
| | 6  the Beaumont ISD PD policy or we had spoken about those |
| | 7  and I wanted to know, during your time there did you |
| | 8  ever have access to any Beaumont ISD PD policies? |
| | 9  A. No, but there is one. It's thick. It's -- |
| 04:27 | 10 it's -- I ended up getting one through my CLEAT attorney |
| | 11 through my -- my grievance process of this texting |
| | 12 complaint I had, and turns out they're supposed to issue |
| | 13 you a policy manual. That's what it says. I ended up |
| | 14 getting a copy of it, and on the first page of that |
| 04:28 | 15 manual is a receipt for when they give you a copy of |
| | 16 that said manual. You're supposed to sign off on it and |
| | 17 they keep the receipt to acknowledge that they gave you |
| | 18 a copy of it. |
| | 19     And I don't -- the school district police |
| 04:28 | 20 department, they're not as -- what's the word I want to |
| | 21 use, the proper word, without being too harsh? They're |
| | 22 not as informative and productive and efficient and on a |
| | 23 police level like they should be. They have potential, |
| | 24 but you can't with the people that -- not -- some of the |
| 04:28 | 25 people that they have there. I don't understand how |

1    that manual does exist but officers are routinely not
2    issued that policy.  I was there two years and didn't
3    have a name tag.  I mean, you know, I asked for one
4    but -- everyone else got one but I -- I don't complain
5    about stuff like that, but I bring it to the people's
6    attention.
7         Things like that, it makes the department --
8    something small as not having a name tag or a policy
9    manual when you -- I mean, it's cut and dry.  You're
10   supposed to be issued a manual, you're supposed to know
11   the guidelines, you're supposed to familiarize yourself.
12   No one's supposed to sit you down and read it to you;
13   and I'm troubled by that, that the department do not
14   take initiative to make sure that they do the right
15   things.
16        MS. KALCHTHALER:  Objection, nonresponsive.
17        Q.  (BY MS. KALCHTHALER) And I apologize for that.
18   Sometimes --
19        A.  I understand.
20        Q.  It's really you just have to limit it to the
21   question.
22        A.  Just cut me off.
23        Q.  No.  I -- it's -- I don't want to cut you
24   off --
25        A.  Okay.

```
 1    Q.  And then you later had a conversation with
 2  Officer Spikes?
 3    A.  Well, as far as -- I didn't have a conversation
 4  with Officer Spikes as to what she should or should not
 5  charge the lady with.  I didn't tell her what she should
 6  or shouldn't.
 7    Q.  But Officer Hall did?
 8        MS. KALCHTHALER:  Objection, form.
 9    Q.  (BY MR. LEWIS) Is that correct?  Did Officer
10  Hall have a conversation with her about what to charge
11  Mrs. Jones with?
12    A.  I'm not sure.  I had a conversation with
13  Sergeant Hall --
14    Q.  Yes.
15    A.  -- about what I would do or wouldn't do and by
16  me giving that arrest title -- I call it an arrest
17  title -- aggravated assault, that's not what I would
18  have done, but that would be the charge that would fit
19  the situation based on what was told to me.  There's a
20  difference.
21    Q.  And that would be assuming that the vehicle was
22  intentionally driven into Officer Spikes?
23    A.  Correct.  But she --
24    Q.  Go ahead.
25    A.  She was transported -- I think she was
```

