# Exhibit 11

CAUSE NO. 298262

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| VS. | § | AT LAW NUMBER TWO |
| Christine Jones | § | JEFFERSON COUNTY, TEXAS |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, the State of Texas, by and through her attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action for the reason:

_____ The Defendant was convicted in another case;

_____ The Defendant pled guilty or no contest in another charge;

_____ The Complaining Witness has requested dismissal;

_____ The Case has been re-filed;

_____ The Defendant has pled in the Justice of the Peace Court;

_____ Interests of Justice

\_\_✓\_\_ Insufficient Evidence

_____ Missing Witness(es)

_____ Defendant Deceased

\_\_✓\_\_ Other:

And for cause would show the Court the following:

Wherefore, it is prayed that the above entitled and numbered cause be DISMISSED.

_____
Assistant Criminal District Attorney of Jefferson County, Texas

## ORDER

The foregoing motion having been presented to me on this the 20 day of November 20 13, and the same having been considered, is therefore ORDERED, ADJUDGED AND DECREED that the said above entitled and numbered cause be and the same is hereby DISMISSED.

_____
JUDGE OF THE COUNTY COURT NO. 2, JEFFERSON COUNTY TEXAS

MOTION AND ORDER TO DISMISS
FILED FOR RECORD
298262
2013 Nov 26, 02:35 PM
Carolyn L. Guidry, County Clerk
Jefferson County, Texas