# Exhibit 12

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | ) | |
| | ) | |
| VS. | ) | |
| | ) | CIVIL NO. 1:14-CV-00103 |
| TAMARA SPIKES AND | ) | |
| BEAUMONT INDEPENDENT | ) | |
| SCHOOL DISTRICT POLICE | ) | |
| DEPARTMENT | ) | |

*******************************************************

ORAL AND VIDEOTAPED DEPOSITION OF
JADA DAY
January 14, 2015

*******************************************************

ORAL AND VIDEOTAPED DEPOSITION OF JADA DAY, produced as a witness at the instance of the plaintiff, and duly sworn, was taken in the above styled and numbered cause on January 14, 2015, from 2:23 p.m. to 3:21 p.m., before Melissa Girouard, CSR in and for the State of Texas, reported by machine shorthand recording, at the law offices of Bush Lewis, 595 Orleans Street, Suite 500, Beaumont, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached therein.

A. Correct.

Q. And by 15:49 on Exhibit 2 you've been notified that Custer is back on duty in his personal vehicle, under police information, right?

03:16 A. Correct.

Q. By you I mean dispatch.

A. I understand, yes, sir.

Q. Okay. So, based on these documents, Officer Spikes arrived at Vincent Middle School at 15:40; and by 03:17 15:48 she's reporting that she's been struck by a vehicle and asking for backup?

A. Correct.

Q. And in response -- one, two, three, four, five, six -- seven additional officers came to the Vincent 03:17 Middle School to assist in whatever situation Officer Spikes was faced with, correct?

A. Yes, sir, correct.

Q. And the Beaumont Police Department asked if its assistance was needed, correct?

03:17 A. I'm not aware of that.

Q. Well, if we look at -- let's see -- at Exhibit 1, it says, "at 15:50 BPD was advised to call EMS." Then at 15 -- "At 13:53 dispatch called EMS and told them to disregard. They would continue rolling 03:17 that way nonemergency. Beaumont PD called and asked if

I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent:

_____ was requested by the deponent and that the signature is to be before any notary public and returned within 30 days from date of receipt of the transcript. If returned, the attached Changes and Signature Page contains any changes and the reasons therefore;

_XXX_ was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me on this the 16th day of January, 2015.

Melissa Girouard

MELISSA GIROUARD, Texas CSR No. 6313
Expiration Date: 12/31/15
Jan Girouard & Associates
Firm Registration No. 99
550 Fannin Street, Suite 108
Beaumont, Texas 77701
(409) 832-2721