IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHRISTINE JONES § | |
| § | CIVIL ACTION NO. 1:14-CV-00103 |
| VS. § | |
| § | Judge Keith Giblin |
| TAMARA SPIKES and § | |
| BEAUMONT INDEPENDENT § | |
| SCHOOL DISTRICT POLICE § | |
| DEPARTMENT § | |

**ORDER DENYING DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT**

CAME ON FOR CONSIDERATION THIS DATE Defendant BISD's Motion for Summary Judgment. Upon consideration of the motion, plaintiff's response, and applicable law, the Court is of the opinion that Defendant's Motion for Summary Judgment to Dismiss be in all things DENIED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Defendant BISD's Motion for Summary Judgment is hereby DENIED.