|       |                                                                                  |
|-------|----------------------------------------------------------------------------------|
| 1     | A. I don't know.                                                                 |
| 2     | Q. So, you don't know one way or the other?                                      |
| 3     | A. I don't know.                                                                 |
| 4     | Q. Okay. Do you know what injury it was that                                     |
| 04:47 5 | supposedly kept Officer Spikes from being able to drive                        |
| 6     | Mrs. Jones to the jail?                                                          |
| 7     | A. She just -- she appeared to be distressed                                     |
| 8     | because she was crying, and she said her back hurt. So,                          |
| 9     | I'm assuming it was her back.                                                    |
| 04:47 10 | Q. Once an officer has been trained and put on                                |
| 11    | duty, what role does the training officer that                                   |
| 12    | originally trained the officer have regarding that                               |
| 13    | police officer --                                                                |
| 14    |         MS. KALCHTHALER: Objection, form.                                        |
| 04:47 15 | Q. (BY MR. LEWIS) -- as -- based on your                                      |
| 16    | experience at the Beaumont --                                                    |
| 17    | A. ISD.                                                                          |
| 18    | Q. -- ISD Police Department?                                                     |
| 19    |         MS. KALCHTHALER: Same objection.                                         |
| 04:47 20 |         You can answer.                                                       |
| 21    | A. What role does the training officer have?                                     |
| 22    | Q. (BY MR. LEWIS) Yes, sir.                                                      |
| 23    | A. Well, I am a field training officer. I am one                                 |
| 24    | of two that they used, myself and Custer, and whoever's                          |
| 04:48 25 | certified to be a field training officer. The other                           |

```
                                                                04:48
 1   ones they used, but they're not certified.  They've
 2   never been to no formal training, FTO, field training
 3   officer, school such as myself.  So, that's --
 4        Q.   Had Eric Payne, to your knowledge, ever been to
 5   officer training school back at that time?
 6        A.   Did he?  Was Payne there?  I don't remember if
 7   Payne was there or not.  In --
 8        Q.   Assume with me that the records show that Eric
 9   Payne was at Beaumont ISD Police Department back during
10   that time.
11        A.   In my recollection, Sergeant Payne has never
12   been to no formal field training officer school, such as
13   myself and Custer and maybe a couple of other officers;
14   but they -- they use people who they deem blessed to be
15   supervisors who are -- like Sergeant Payne, he don't --
16   he's never been on the streets.  He's never been a
17   patrol officer arresting people.  So, to me he's not --
18   what's the word I'm looking for?  He is not qualified to
19   be a training officer, even though that was before I
20   arrived.
21        Q.   Okay.  So, after a -- regardless of whether
22   someone's qualified to be a field training officer, once
23   they complete the training and they certify someone as
24   being ready to be a police officer and they're a police
25   officer, does that field training officer have any other
```

Timestamps in left margin: 04:48 (line 5), 04:48 (line 10), 04:49 (line 15), 04:49 (line 20), 04:49 (line 25).

| | |
|---|---|
| 1 | responsibility or supervision of that person -- |
| 2 | MS. KALCHTHALER: Objection, form. |
| 3 | Q.  (BY MR. LEWIS) -- of that officer? |
| 4 | A.  Not directly but to me it's like vicarious |
| 04:50  5 | liability.  You -- you're trained to teach the person |
| 6 | policies, procedures, laws, things to keep them safe, to |
| 7 | keep the district or the employer that you work for out |
| 8 | of -- out of liability and litigation to making sure |
| 9 | that the person you're training, your trainee, is doing |
| 04:50 10 | the proper procedures, whether they are in your presence |
| 11 | or out of your presence, whether they're in the training |
| 12 | program or out of the training program.  And, to me, the |
| 13 | district -- the school district, police department, they |
| 14 | ignore proper procedures in -- sometimes in putting off |
| 04:50 15 | new officers with people who are not qualified to train |
| 16 | them.  And such as myself, I was sent an officer of a |
| 17 | new -- a new officer, a new recruit and I did the |
| 18 | formality of the -- of checks and balances to have a -- |
| 19 | I hope I'm answering your question so you don't |
| 04:50 20 | interrupt me. |
| 21 | Just call it field training observation daily |
| 22 | report form.  So, you would be able to document the type |
| 23 | of training you gave this person, the type of scenarios |
| 24 | you gave this person, the type of calls and the things |
| 04:51 25 | that they've experienced so you can go back on it. |

```
         1        Q.  So --
         2                MS. KALCHTHALER:  Objection, nonresponsive.
         3        Q.  (BY MR. LEWIS)  So, when you were a field
         4   training officer for BISD Police Department, you
04:51    5   actually filled out your observations on a form and
         6   turned it in?
         7        A.  Yes, sir.
         8        Q.  And --
         9        A.  For two officers.
04:51   10        Q.  But for -- you did it on two different
        11   officers; but while you were there at the BISD Police
        12   Department, you did not have the -- in fact, you didn't
        13   know they existed, the BISD Police Department policies
        14   and procedures; is that correct?
04:51   15        A.  Right.
        16                MS. KALCHTHALER:  Objection, form.
        17        Q.  (BY MR. LEWIS)  So, you didn't have the ability
        18   to use those in that training.  Would that be fair?
        19                MS. KALCHTHALER:  Objection, form.
04:51   20        A.  Correct.
        21        Q.  (BY MR. LEWIS)  And -- and by these, of course,
        22   I'm referring to the policies and --
        23        A.  The policies, yes.
        24        Q.  Okay.  And the -- do you know if whoever
04:52   25   trained Officer Spikes completed any forms during the
```

1  training about how well she was doing?
2     A.  I don't know.
3     Q.  Were the forms that you filled out, were they
4  something furnished to you by the BISD Police
5  Department?  And I'm talking about when you were doing
6  the field officer training.
7     A.  No.  I think I acquired them.
8     Q.  Okay.
9     A.  I could have gotten it from the blank -- did
10 I -- Sergeant Delco could have gave me the blank forms,
11 but I made sure it was accurate and complete blank forms
12 too and I put it in a PDF format and distributed it to
13 others who were qualified to be -- who were certified
14 field training officers.
15    Q.  So, when you got involved in doing field
16 training for BISD Police Department, you actually made
17 sure that proper forms were available and distributed to
18 other qualified field training officers?
19    A.  Correct.
20         MS. KALCHTHALER:  Objection, form.
21    Q.  (BY MR. LEWIS) Did you start at BISD Police
22 Department before or after Officer Spikes?
23    A.  After.
24    Q.  Okay.  So, you would not have been there when
25 she was going through her field officer training --

|  |  |
|---|---|
| 1 | A. Correct. |
| 2 | Q. -- is that correct? |
| 3 | A. And as a matter of common practice, their |

training is -- it might be two weeks for one officer; it might be six weeks for another officer; it might be two days for another officer; or, like myself, it wasn't any. They -- they knew I knew what I was doing. So, I didn't go through a training program when I started.

So, it's not consistent as it should be. It definitely should be consistent irregardless of your experience. It should be consistent.

Q. Okay. Let me --

MS. KALCHTHALER: Objection, nonresponsive.

Q. (BY MR. LEWIS) Let me ask that question a different way.

Mr. Jackson, during your experience at the BISD Police Department, was there a great deal of variety in the length of time that new officers went through training?

A. Correct.

Q. And would that vary from no training to several weeks?

A. From no training to a couple of weeks.

Q. Okay.

A. For instance, one officer I trained who was a

```
 1                MS. KALCHTHALER:  Objection, nonresponsive.
 2        Q.   (BY MR. LEWIS) So, based on your experience
 3   that you've just described for us with attempting to
 4   train Officer Bush and the response that you got from
 5   the police department on that, did you think that was an
 6   indication of any deficiency in their training program?
 7                MS. KALCHTHALER:  Objection, form.
 8        A.   Yes.
 9        Q.   (BY MR. LEWIS) And you just explained that to
10   us?
11        A.   And the fact that they didn't -- they want
12   to -- they want to do things the right way; but, yet,
13   when you explain it to them the right way, it's -- they
14   turn -- they turn their eye to it.  And I didn't
15   understand why.
16        Q.   When you were --
17                MS. KALCHTHALER:  Objection, nonresponsive.
18        Q.   (BY MR. LEWIS) When you were present the day of
19   this incident where you came to assist Officer Spikes at
20   Vincent Middle School, did she ever give any indication
21   to you that this could have been an accident?
22        A.   I don't recall.
23        Q.   The -- you indicated previously in your
24   deposition that you had been terminated by BISD Police
25   Department based on an allegation from the boyfriend --
```

```
 1        I further certify that pursuant to FRCP Rule
 2   30(f)(1) that the signature of the deponent:
 3        _____ was requested by the deponent and that the
 4   signature is to be before any notary public and returned
 5   within 30 days from date of receipt of the transcript.
 6   If returned, the attached Changes and Signature Page
 7   contains any changes and the reasons therefore;
 8        _XXX_ was not requested by the deponent or a party
 9   before the completion of the deposition.
10        I further certify that I am neither counsel for,
11   related to, nor employed by any of the parties or
12   attorneys in the action in which this proceeding was
13   taken, and further that I am not financially or
14   otherwise interested in the outcome of the action.
15        Certified to by me on this the 16th day of January,
16   2015.
```

*Melissa Girouard*
MELISSA GIROUARD, Texas CSR No. 6313
Expiration Date:  12/31/15
Jan Girouard & Associates
Firm Registration No. 99
550 Fannin Street, Suite 108
Beaumont, Texas 77701
(409) 832-2721