# EXHIBIT A

## IN UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § | |
| | § | |
| | § | |
| vs. | § | C.A. NO. 1:14-CV-00103 |
| | § | |
| TAMARA SPIKES and | § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT POLICE | § | |
| DEPARTMENT | § | |

### DEFENDANT TAMARA SPIKES'S DESIGNATION OF EXPERTS

TO:    Plaintiff Christine Jones, by and through her attorney of record, Kenneth Lewis, BUSH LEWIS, P.L.L.C., 595 Orleans Street, Suite 500, Beaumont, Texas 77701.

Defendant Beaumont Independent School District, by and through its attorney of record, Chris Gilbert, THOMPSON & HORTON, L.L.P., 3200 Southwest Freeway, Suite 2000, Suite 500, Houston, Texas 77027.

Defendant Tamara Spikes ("Spikes" or "Defendant Spikes") makes this designation of experts in accordance with the scheduling order.

1.    The following persons may be used at trial to present evidence under Federal Rules of Evidence 702, 703, 704, or 705:

<u>Identity of Retained Expert</u>

a.    Ms. Margo Frasier
5408 Avenue F
Austin, Texas
(512) 565-0464

Ms. Frasier is an expert in the corrections and law enforcement field. Ms. Frasier is the current Police Monitor for the City of Austin and has more than 35 years of experience, including working as the sheriff of Travis County. As a consultant and an attorney, Ms. Frasier will provide expert testimony regarding civil rights, law enforcement practices, and corrections practices. The curriculum vitae of Ms. Frasier is being served upon opposing counsel as part of the disclosure required by the scheduling order and pursuant to Federal Rule 26(a)(2) and contains additional information regarding the qualifications of Ms. Frasier as an expert witness. Ms. Frasier will be compensated for her expert testimony, her time in preparing for and providing expert testimony on behalf of Defendant Jones and will be billed according to the

1

contract letter included with her curriculum vitae. Ms. Frasier's expert report and list of cases in which Ms. Frasier has been a testifying expert are also being served upon opposing counsel.

### Identity of Non-Retained Experts

a.    Mr. Vernon Butler
       c/o James E. Byrom
       Walsh, Anderson, Gallegos, Green & Treviño, P.C.
       10375 Richmond Ave.
       Houston, Texas 77042
       (713) 789-6864

Mr. Butler is the Superintendent for Beaumont Independent School District. Mr. Butler has experience as a school administrator and may testify regarding District policies and procedures and employee and student standards of conduct, employee handbooks and manuals, and any employee training. Mr. Butler may also testify regarding District-wide compliance with policies and laws regarding police activity in the District including the role of the Beaumont Police Department during intervention and interaction with students. Mr. Butler is familiar with circumstances related to Plaintiff's claims, including the allegations and facts related to Plaintiff's Complaint. He may also have knowledge concerning personnel decisions related to the issues contained in Plaintiff's suit. Mr. Butler also serves as the District's custodian of records.

b.    Mr. James E. Byrom
       Walsh, Anderson, Gallegos, Green & Treviño, P.C.
       10375 Richmond Ave.
       Houston, Texas 77042
       (713) 789-6864

c.    Ms. Kelley L. Kalchthaler
       Walsh, Anderson, Gallegos, Green & Treviño, P.C.
       10375 Richmond Ave.
       Houston, Texas 77042
       (713) 789-6864

Mr. Byrom and Ms. Kalchthaler may offer expert testimony in support of Defendant Spikes's request for attorneys' fees in the referenced matter. Mr. Byrom is the lead attorney of record for Defendant Spikes in the above-entitled and numbered cause and Ms. Kalchthaler is an associate in the firm of Walsh, Anderson, Gallegos, Green & Treviño, P.C. Mr. Byrom and Ms. Kalchthaler will testify regarding the reasonableness of attorneys' fees in federal court litigation in general, and in this case in particular. They will also testify that the attorneys' fees incurred by Defendant Spikes in this action were reasonable and necessary and are at or below market rate within this venue for all matters of this nature and complexity, and that $185.00 per hour for attorneys with over twenty years of experience or board certification, $145.00 per hour for attorneys with less than four years of experience, and $65.00 per hour for paralegals and law

clerks are reasonable fees for the firm's services. Mr. Byrom and Ms. Kalchthaler's testimony and opinions will be based on their knowledge of the attorneys' fees charged in similar litigation, the pleadings and discovery in this case, and the firm's fee bills for the period of time encompassing the firm's representation of Defendant Spikes in the referenced lawsuit. Mr. Byrom and Ms. Kalchthaler may testify about the necessity and reasonableness of attorneys' fees or costs sought by Plaintiff, and will base their opinions in part on any fee bills in this case that have not yet been produced by Plaintiff.

The curricula vitae of Mr. Byrom and Ms. Kalchthaler are being served upon opposing counsel as part of the disclosure required by the scheduling order and pursuant to Federal Rule 26(a)(2). The curricula vitae contain additional information regarding the qualifications of each to provide the expert testimony as indicated above. Although Mr. Byrom and Ms. Kalchthaler will not be directly compensated for their expert testimony, their time in preparing for and providing expert testimony on behalf of Defendant Spikes in this case will be billed by the law firm at the rates stated above.

Defendant Spikes reserves the right to provide specific opinions and reports from Ms. Frasier and Mr. Butler if necessary, and any supplemental reports necessary to respond to any expert reports provided by Plaintiff or to update reports provided at this time. Defendant Spikes also reserves the right to cross-designated any expert named by any other party.

Respectfully Submitted,

WALSH, ANDERSON, GALLEGOS, GREEN & TREVINO/P.C.

James E. Byrom
State Bar No. 03568100
jbyrom@wabsa.com
Kelley L. Kalchthaler
State Bar No. 24074509
kkalchthaler@wabsa.com
10375 Richmond Ave. Suite 750
Houston, Texas 77042-4196
(713) 789-6864 (phone)
(713) 789-9318 (facsimile)

ATTORNEYS FOR DEFENDANT
TAMARA SPIKES

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of November, 2014, a true and correct copy of the foregoing was served upon counsel of record as follows:

Kenneth W. Lewis
Stephen L. Townsend
BUSH LEWIS, P.L.L.C.
595 Orleans Street, Suite 500
Beaumont, Texas  77701
*Attorneys for Plaintiff*

*Via CMRRR No. 71969008911130574159*

Christopher B. Gilbert
Frances R. Broussard
THOMPSON & HORTON, L.L.P.
3200 Southwest Freeway, Suite 2000
Houston, Texas  77027
*Attorneys for Defendant Beaumont ISD*

*Via CMRRR No. 71969008911130574166*

Kelley L. Kalchthaler

4



**2. Article Number**

7196 9008 9111 3057 4159

**3. Service Type   CERTIFIED MAIL™**

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**

Mr. Kenneth W. Lewis
Mr. Stephen L. Townsend
Bush Lewis, PLLC
595 Orleans Street, Suite 500
Beaumont, TX 77701

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X _Heather Marshall_   ☐ Agent ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

**Reference Information**

BISD/Jones (Spikes) 01950-009

JEB/KLK

PS Form 3811, January 2005          Domestic Return Receipt

---

**USPS®**
**Receipt for**
**Certified Mail™**

No Insurance Coverage Provided
Do Not Use for International Mail

PS Form 3800, January 2005

| | |
|---|---|
| Postage | 0.48 |
| Certified Fee | |
| Return Receipt Fee | 2.70 |
| Restricted Delivery | |
| Total Postage & Fees | 6.48 |

POSTMARK OR DATE

02
2014

**REFERENCE:** BISD/Jones (Spikes) 01950-009

**SENDER:** JEB/KLK

**TO:** Mr. Kenneth W. Lewis
Mr. Stephen L. Townsend
Bush Lewis, PLLC
595 Orleans Street, Suite 500
Beaumont, TX 77701

7196 9008 9111 3057 4159

MARGO L. FRASIER, J.D.
5408 AVENUE F
AUSTIN, TEXAS 78751

November 19, 2014

Mr. James E. Byrom
Walsh, Anderson, Gallegos, Green & Trevino, P.C.
10375 Richmond Ave., Suite 750
Houston, Texas 77042

Re: *Christine Jones v. Tamara Spikes and Beaumont Independent School District*, in the United States District Court, Eastern District, Beaumont Division, Civil Action No. 1:14-CV-00103-RC-ZJH

## REPORT OF DEFENDANTS' EXPERT, MARGO L. FRASIER, J.D.

### INTRODUCTION:

My name is Margo Frasier. I am presently self-employed as a criminal justice consultant and expert. I have been retained as an expert witness for Tamara Spikes (Spikes) and Beaumont Independent School District (BISD) (collectively referred to as Defendants) in the matter of *Christine Jones v. Tamara Spikes and Beaumont Independent School District*, in the United States District Court, Eastern District, Beaumont Division, Civil Action No. 1:14-CV-00103-RC-ZJH.

I have been asked to render opinions relating to the actions of Defendants in connection with an incident that occurred on May 2, 2013, when Christine Jones (Jones) was involved in an incident while Spikes was working traffic control as an officer of the BISD outside of a BISD school. Specifically, Jones claims her rights were violated due to an alleged unlawful arrest and an alleged use of excessive force by Spikes.

Specifically, I have been asked to review documentary material related to the actions of the employees of the BISD in connection with the incident, the pleadings of the parties, and relevant statutes and case law for the purpose of determining whether the employees of the BISD subjected Jones to a violation of her constitutional rights.

### QUALIFICATIONS OF EXPERT;

I have significant experience in all facets of law enforcement and corrections. Presently, I am self-employed as a criminal justice consultant and expert. Additionally, I am employed as the Police Monitor for the City of Austin. My duties as Police Monitor include overseeing all of the internal affairs investigations of the Austin Police Department and providing recommendations on how to improve the Austin Police Department. Prior to joining the City of Austin, I was a Senior Associate with MGT of America, Inc.

1

(MGT), where I provided litigation support, expert witness services, and consulting in criminal justice issues. Prior to joining MGT, I was an Assistant Professor of Criminal Justice in the College of Criminal Justice at Sam Houston State University in Huntsville, Texas. Prior to joining the faculty at Sam Houston State University, I was the duly elected Sheriff of Travis County (Austin), Texas.

I assumed office as Sheriff of Travis County, Texas, on January 1, 1997, and served as the Chief Law Enforcement Officer and Chief Corrections Officer of Travis County, Texas, until December 31, 2004. I graduated from Sam Houston State University with a Bachelor of Science degree with honors in Criminology and Corrections in 1974. I received thirty hours of credit towards a Masters of Arts degree in Criminal Justice Management from Sam Houston State University. I received my Juris Doctor with high honors from Florida State University College of Law in 1984. I am certified both as a peace officer and jail officer by the Texas Commission on Law Enforcement.

During my 38 years of experience, I have worked at a state prison in Texas; worked in a number of different capacities within the Travis County Sheriff's Office; worked at and managed a county jail system; worked for the legislative committee which provided oversight of the jail and prison systems of the State of Florida; represented, as an attorney, numerous cities, counties, city officials and county officials in litigation related to law enforcement, corrections, and employment law; served as Sheriff, and, therefore, Chief Law Enforcement Officer and Chief Corrections Officer, of Travis County, Texas; provided criminal justice consultation; and served as Police Monitor of the City of Austin.

In addition, from 1997 to 2004, I was on the faculty at Saint Edward's University in Austin, Texas. At Saint Edward's University, I taught criminal justice courses including courses on American Policing, Corrections, and Juvenile Justice. While on the faculty at Sam Houston State University from 2005 to 2008, I taught criminal justice courses including Criminal Law, Criminal Investigation, Professionalism and Ethics in Criminal Justice, Legal Aspects of Corrections, Seminar on Administration and Organization, and Legal Aspects of Criminal Justice Management. Specifically, as part of the courses on Legal Aspects of Criminal Justice Management and Legal Aspects of Corrections, I taught the legal principles related to the liability of criminal justice agencies for the actions of their employees and liability of employees; specifically, those related to issues of training, supervision, use of force, and arrest.

I have extensive experience and have provided consulting, instructional, and legal services in such areas as training, classification, security, use of force, arrest, search and seizure, supervision of staff, inmate rights, mental health laws, employment matters, and employee discipline. My experience includes instructing at the National Sheriffs' Institute. I have developed and implemented policies and procedures which relate to almost every aspect of the operation of a law enforcement agency and a correctional agency; particularly those required by the Texas Commission on Law Enforcement (TCOLE). I am extremely familiar with the statutes and case law of the United States which relate to the First, Fourth, Fifth, Eighth, and Fourteenth Amendments to the United States Constitution and the ADA. I am particularly familiar with the duties imposed on a Sheriff or Chief and/or his/her deputies or officers. I have extensive experience in analyzing a particular incident that has allegedly occurred in an employment setting, law enforcement setting, or jail setting to determine whether public officials acted in accordance with accepted procedures consistent with competent law enforcement training and within the laws and Constitutions of the United States and the State of Texas, whether a law enforcement administrator failed to enact any policy or procedure that he/she is required to adopt, whether a law enforcement administrator failed to properly train officers, and whether law enforcement officials have acted outside the range of acceptable law enforcement discretionary acts.

As the Sheriff of Travis County, Texas, I was the head of an agency which employed over 1300 employees and had a budget for 2004-2005 of over $90 million dollars. As the Chief Law Enforcement Officer and Chief Corrections Officer, I was directly responsible for the supervision of the jail and supervision of law enforcement officers patrolling, investigating, and enforcing criminal laws within Travis County. The law

2

enforcement officers included deputies assigned as school resource officers. Additionally, I was directly responsible for the oversight of the employment and training practices of the Sheriff's Office to insure compliance with state and federal statutes and the United States Constitution. As the Police Monitor of the City of Austin, former Sheriff, and Assistant Professor of Criminal Justice, I am extremely familiar with the statutes which relate to employees of police departments and sheriff's offices and the liability of criminal justice agencies for the actions of their employees; specifically, those related to issues of training, supervision, arrest, search and seizure, and the use of force.

During my time as Sheriff, I was a member of the Sheriffs' Association of Texas, National Sheriffs' Association, the Major County Sheriffs' Association, and the National Executive Institute Associates. I was elected to the Board of Directors of the National Sheriffs' Association by a vote of the membership in 2002 and served through 2004. I was elected to be the Treasurer of the Major County Sheriffs' Association by a vote of the membership in 1999 and served as treasurer through 2001. I was elected to be the Vice-President of the Major County Sheriffs' Association by a vote of the membership in 2002 and served as Vice-President through 2003. I was elected to be the President of the Major County Sheriffs' Association by a vote of the membership and served as President during 2004. I was twice selected by the Combined Law Enforcement Associations of Texas as the Administrator of the Year for the State of Texas.

Details of my experience and education may be found in my resume attached hereto as Exhibit A. Details of other matters in which I have consulted may be found in the listing attached hereto as Exhibit B.

## COMPENSATION:

I am being compensated for my time at a rate of $275.00 per hour.

## METHODOLOGY:

In arriving at my opinions, I have examined the following:

1. Plaintiff's First Amended Original Petition;
2. Spikes' Federal Court Notice of Removal and accompanying documents;
3. Joint Conference Report;
4. Scheduling Order;
5. Plaintiff's Amended Complaint;
6. Spikes' Motion to Dismiss and Alternatively Motion for Summary Judgment and Exhibits;
7. Plaintiff's Opposition to Spikes' Motion to Dismiss and Alternatively Motion for Summary Judgment and Exhibits;
8. Spikes' Reply to Plaintiff's Opposition;
9. Spikes' Original Answer to Plaintiff's Amended Complaint;
10. Plaintiff's Sur-Reply to Spikes' Reply to Plaintiff's Opposition;
11. Beaumont Independent School District Police Department's Original Answer;
12. BISD's Initial Disclosures;
13. Spikes' Initial Disclosures and Exhibits;
14. Plaintiff's Initial Disclosures;
15. Plaintiff's Original Petition;
16. Spikes' State Court Notice of Removal;
17. Spikes' Original Answer;
18. Plaintiff's Disclosure of Expert Testimony;
19. Plaintiff's Supplement Disclosures;
20. Spikes' Medical Records;

3

21.   Videotape of incident;
22.   Offense Report related to incident including statements and photographs;
23.   Relevant statutes, regulations, and codes including Chapters 9, 22, 38 of the Texas Penal Code, Chapter 14 of the Texas Code of Criminal Procedure; and
24.   Relevant case law including *Plumhoff v. Rickard* (U.S. 2014), *Scott v. Harris,* (U.S. 2007), *Atwater v. Lago Vista,* (U.S. 2001), *Graham v. Connor,* (U.S. 1989), *Tennessee v. Garner,* (U.S. 1985), *Lytle v. Bexar County,* (5th Cir. 2009), and *Hare v. City of Corinth,* (5th Cir. 1998).

Additionally, I have examined the conduct of Defendants in light of my experience as a law enforcement officer, administrator, and educator. The opinions set forth herein are based upon analysis of these facts by applying my law enforcement, corrections, administrative and teaching experience; legal education; training; personal knowledge of the applicable amendments to the United States Constitution and the applicable provisions of the law of the United States; knowledge of the applicable provisions of the Texas statutes and codes and knowledge of training customarily provided to law enforcement officers in Texas through the TCOLE. My opinions are also based on my understanding of the facts and circumstances concerning the roles of the various employees and officials of the BISD, evidenced by the materials I have examined and my personal training and experience, particularly in law enforcement training, in the events of which the Jones complain. In particular, my opinions are based on:

- Spikes being employed by BISD as a police officer;
- Spikes being assigned, among other duties, to conduct traffic control at Vincent Middle School on May 2, 2013;
- Spikes wearing a distinctive police officer uniform and traffic safety vest while conducting traffic control;
- Jones having driven her vehicle into the circular drive in the left lane and stopped so as to potentially block other vehicles from exiting;
- Jones having been ordered by Spikes to move her vehicle;
- Jones having ignored Spikes' order to move her vehicle;
- Spikes having asked Jones, after her repeated refusal to move her vehicle, for her driver's license;
- Jones having ignored Spikes' order to give Spikes her driver's license;
- Jones having struck Spikes with her vehicle with such force as to knock Spikes to the ground and cause injury;
- Jones, by virtue of having struck Spikes, having committed a felony offense for assault of a public servant;
- Spikes having drawn her duty weapon and holding it at a low ready position while ordering Jones to get out of her vehicle;
- Jones having ignored Spikes' order to get out of her vehicle;
- Spikes having radioed asking for backup as she had just been hit by Jones' vehicle;
- Other officers arriving and assisting Spikes in taking Jones into custody;
- Jones having been arrested and booked into jail;
- A magistrate having issued arrest warrants for Jones for the offenses for which she was booked; and
- The charges against Jones eventually being dropped.

My opinions are also based on my review and study of the materials listed and an ongoing review of professional and scholarly literature regarding the duties and responsibilities of Sheriffs, Chiefs, law enforcement officers, and legal requirements including the National Criminal Justice Reference Service, the Justice Quarterly, the Police Quarterly, the studies that are conducted by the Police Executive Research Forum (PERF), the Federal Civil Practice Bulletin, and the magazine publications of the National Sheriff's

4

Association and the International Association of Chiefs of Police.

I have analyzed the actions of the Defendants in light of the Constitutions of the United States and the State of Texas, the statutes and codes of the United States and the State of Texas, and TCOLE regulations and Texas training regarding licensing and training of law enforcement officers.

## OPINIONS:

1. There is no information in the record I have analyzed indicating that the Jones' rights under the Fourth, Fifth, or Fourteenth Amendments to the United States Constitution were violated by the Defendants in that there is no indication that excessive force was used or an unlawful arrest was made.

2. At the time of the incident in question, Spikes was wearing a distinctive uniform and badge indicating that she was employed as public servant; to wit, as a police officer for BISD.

3. At the time of the incident in question, Spikes would have had, based on her observations and training, a rational basis for her belief that Jones should be approached and told to move her vehicle immediately.

4. At the time of the incident in question, Spikes would have had, based on her observations and training, a rational basis for her belief that, once Jones refused to move her vehicle after being repeatedly ordered to do so that Jones should be identified by way of her driver's license.

5. At the time of the incident in question, Spikes would have had, based on her observations and training, a rational basis for her belief that, once Jones refused to move her vehicle after being repeatedly ordered to do so and refused to give Spikes her driver's license despite being ordered to do so that Spikes should attempt to identify the driver of the vehicle by looking at the license plate and vehicle identification number.

6. Jones struck Spikes with her vehicle while Spikes was performing her official duties.

7. The force at which Jones struck Spikes with her vehicle was sufficient to knock Spikes to the ground and cause injury.

8. The striking of Spikes by Jones with her vehicle constituted a felony assault on a public servant.

9. Once Jones struck Spikes with her vehicle, Spikes would have had, based on her observations and training, a rational basis for drawing her duty weapon.

10. Once Jones struck Spikes with her vehicle, Spikes would have had, based on her observations and training, a rational basis for demanding that Jones exit her vehicle.

11. Once Jones struck Spikes with her vehicle, Spikes would have had, based on her observations and training, a rational basis for detaining and arresting Jones for the offense of assault on a public servant.

12. The decision to tell Jones to move her vehicle, attempt to identify Jones, and detain Jones would have been in the course and scope of Spikes' duties with the BISD.

13. Given the reasonable observations and perceptions of Spikes, Spikes would have had, based on her training, a rational basis for her belief that the Jones should be ordered from the vehicle, placed on the ground, and handcuffed for the safety of the BISD officers and other persons in the area.

14. Given, at the time of the incident in question, the training and reported perceptions of the officers, the steps they took to deal with the Jones and the steps taken to detain and secure the Jones were consistent with law enforcement training and procedures including the drawing of Spikes' duty

weapon.

15. The BISD officers, including Spikes, used no greater force against the Jones than was necessary to detain her.

16. In the exercise of their discretion, and based upon fairly standardized training on the basic tactical and legal considerations related to scene recognition, an officer from another jurisdiction who had no involvement in this case, like the involved officers, could have reasonably and appropriately reached the same conclusion that the officers did that Jones had committed the offense of assault on a public servant.

17. In the exercise of their discretion, and based upon fairly standardized training on the basic tactical and legal considerations related to scene recognition, an officer from another jurisdiction who had no involvement in this case, like the involved officers, could have reasonably and appropriately reached the same conclusion that the officers did that Jones was potentially a threat to the safety of the BISD officers and others in the area and thus required the officers restrain Jones.

18. The actions taken by the BISD officers, including Spikes, were those of discretion requiring personal deliberation, decision and judgment.

19. There is no evidence to indicate that the employees of the BISD were inadequately trained. Particularly, there is no evidence that any failure to train the employees, if any failure did exist, amounted to deliberate indifference on the part of any policymaker for BISD.   In fact, the evidence is to the contrary.   All of the employees met the requirements for training for the State of Texas as outlined by TCOLE standards.

20. At the time of the incident in question, there was nothing to put BISD on notice that its employees were inadequately trained; much less plainly incompetent.   To the contrary, the employees of the BISD met all of the requirements for training as mandated by TCOLE.

21. There is no evidence that BISD had or has a policy, custom, or practice of empowering its officers with unfetter discretion to unlawfully arrest anyone.

22. There is no evidence that BISD has a policy, custom, or practice of failing to adequately supervise or train its deputies.

23. At the time of the incident in question, BISD did not have a custom, practice, and/or policy of failing to adequately train or supervise its employees to comply with BISD's policies or state statutes or regulations.

24. There is no objective evidence that indicates any policymaker of BISD acted with deliberate indifference in regard to any training and/or supervision that the employees of the BISD may have required in that there is nothing that would suggest a pattern of conduct which would have put a policymaker on notice that additional training and/or supervision was needed.

25. There is no objective evidence that Spikes, when trying to affect the arrest of Jones, pointed her duty weapon at Jones' face or head or threatened to use deadly force against Jones.   However, if Spikes did point her duty weapon at Jones' face or head or threaten to use deadly force to affect the arrest of Jones for a felony, such behavior would consistent with the threat of deadly force under the Texas Penal Code and TCOLE training.

It is my professional opinion that the actions taken by Spikes and the other BISD officers were objectively reasonable and in line with the training of Texas police officers.

6

I reserve the right to modify or expand my opinions should additional facts or evidence be provided.

_____

Margo L. Frasier, J.D.

## CASES IN WHICH MARGO L. FRASIER HAS CONSULTED
### (revised November 18, 2014)

Dale Agostini v. City of Tenaha Deputy City Marshal Barry Washington, et al., Civil Action No. 2:12-CV-00256, United States District Court, Eastern District, Marshall Division (retained by defense counsel, Robert Davis)

Annette Aguilera, Individually, and as Next Friend of Susie Aguilera, A Minor v. Maverick County, et al., Cause No. 06-09-21974-MCV, 293rd District Court of Maverick County, Texas (retained by defense counsel, Rodney Handel) (gave testimony at trial)

Jose Leonel Almanza, et al. v. Deputy Joe Salazar, et al., Civil Action No. B-11-262, United States District Court, Southern District of Texas, Brownsville Division (retained by defense counsel, Eileen Leeds)

Robert W. Arnold, Jr. v. City of Orange, Texas, Civil Action No. 1:12-CV-302, United States District Court, Eastern District of Texas, Beaumont Division (retained by defense counsel, Frank Calvert)

Maricela Arredondo, et al. v. Rick Flores, Sheriff of Webb County, Texas, and Webb County, Texas, Civil Action No. 05:05-CV-00191, United States District Court, Southern District of Texas, Laredo Division (retained by defense counsel, M'Liss Christian)

Vickie Bankhead, et al. v. Gregg County, Civil Action No. 2:11-CV-279, United States District Court, Marshall Division (retained by defense counsel, Robert Davis)

Paul Lewis Belyeu v. James Campbell, et al., Civil Action No. 6:2014-CV-00241, United States District Court, Tyler Division (retained by defense counsel, Chad Rook)

Justin Borum, et al. v. Swisher County, Civil Action No. 2:14-CV-00127, United States District Court, Northern District of Texas, Amarillo Division (retained by defense counsel Malerie Anderson)

Robert Bradshaw v. McClennan County, et al., Civil Action No. W08-CA-246, United States District Court, Waco Division (retained by defense counsel, Mike Dixon)

Barbara Brown v. Darrell Keith, et al., Civil Action No. 6:09CV199, United States District Court, Eastern District of Texas, Tyler Division (retained by defense counsel, Lance Vincent)

Jennifer Kaye Byers v. Navarro County, et al., Civil Action No. 3:09-CV-01792-D, United States District Court, Northern District of Texas, Dallas Division (retained by defense counsel, Eric Magee) (gave testimony by deposition)

Christina Campos, as Representative of the Estate of Roberto Roland Garcia and Angelina Solis Torres v. Nueces County, et al., Civil Action No. 2:08-CV-288, United States District Court, Southern District of Texas, Corpus Christi Division (retained by defense counsel,

Alissa Jackson, Nueces County Attorney's Office)

Mayela Campos, et al. v. Webb County, Civil Action No. 5:12-CV-00007, United States District Court, Western District of Texas, Laredo Division (retained by defense counsel, Molly Higgins Santos)

Cynthia Cardenas et al. v. Lee County, Texas, Civil Action No. 1:12-CV-00085-SS, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Eric Magee)

Stuart Carter, et al. v. Randall Davis, et al., Civil Action No. A98-CA-586-SS, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Dawn Carmody)

Dominga Castaneda, et al. v. Gillespie County, et al., Civil Action No. A-09-CV-725-SS, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Phillip McKinney)

Gregorio J. Castaneda, Jr. dba Castaneda Bail Bonds v. Webb County Sheriff Rick Flores, et al., Civil Action No. L-05-CV-129, Southern District of Texas, Laredo Division, (retained by defense counsel, M'Liss Christian)

Santiago Castillo, et al. v. City of McAllen, et al., Civil Action No.C-10-424, United States District Court, Southern District, McAllen Division (retained by defense counsel, Analisa Figueroa)

Celina Cedillo, et al. v. Milton E. Jung, et al., Civil Action No. 05-CV-345-LY, Western District of Texas, Austin Division (retained by defense counsel, Charles S. Frigerio)

Catherine Cheek, et al. v. Nueces County, Texas, et al., Civil Action No. 2:13-CV-26, Southern District of Texas, Corpus Christi Division (retained by defense counsel, Myra Morris)

Robert Lee Coggin, et al. v. The City of Lockhart, Texas, et al., Civil Action No. A-04-CA-124-SS, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Michael Shaunessy)

Timothy J. Connolly v. Susan Reed, Bexar County District Attorney, et al., Civil Action No. SA-08-CA-882-FB, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Sue Ann Gregory, Bexar County District Attorney's Office)

Leland Craig v. Sheriff Joe Pollock, et al., Cause No. A-07-CA-306-SS, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Bob Bass) (gave testimony at trial)

Ryan Crostley, et al. v. Lamar County, Texas, et al., Cause No. 5:10-CV-17, United States District Court, Eastern District of Texas, Texarkana Division (retained by defense counsel,

Robert Davis)

Zackary Kegan Cruz v. City of Brownfield Police Department Officer Joshua Coronado, et al., Civil Action No. 5:12-CV-00123-C, United States District Court, Northern District of Texas, Lubbock Division (retained by defense counsel, Matt Matzner) (gave testimony at trial)

Timothy Danner v. Sergeant Joy Jock, et al., Civil Action No. 3-00-CS-899-L, United States District Court, Northern District of Texas, Dallas Division (retained by defense counsel, Portia Bosse)

Donna Davis, Individually and on behalf of the Estate of Richard Davis and minors Cody Davis, Katherine Davis and Megan Davis v. Montgomery County, et al., Civil Action No. 4:07-CV-00505, United States District Court, Southern District of Texas, Houston Division (retained by plaintiffs' counsel, Lanny Ray) (gave testimony by deposition)

Trey Logan Davis v. Chris Kirk, et al., Civil Action No. 4:05-CV-02381, United States District Court, Southern District of Texas, Houston Division (retained by defense counsel, Collin Shellenberger)

Charles Deckard, et al. v. Nacodoghes County, Texas, et al., Civil Action No. 9:13-CV-00294-RC, United States District Court, Eastern District of Texas, Lufkin Division (retained by defense counsel, Robert Davis)

Jane Doe v. The City of San Antonio, et al., Civil Action No. 5:14-CV-00102-XR, United States District Court, Western District of Texas, San Antonio Division (retained by plaintiff counsel, Tim Maloney)

Robert de la Garza v. Kirby Brumby, Individually and in His Official Capacity as Sheriff of Goliad County, Texas, , Civil Action No. 6:11-CV-00037, United States District Court, Southern District of Texas, Victoria Division (retained by defense counsel, Casey Cullen) (gave testimony by deposition)

Diane Dick v. Potter County, et al., Civil Action No. 2:09-CV-00157-J, United States District Court, Northern District, Amarillo Division (retained by defense counsel, Scott Brumley, Potter County Attorney's Office)

Sarah Dill, Individually and as Next Friend and Legal Guardian of Joshawa A. Curlee v. Bell County, Texas, Civil Action No. A-03-CA-070-SS, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Charles S. Figerio) (gave testimony at trial)

John Doe v. Victoria County, et al., Cause No. 05-01-62,218-B, District Court of Victoria County, Texas (retained by defense counsel, Kevin Cullen)

Mark Doyal v. Johnson County, et al., Cause No. 227-97, 18th District Court, Johnson County, Texas (retained by defense counsel, Vanessa Gonzales)

3

*Dumas Towing, LLC v. Sheriff J.E. (Bo) DeArmond and Scott Higginbotham*, Civil Action No. 2:11-CV-121-J, in the United States District Court, Northern District of Texas, Amarillo Division (retained by defense counsel, Matt Matzner) (gave testimony by deposition)

*Julio Cesar Duran, City of Weslaco, Texas, et al.*, Civil Action No.7:10-MC-0067, in the United States District Court, Southern District, McAllen Division (retained by defense counsel, Robert Drinkard)

*Mario Del Refugio Escamilla, et al. v. Webb County, et al.*, Civil Action No. 5:11-CV-13, in the United States District Court, Southern District of Texas, Laredo Division (retained by defense counsel, Charles Frigerio) (gave testimony by deposition)

*John Murray Faircloth and Helen Bowen v. Bandera County, Texas and Bandera County Sheriff's Office*, Civil Action No. 11-CA-870, in the United States District Court, Western District, San Antonio Division (retained by Michael Shaunessy)

*Carlos Morales Feliciano, et al. v. Pedro Rossello Gonzales, et al.*, Civil Action No. 79-4 (PG), United States District Court, District of Puerto Rico (retained by Court as technical advisor)

*Barbara Ferrera v. Comal County Sheriff's Office*, Civil Action No. SA-03-CA-409-OG, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Michael Shaunessy)

*Chad Forbes v. Caldwell County, et al.*, Civil Action No. A-08-CA-532-LY, United States District Court, Western District, Austin Division (retained by defense counsel, Bob Bass) (gave testimony by deposition)

*Glenn Forgan, et al. v. Howard County, et al.*, Civil Action No. 1-04CV-233-C, United States District Court, Northern District of Texas, Abilene Division (retained by defense counsel, Charlotte Bingham)

*Nancy Smith Frahm, et al. v. Phillip Jaramillo, Individually, et al.*, Civil Action No. 11-CV-00056, United States District Court, Southern District of Texas, Victoria Division (retained by defense counsel, Casey Cullen)

*Beverly Freeman v. City of Kilgore*, Civil Action No. 6:13-CV-00614-JDL, United States District Court, Eastern District of Texas, Tyler Division (retained by defense counsel, Darren Coleman)

*Amelia Garcia, et al. v. Bexar County, Texas, et al.*, Civil Action No. SA-08-CV-00742-OLG, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Sue Ann Gregory, Bexar County District Attorney's Office)

4

*Cindy Garcia-Higgins, et al. v. LCS Correction Services Inc., et al.*, Civil Action No. 2:12-CV-00121, United States District Court, Southern District of Texas, Corpus Christi Division (retained by defense counsel, Jim Clancy)

*Maria Garcia, Individually and as Next Friend of Minor, J.G. v. Navasota Independent School District, et al.*, Civil Action No. 4:09-cv-03892, United States District Court, Southern District, Houston Division (retained by defense counsel, Todd Clark) (gave testimony by deposition)

*Monica Garcia, Individually, et al. v. LCS Correction Services, Inc., et al.*, Civil Action No. 2:11-CV-00004, United States District Court, Southern District of Texas, Corpus Christi Division (retained by defense counsel, Myra Morris) (gave testimony by deposition and at trial)

*Teresa Garcia, et al. v. Jim Wells County, et al.*, Civil Action No. C-05-342, United States District Court, Southern District of Texas, Corpus Christi Division (retained by defense counsel, Myra K. Morris)

*Thelma Garza, Individually, et al. v. Webb County, Texas, et al.*, Civil Action No. 5-12-CV-00153, United States District Court, Southern District of Texas, Laredo Division (retained by defense counsel, Charles Frigerio)

*Amelia Gaytan, et al. v. The City of Rockdale Police Department, et al.*, Civil Action No. A-07-CA-884-LY, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Eric Magee)

*Moeineddin Ghavami v. Juan Alanis, et. al*, Civil Action No. SA-05-CA-0700-RF, United States District Court, Western Division of Texas, San Antonio Division (retained by defense counsel, Sue Ann Gregory, Bexar County District Attorney's Office)

*Jaimie Gonzalez, et al. v. City of Brownsville, et al.*, Civil Action No. CA-B-13-112, United States District Court, Southern District of Texas, Brownsville Division (retained by defense counsel, Robert Drinkard)

*Scott Gordon v. Medina County, et al.*, Civil Action No. SA-03-CA-0809-RF, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Michael Shaunessy)

*Estate of Andres L. Gutierrez, Deceased, et al. v. Frio County Sheriff's Deputy Roger Salinas, Individually and Officiall, et al.*, Civil Action No. 5:10-CV-00735-OLG, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Eileen Leeds) (gave testimony at trial)

*Patrick Haley, Individually and as the Representative of the Estate of Brian Keith Haley v. Tam Terry, et al.*, Civil Action 2:11-CV-00155-J, United States District Court, Northern District of Texas, Amarillo Division (retained by defense counsel, Matt Matzner)

Bradley R. Ham v. Weldon Tucker, Civil Action No. 01-CA-0837-RF, United States District Court, Western Division of Texas, San Antonio Division (retained by defense counsel, Robert Bass) (gave testimony by deposition and at trial)

Brandy Hamilton, et al. v. Nathaniel Turner, et al., Civil Action No. 3:13-CV-00240, United States District Court, Southern District of Texas, Galveston Division (retained by defense counsel, Christopher Garza)

Clarence E. Hammons v. Kelly Rowe, et al., Civil Action No. 5:13-CV-00221-C, United States District Court, Northern District of Texas, Lubbock Division (retained by defense counsel, Matt Matzner)

Brandi Lynn Hardeman v. Kerr County, Texas and Moses Marrero, in his Individual Capacity, Civil Action No. SA-04-CA-0584-XR, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Charles Frigerio)

Florida Harris v. Polk County, et al., Civil Action No. 6:13-CV-00412, United States District Court, Eastern District of Texas, Tyler Division (retained by defense counsel, Eric Magee)

Raymond Edward Haynes v. The Geo Group, Inc., Operating as the Val Verde Correctional Facility and County Jail, Civil Action No. DR-05-CA-025, United States District Court, Western District of Texas, Del Rio Division (retained by defense counsel, Bridget R. Robinson)

Latrice D. Haywood, Individually and as Administratix of the Estate of James Haywood v. Officers Richard Johnson and Scott Roberson and Dr. W. Lin, Individually and the City of Elgin, Texas, Civil Action No. A: 13-CV-0355-SS, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Mike Thompson)

Adan Auturo Hernandez, individually and on behalf of all person similarly situated v. Nacogdoches County, Civil Action No. 9:08-CV-119, United States District Court, Eastern District of Texas, Lufkin Division (retained by defense counsel, David Iglesias)

Marie Hicks-Fields, et al. v. Christopher Pool, et al.; Civil Action No. 4:12-CV-3650, United States District Court for the Southern District of Texas, Houston Division (retained by defense counsel, Lisa Hulsey) (gave testimony by deposition)

Javier Hinojosa v. Jesse Sandlin, et al., Civil Action No. 1:12-CV-12, United States District Court, Southern District of Texas, Brownsville Division (retained by defense counsel, Robert Drinkard)

James Adison Holmes, Jr. v. John Doe Scouts, et al., Civil Action No. C-09-273, United States District Court, Southern District, Corpus Christi Division, (retained by defense counsel, Kevin Cullen) (gave testimony at trial)

Suzanne Hoog-Watson v. Guadalupe County, et al., Civil Action No. SA-06-CA-0728-RF, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Michael Shaunessy)

6

Samuel Roosevelt Huff III v. Refugio County Sheriff's Office, et al., Civil Action No.6:13-CV-00032, United States District Court, Southern District of Texas, Corpus Christi Division (retained by defense counsel, Casey Cullen)

Tylon Hudson, et al. v. Toni Preckwinkle, et al., Civil Action No. 13-CV-8752, United States District Court, Northern District of Illinois, Eastern Division (retained by defense counsel, Paul McGrady) (gave testimony by deposition and at trial)

Shelly Ivey v. Thomas Toomey and Kenneth Hammack, Sheriff and Polk County, Texas, Civil Action No. 9:11-CV-85, United States District Court, Eastern District of Texas, Lufkin Division (retained by defense counsel, Eric Magee)

Mosevelt Jackson, Jr. and Linda Jackson v. Washington County, et al.; Civil Action No. A-09-CA-878, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Eric Magee) (gave testimony at trial)

Ernesto Reyes Jaramillo v. Comal County, Texas, et al., Civil Action No. SA-10-CV-179 XR, United States District Court, Western District, San Antonio Division (retained by defense counsel, Michael Shaunessy)

Jamie Robert Jarrett, et al. v. City of Tenaha Deputy City Marshal Barry Washington, et al., Civil Action No. 2:12-CV-00497, United States District Court, Eastern District, Marshall Division (retained by defense counsel, Robert Davis)

Peggy Johnson, et al. v. Johnson County, Civil Action No. 3:04-CV-2066-D, United States District Court, Northern District of Texas, Dallas Division (retained by defense counsel, Stephen Henninger) (gave testimony by deposition)

Reginald Johnson, et al. v. Commander Claire Crook, et al., Civil Action No. W-11-CA-212-WSS, United States District Court, Western District of Texas, Waco Division (retained by defense counsel, Charles Olson)

Vicky Johnson v. Victor Hall, et al., Civil Action No. W-98-CA-151, United States District Court, Western District of Texas, Waco Division (retained by plaintiff's counsel, Sara Leon) (gave testimony by deposition and at trial)

Lee Johnston, et al. v. Fannin County, Texas, et al., Civil Action No. 2-04-CV-245, United States District Court, Eastern District of Texas, Marshall Division (retained by defense counsel,   James C. Tidwell)

Christine Jones v. Tamara Spikes and Beaumont Independent School District, Civil Action No. 1:14-CV-00103-RC-ZJH, United States District Court, Eastern District, Beaumont Division (retained by defense counsel, James Byrom)

Kevin Jones v. Williamson County Sheriff's Office, Civil Action No. A-12-CV-0062-LY, United States District Court, Western District, Austin Division (retained by defense counsel, William Helfand)

<u>Kent Krueger v. John Bell, et al.</u>, Civil Action No. SA-02-CA-0848-FB, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Michael Shaunessy)

<u>Kent Krueger v. Raymond Chapa</u>, Civil Action No. SA-01-CA-0101-FB, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Michael Shaunessy) (gave testimony at trial)

<u>Sandra LaDay, et al. v. City of Lumberton, Texas, et al.</u>, Civil Action No. 1:12-CA-00156-MAC, United States District Court, Eastern District of Texas, Beaumont Division (retained by defense counsel, Larry Simmons)

<u>Herb Lancaster, et al. v. The City of Port Aransas, Texas</u>, Civil Action No. 2:12-CV-158, United States District Court, Southern District, Corpus Christi Division (retained by defense counsel, James McKibben)

<u>Christine Landreth v. City of Midland, Texas and Chris Earp</u>, Civil Action No. MO-09-CA-25-H, United States District Court, Western District, Midland-Odessa Division (retained by defense counsel, Jon Mark Hogg)

<u>Elizabeth Lawson v. City of Jefferson, et al.</u>, Civil Action No. 2:13-CV-00105,United States District Court, Eastern District of Texas, Marshall Division (retained by defense counsel, Darren Coleman) (gave testimony by deposition and at trial)

<u>Betty Madewell, et al. v. Gregg County</u>, Civil Action No. 2:13-CV-581-RSP, United States District Court, Easter District of Texas, Marshall Division (retained by defense counsel, Robert Davis)

<u>Victoria Mangum, et al. v. Stephen Christopher, et al.</u>, Civil Action No. 5:11-CV-483, United States District Court, Western District, San Antonio Division (retained by defense counsel, Michael Shaunessy)

<u>Sharon Mann, et al. v. Rockwall County, Texas, et al.</u>, Cause No. 1-06-620, District Court of Rockwall County, Texas, 382nd Judicial District (retained by defense counsel, Robert Bass)

<u>Charla Wooten Marley, et al. v. Crockett County, Texas, et al.</u>, Civil Action No. 6-10-CV-012C, United States District Court, Northern District of Texas, San Angelo Division (retained by defense counsel, Jon Mark Hogg)

<u>Michelle Martinez, et al. v. Maverick County, et al.</u>, Civil Action No. DR-08-CA-077, United States District Court, Western District of Texas, Del Rio Division (retained by defense counsel, Norman Giles) (gave testimony by deposition)

<u>John Mascheck, et al. v. Jim Wells County, et al.</u>, Civil Action No. 2:05-CV-00291, United States District Court, Southern District of Texas, Corpus Christi Division (retained by

defense counsel, Myra K. Morris) (gave testimony by deposition and at trial)

Joanna Mays, et al. v. Johnson County, Texas, Civil Action No. 3-08-CV-1207-P, United States District Court, Northern District of Texas, Dallas Division (retained by defense counsel, Greg Blaies) (gave testimony by deposition)

Alexander M. E. McBarnet v. Glenn Park, et al., Civil Action No. CV-11-00642 JMS-BMK, United States District Court, District of Hawaii (retained by defense counsel, John Cregor, Deputy Attorney General)

Candace Caroline McCarrell and Leonard DeWayne McCarrell as next friend for Justin McCarrell v. City of Waterhouse, Texas, and David Earl Allen, Civil Action No. 2:12-CV-734, United States District Court, Eastern District of Texas, Tyler Division (retained by defense counsel, Lance Vincent)

Sheila McCullum v. Butler County, Ohio, et al., Civil Action No. 1:080CV-387, United States District Court, Southern District of Ohio, Western Division (retained by defense counsel, Joshua DeBra)

Katherine Melchor v. Bexar County, Texas, et al., Civil Action No. 5:13-cv-815-HLH, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Sue Ann Gregory, Bexar County District Attorney's Office)

Albert Mendoza v. Chris Bake, Civil Action No. 4:10-CV-01019, in the United States District Court, Southern District, Houston Division (retained by defense counsel, Ray Viada)

Cindy Moreno, et al. v. The City of Brownsville, et al., Civil Action No. 1:08-CV-504, United States District Court, Southern District of Texas, Brownsville Division (retained by defense counsel, Eileen Leeds) (gave testimony by deposition)

Sandra Moreno, et al. v. The City of Bovina, Texas, et al., Civil Action No. 2:12-CV-00264, United States District Court, Northern District of Texas, Amarillo Division (retained by defense counsel, Matt Matzner)

Rosemary Monzon, et al. v. Randy Geries, Parmer County Sheriff, et al., Civil Action No. 2:06-CV-039, United States District Court, Northern District of Texas, Amarillo Division (retained by defense counsel, Charlotte Bingham) (gave testimony by deposition)

James Morrow, et al. v. City of Tenaha Deputy City Marshal Barry Washington, et al., Civil Action No. 2:08-CV-288, United States District Court, Eastern District of Texas, Marshall Division (retained by defense counsel, Chad Rook)

Franciso Muniz, et al. v. Cameron County, Cause no. 2990-07-004001-C, 197th Judicial District Court, Cameron County, Texas (retained by defense counsel, Eileen Leeds)

Dan Napier, et al. v. Bexar County, Texas, et al., Civil Action No. 5:11-CV-736-FB, United States District Court, Western District, San Antonio Division (retained by defense

counsel, Matthew Wymer)

Lisa Nava as Next Friend for G.N., Minor Child v. San Patricio County, et al., Civil Action No. 2:13-CV-00152, United States District Court, Southern District, Corpus Christi Division (retained by defense counsel, Phillip McKinney)

James Nicholson v. Bexar County Deputies R. Rodriguez and J. Rodriguez, Civil Action No. 5:13-CV-01004-FB, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Sue Gregory)

Jay Anthony Nottingham v. Wheeler County, Texas, et al., Civil Action No.2:09-CV-250-JECF, United States District Court, Northern District of Texas, Amarillo Division (retained by defense counsel, Matt Matzner)

Jay Anthony Nottingham v. Joel Finsterwald, Sheriff of Wheeler County, Carrie Gaines, Wheeler County Jail Administrator, and Wheeler County, Texas, Civil Action No. 2:10-CV-0023-J, United States District Court, Northern District of Texas, Amarillo Division (retained by defense counsel, Matt Matzner) (gave testimony at trial)

Pascual Q. Olibas and Cheryl Olibas, Individually and d/b/a Freedom Bail Bonds v. Ronny Dodson, Individually and in his Official Capacity as Sheriff of Brewster County and Brewster County, Civil Action No. 4:11-CV-00094-RAJ, United States District Court, Western District of Texas, Pecos Division (retained by defense counsel, Greg Hudson) (gave testimony by deposition)

Yotarsha Oliver v. Allen Clark, et al., Civil Action No. 2:11-CV-227-TJW-CE, United States District Court, Eastern District of Texas, Marshall Division (retained by defense counsel, David Iglesias)

Adan Olvera, Sr., Individually and on Behalf of Adan Olvera, Jr., Deceased, et al. v. The City of Mission, et al., Civil Action No. 7:10-CV-00056, United States District Court, Southern District of Texas, McAllen Division (retained by defense counsel, Robert Drinkard)

David Burl Parker v. City of Palestine, Texas and Jeremy Jenkins, Individually and in his official capacity as a Palestine Police Officer, Civil Action No. 6:11-CV-331, United States District Court, Eastern District, Tyler Division (retained by defense counsel, Lance Vincent)

William Parsons, et al. v. City of Tenaha Deputy City Marshal Barry Washington, et al., Civil Action No. 2:12-CV-00499, United States District Court, Eastern District, Marshall Division (retained by defense counsel, Robert Davis)

Peter J. Paske, Jr. v. Joel Fitzgerald, et al., Civil Action No. 12-CV-02915, United States District Court, Southern District of Texas, Houston Division (retained by defense counsel, Norman Giles)

Tommy Lynn Patterson v. Kerr County, et al., Civil Action No. SA-05-CA-0626-RF, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Charles Frigerio)

Prison Legal News, a project of the Human Rights Defense Center v. Bob Holder, et al., Civil Action No. 5:13-CV-00591, United States District Court, Western District of Texas, San Antonio Division,(retained by defense counsel, Michael Shaunessy)

Jairo Pina-Rodriguez v. Hemphill County Sheriff Morse Burroughs, et al., Civil Action No. 2:13-CV-00124, United States District Court, Northern District of Texas, Amarillo Division (retained by defense counsel, Lee Ann Reno)

Angelica Perez v. Pittsburg Independent School District, Civil Action No. 2:11-CV-00451-JRG, United States District Court, Eastern District of Texas, Marshall Division (retained by defense counsel, David Iglesias)

Carol Ann Perez, et al. v. Kenneth Edmiston, et al., Civil Action No. A-08-CA-396-SS, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Mike Thompson, Jr.)

Jesus Ramirez and Alberto Sifuentes v. Salvador Abreo, et al., Civil Action No. 5:09-CV-190-C (Consolidated with Civil Action No. 5:09-CV-189-C) ECF, United States District Court, Northern District, Lubbock Division (retained by defense counsel, Matt Matzner)

Eric Ramirez, et al. v. Bexar County, et al., Civil Action No. 5:10-cv-00296-FB, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Sue Ann Gregory, Bexar County District Attorney's Office)

Reynaldo Ramirez v. Jim Wells County, et al., Civil Action No. 2:09-CV-209, United States District Court, Southern District of Texas, Corpus Christi Division (retained by defense counsel, Myra Morris)

Luz M. Reyes, et al. v. William Bridgwater, Civil Action No. 5-08CV0056-C, United States District Court, Northern District, Lubbock Division (retained by defense counsel, Matt Matzner)

Diana Riley, individually and as the Representative of the Estate of Eric Loyd Dykes v. Gary Cutler, et al., Civil Action No. 1:13-CV-00153-JRN, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Michael Shaunessy)

Israel Rodriquez, Jr. et al. v. The City of New Braunfels, et al., Civil Action No. SA-97-0953, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Dawn Carmody)

Hans D. Rohrbaugh, et al. v. County of Uvalde Texas, et al., Civil Action No.

SA-11-CA-0281-FB, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Charles Frigerio)

Urbano Rosas and Martha Yesenia Landeros v. County of Webb, et al., Civil Action No. 5:09-CV-0123, United States District Court, Southern District of Texas, Laredo Division (retained by defense counsel, Charles Frigerio)

Bill Salter v. Liberty Hill Independent School District, et al., Civil Action No. A:06-CA-777-SS, United States District Court, Western District of Texas, Austin Division (retained by plaintiff's counsel, John Judge)

Celia Sanchez v. Goliad County, et al., Civil Action No. V-04-125, United States District Court, Southern District of Texas, Victoria Division (retained by defense counsel, Vanessa Gonzales)

The Estate of Damion Michael Schroeder, et al. v. Reagan Givens, et al., Civil Action No. 1:12-CV-01139, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Charles Frigerio)

Michelle Sheffield v. John Doe I, Individually and in his Official Capacity, Williamson County and the Williamson County Sheriff's Department, Civil Action No. A-11-CA-300-LY, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Charles Frigerio) (testified at trial)

Harold Shields v. Carol L. Twiss, et al., Civil Action No. SA-01-CA-0289-HG, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Dawn Carmody) (gave testimony by deposition)

Scott Shine v. Tyler Bannister, Former City of Mount Vernon Police Officer and Chris Mars, Franklin County Deputy, Civil Action No. 5:10-CV-128, United States District Court, Eastern District of Texas, Texarkana Division (retained by defense counsel, Lance Vincent)

Robert Shreve, et al. v. Franklin County, Ohio, et al., Cause No. 2:10-CV-244, United States District Court, Southern District of Ohio, Eastern Division (retained by intervenor's counsel, Aaron Fleisher, U. S. Department of Justice) (gave testimony by deposition)

Jorge Sifuentes, et al.v. The City of Corsicana, Navarro County, et al., Civil Action No. 3-04-CV-2307-K, United States District Court, Northern District of Texas, Dallas Division (retained by defense counsel, Portia Bosse) (gave testimony by deposition)

Michael Short v. Arvin West, Individually and in His Capacity as Sheriff of Hudspeth County, Texas, Civil Action No. EP-09-CV-0264DB, United States District Court, Western District of Texas, El Paso Division (retained by defense counsel, Charles Frigerio)

C.S. Slade, Individually, et al. v. City of Marshall, Texas, et al., Civil Action

2:13-CV-01102-RSP, United States District Court, Eastern District of Texas, Marshall Division (retained by defense counsel, Darren Coleman)

Mark Sons v. Cooke County, et al., Civil Action No. 4:03cv409, United States District Court, Eastern District, Sherman Division (retained by defense counsel, James Tidwell)

George Edgar Sowell v. Corporal Jason Waldon, et al., Civil Action No. 6:09cv184, United States District Court, Eastern District of Texas, Tyler Division (retained by defense counsel, Lance Vincent)

State National Insurance Company and Star Insurance Company v. County of Bexar, Cause No. 2009-CI-20472, 57th District Court of Travis County, Texas (retained by defense counsel, Laurence Kurth)

Sherry Steele, et al. v. Billy Rowles, et al., Civil Action No. 1:06-cv-00447-RHC, United States District Court, Beaumont Division (retained by parties to perform an assessment of the policies and procedures of the Jasper County Jail pursuant to the settlement order)

Eliodoro Tapia, et al. v. Eric Dugger, et al., Civil Action No. SA-06-CA-0147-XR, United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Michael Shaunessy)

Heriberto Tamez, Individually and on Behalf of the Estate of Daniel Tamez, et al. v. The City of Harlingen, et al., Civil Action No. 1:07-CV-213, United States District Court, Southern District, Brownsville Division (retained by defense counsel, Tom Lockhart)

Teri Lynn Taylor, et al. v. Bexar County, Civil Action No. 5:13-cv-00514-OLG United States District Court, Western District of Texas, San Antonio Division (retained by defense counsel, Sue Ann Gregory, Bexar County District Attorney's Office)

The Texas Department of Public Safety v. Greg Abbott, Attorney General for the State of Texas and The Texas Observer, Cause No. GN 503119, District Court of Travis County, Texas (retained by Intervenor counsel, Jeremy Wright)

Robert Tidwell v. City of Round Rock, et al., Civil Action No. A: 13-CV-965-LY, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Mike Thompson)

Sylvia Torres, et al. v. Hidalgo County, et al., Civil Action No. M-06-332-D, United States District Court, Southern District of Texas, McAllen Division (retained by defense counsel, Myra Morris) (gave testimony by deposition)

T.W. v. Llano County, et al., Civil Action No. A-97-CA-887-SS, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Michael Shaunessy) (gave testimony by deposition and at trial)

United States of America v. Terry S. Johnson, in his official capacity as Alamance County

Sheriff, Civil Action No. 1:12-CV-1349, United States District Court, Middle District of North Carolina (retained by plaintiff counsel Michael Songer, United States Department of Justice) (gave testimony by deposition and at trial)

United States of America v. Maricopa County, Arizona, et al., Civil Action No. 2:12-CV-00981-LOA, United States District Court for the District of Arizona (retained by plaintiff counsel Jennifer Mondino, United States Department of Justice) (gave testimony by deposition)

Luis Enrique Vasquez Martinez v. City of Raymondville, Texas, et al., Civil Action No. 1:13-CV-00082, United States District Court, Southern District of Texas, Brownsville Division (retained by defense counsel, Eileen Leeds)

Gregory Wayne Wallis v. The City of Irving; Fred Curtis, Harold Renfroe, Jason Neal, Leasa Liles, and Daniel Hagood, Civil Action No. 3:07-CV-1483-K, Northern District of Texas, Dallas Division (retained by defense counsel, Timothy Dunn)

Rodney Watson v. City of Whitley, Texas, et al., Cause No. 28968, District Court of Limestone, County, 77th Judicial District (retained by defense counsel, Charles Olson)

Rodney J. Watt v. City of Highland Park, Illinois, et al., Civil Action No. 01-C-6230, United States District Court, Northern District of Illinois, Eastern Division (retained by plaintiff counsel, Tom Marzewski) (gave testimony by deposition)

Mary and Randy Whitener v. Navarro County and Elmer Tanner, Civil Action No. 3-06-CV-1526-P, United States District Court, Northern District of Texas, Dallas Division (retained by defense counsel, Jason Poe)

Philip Whitley, et al. v. City of Brownwood et al., Civil Action No. 6:08-CV-085, United States District Court, Northern District of Texas, San Angelo Division (retained by defense counsel, Greg Blaies)

Jimmy Whitt, et al. v. Stephens County, et al., Civil Action No. 1-06-CV-022-C, United States District Court, Northern District of Texas, Abilene Division (retained by defense counsel, Charles Self)

Mary Williams and Milas Lee Williams v. Andrew McKinney, Craig Cargill, Sandra Wright, Vincent Dominguez and the City of Round Rock, et al., Civil Action No. A-09-CA-009-LY, United States District Court, Western District, Austin Division (retained by defense counsel, Mike Thompson)

Williams v. Guadalupe County, et al., Civil Action No. SA-04-CA-1058-RF, United States District Court, Western District of Texas, San Antonio Division, (retained by defense counsel, Charles Frigerio)

Brenda Wilson v. Steven Moore, Former City of Bullard, Texas Police Officer and Jeff

<u>Bragg, City of Bullard, Texas Police Officer</u>, Civil Action No. 6:10-CV-480, United States District Court, Eastern District of Texas, Tyler Division (retained by defense counsel, Lance Vincent)

<u>Ruben Yzquierdo v. Williamson County</u>, Civil Action No. A-11-CA-403-SS, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Charles Frigerio)

<u>Ryan David Zimmerman v. Lee Harris, et al.</u>, Civil Action No. 1:14-CV-00203-SS, United States District Court, Western District of Texas, Austin Division (retained by defense counsel, Michael Shaunessy)

# MARGO FRASIER
## 5408 AVENUE F
## AUSTIN, TEXAS
### 512-565-0464

## RANGE OF EXPERIENCE

Margo Frasier has over 40 years of experience in the corrections and law enforcement field. Currently, Ms. Frasier is the Police Monitor for the City of Austin.   Ms. Frasier also provides litigation support and consulting in criminal justice.   Ms. Frasier served as the sheriff of Travis County, Texas from 1997 through 2004, the first woman to hold the office where she started as a deputy more than two decades earlier. As sheriff, she oversaw 1,350 officers and other employees with a budget of more than $90 million and earned praise for her leadership of the jail system, which housed 2,400 inmates and the implementation of community policing. Since leaving office, Ms. Frasier worked as an assistant professor in the College of Criminal Justice at Sam Houston State University in Huntsville, Texas and a Senior Associate for MGT of America, Inc., before joining the City of Austin as its Police Monitor. Over the years, as a consultant and an attorney, she has provided expert testimony in matters involving criminal justice including civil rights, employment law, law enforcement practices, and corrections practices.

Ms. Frasier served as treasurer, vice-president, and president of the Major County Sheriffs' Association. She also served on the boards of the National Sheriff's Association, National Center for Women and Policing, Texas Institute for Public Problem Solving, and the Children's Advocacy Center of Central Texas. In addition, she was recognized twice by the Combined Law Enforcement Association of Texas as Administrator of the Year. She also received a Lifetime Achievement Award from the National Center on Women in Policing.

## PROFESSIONAL AND BUSINESS HISTORY

Margo L. Frasier, J.D., Consultant, January 1997 – Present.

City of Austin, Police Monitor, January 2011—Present.

MGT of America, Inc., Senior Associate, July 2008 – January 2011.

Sam Houston State University, Assistant Professor, January 2005 – July 2008.

Travis County Sheriff's Office, Sheriff, January 1997 – December 2004.

St. Edward's University, Assistant Professor (Part-time), January 1997 – December 2004.

Bickerstaff, Heath, LLP, Partner, January 1991 – December 1996.

Brown Maroney (Now Brown McCarroll), Associate, January 1985 – December 1991.

U.S. District Court, Tallahassee, Florida, Law Clerk, September 1984 – December 1984.

Florida Senate Committee on Criminal Justice,   Legislative Analyst, August 1983 – July 1984.

**YEARS OF EXPERIENCE:**
40+ in criminal justice

**EDUCATION:**

Bachelor of Science in Criminology & Corrections, Graduated with Honors, Sam Houston State University, 1974

Juris Doctor, Graduated with High Honors, Florida State University College of Law Tallahassee, Florida, 1984

Travis County Sheriff's Office, Austin, Texas, Captain, October 1975 – August 1982.

Austin Community College, Austin, Texas, Instructor, September 1980 – May 1982.

Texas Department of Corrections, Huntsville, Texas, Corrections Officer, May 1974 – May 1975.

## PROFESSIONAL AND BUSINESS EXPERIENCE

Consultant in litigation matters involving law enforcement and corrections related to civil rights, employment law, law enforcement practices, and corrections practices.

Police Monitor for the City of Austin which assesses citizen complaints, monitors internal affairs investigations, and monitors and makes recommendations on policies, procedures, and discipline.

Consultant at MGT of America, Inc., in criminal justice regarding law enforcement agencies and correctional facilities.

Assistant Professor in the College of Criminal Justice at Sam Houston State University. Undergraduate courses taught include Fundamentals of Criminal Law, Legal Aspects of Corrections, Professionalism and Ethics, and Criminal Investigation. Graduate courses taught include Seminar in Organization and Administration and Legal Aspects of Criminal Justice Management.

Sheriff of Travis County, Texas. Assumed office as the first female sheriff in Travis County history in January 1997. Served as the Chief Law Enforcement Officer and Chief Corrections Officer of Travis County. The Travis County Sheriff's Office is an agency of over 1,350 employees with a 2004 budget of over $90 million. It is a full service sheriff's office which patrols over 700 square miles and operates a jail system which houses over 2,400 inmates.

Assistant Professor in the College of Behavioral Sciences at St. Edward's University on a part-time basis. Courses taught included American Policing and Corrections.

Partner at the law firm of Bickerstaff, Heath LLP. Primary practice involved the representation of local government clients, including school districts, police departments, and sheriff's offices in civil rights and employment law matters.

Associate at the law firm of Brown Maroney (Now Brown McCarroll). Primary practice was general litigation with an emphasis in litigation involving sheriff's offices.

Interned as a law clerk for U.S. District Judge Maurice Paul.

Interned as a legislative analyst for the Florida Senate Committee on Criminal Justice. Drafted and analyzed legislation in the area of criminal justice.

Served as Captain for the Travis County Sheriff's Office, Texas. Progressed through the ranks from deputy sheriff/corrections officer to captain with five years of service as captain. Main duties included management of jail system and coordination with Commissioners' Court.

Adjunct Instructor at Austin Community College. Adjunct Instructor in criminal justice on a part-time basis. Classes taught included Introduction to Criminal Justice and Corrections.

Corrections officer for the Texas Department of Corrections. Duties included maintenance of security and supervision of inmates in a maximum security prison.

**AWARDS**

Lifetime Achievement Award, National Center on Women in Policing, 2003

Community Service Award, NAACP, Austin Chapter, 1999 and 2000

Recognition for Being Outstanding Role Model, Austin Area Urban League, 2000

Breaking the Glass Ceiling Award, National Center on Women in Policing, 1999

Administrator of the Year, Combined Law Enforcement Association of Texas, 1998

Bridge Builder of the 21st Century, National Women of Achievement, Inc., 1997

Administrator of the Year, Combined Law Enforcement Association of Texas, 1997

Correctional Officer of the Year, National Jail Association, 1981

## PROFESSIONAL ACCOMPLISHMENTS

Major County Sheriffs' Association (President, 2004; Vice-President, 2002-2003; Treasurer, 1998-2001)

National Sheriff's Association (Board of Directors, 2002-2004)

SafePlace Foundation, Board of Trustees

Big Brothers/Big Sisters of Central Texas, Board Member

Children's Advocacy Center of Central Texas, Advisory Board Member (1997-2004)

National Center for Women and Policing, Board Member

Texas Institute for Public Problem Solving, Executive Board Member

## PUBLICATIONS

Frasier, Margo L., The Use of Conducted Energy Devices (Tasers), *Telemasp Bulletin,* Texas Law Enforcement Management and Administrative Statistics Program, (2005) Vol. 12, No. 6, pp. 1-11.

Frasier, Margo L., Search and Seizure, *Suing and Defending Governmental Entities Seminar 2005,* Texas Bar CLE, Vol. 17, Chapter 12, pp. 1-8.

Frasier, Margo L., Use of Force Training, *Suing and Defending Governmental Entities Seminar 2010,* Texas Bar CLE, Vol. 22, Chapter 9, pp. 1-22.

Frasier, Margo L., Law Enforcement Update:   What the Courts and the Legislature Have Been Up to in 2010-2011, *Suing and Defending Governmental Entities Seminar 2011,* Texas Bar CLE, Vol. 23, Chapter 17, pp. 1-4.

3

## CONFERENCE PRESENTATIONS

New County Judges and Commissioners School, LBJ School of Public Affairs, University of Texas at Austin, Austin, Texas, January 2005.  Presentation on Jail and Law Enforcement Liability

American Jail Association, Annual Conference, Kansas City, Kansas, May 2005.  Presentation      of paper entitled:   Legal Consequences of Prison Rape

17th Annual Suing and Defending Government Entities Seminar, San Antonio, Texas, July 2005   Presentation of paper entitled: Search and Seizure

Oregon Jail Managers' Association, Ontario, Oregon, August 2005. Two day presentation on the Prison Rape Elimination Act; sponsored by the National Institute of Corrections

South Dakota Jail Administrators' Association, October 2005. Two day presentation on the Prison Rape Elimination Act; sponsored by the National Institute of Corrections

Oregon Sheriffs' Association, December 2005. Presentation on the Prison Rape Elimination Act; sponsored by the National Institute of Corrections

Women in Criminal Justice Seminar, Corrections Management Institute of Texas, Dallas, Texas, April 2006.  Presentation on "Managing and Being Managed"

American Jail Association, Annual Conference, Salt Lake City, Utah, May, 2006.  Presentation      of paper entitled: Prison Rape Elimination Act, Investigating Sexual  Assault Allegations in Jail Settings

Utah Sheriff's Association, Annual Conference, Salt Lake City, Utah, September 2006.   Presentation on the Prison Rape Elimination Act; sponsored by the National  Institute of Corrections

Virginia Sheriff's Association, Annual Conference, Virginia Beach, Virginia, April 2007.  Presentation on the Prison Rape Elimination Act; sponsored by the National  Institute of Corrections

Michigan Sheriff's Association, Annual Conference, Thompsonville, Michigan, June 2007.   Presentation on the Prison Rape Elimination Act; sponsored by the National  Institute of Corrections

National Sheriffs' Association, Annual Conference, Salt Lake City, Utah, June 2007.  Participation on panel of experts on the Prison Rape Elimination Act

Women in Criminal Justice Seminar, Corrections Management Institute of Texas, San Antonio, Texas, May 2008.  Presentation on "Women as Leaders"

Texas Association of Counties' Leadership Reunion, Bandera, Texas, May 2008.  Presentation      on "Leading with Ethics"

22nd Annual Suing and Defending Government Entities Seminar, San Antonio, Texas, July 2010,   Presentation of paper entitled: "Use of Force Training"

Texas Municipal League Attorneys' Workshop, Austin, Texas, September 2010, Presentation of paper entitled: "Use of Force Training"

Texas Association of Counties, 2010 Annual Seminar, September 2010, Presentation on jail overcrowding and possible solutions

23^nd Annual Suing and Defending Government Entities Seminar, Austin, Texas, July 2011, Presentation of paper entitled: "Law Enforcement Update"

Legal Training for Travis County Constables, March 2012, Presentation entitled "Law Enforcement Perspective: Working with a Diverse Population"

25th Annual Corrections Accreditation Managers' Association, Austin, Texas, April 2012, Presentation entitled "Accountability"

National Sheriffs' Association, Annual Conference, Nashville, Tennessee, June 2012, Presentation entitled "Implementing the Prison Rape Elimination Standards"

National Association of Women Law Enforcement Executive, Annual Conference, Austin, Texas, August 2012, Presentation entitled "Executive Response to Critical Incidents"

Sheriffs' Association of Texas, New Sheriffs' Management School, Austin, Texas, December, 2012, Presentation entitled "Ten Things to Know as a New Sheriff"

(revised 10/19/2014)

MARGO L. FRASIER, J.D.
5408 AVENUE F
AUSTIN, TEXAS 78751

November 10, 2014

Mr. James E. Byrom
Walsh, Anderson, Gallegos, Green & Trevino, P.C.
10375 Richmond Avenue, Suite 750
Houston, Texas 77042

Re: Matters involving officers of the Beaumont Independent School District Police Department

Dear Mr. Byrom:

This letter will serve to confirm that I, Margo Frasier, have agreed to review two matters involving officers of the Beaumont Independent School District Police Department which are currently in litigation and to provide my opinion regarding the actions of the officers. In addition, if is determined by the attorney representing the school district and you that there is no conflict in regards to me also providing my opinion regarding the actions of the school district, I will do so also. Among the tasks I may be asked to perform are a review of the documents, preparation of an expert witness report, review of policies and/or procedures, scholarly research on issues involved, and testifying at a deposition and/or trial.

My hourly fee is $275.00 per hour whether it is file review, report preparation, deposition, or trial. Normally, I require a $5000.00 retainer of which $2500.00 is non-refundable. However, as it my understanding that my fees will be paid by TASB, I will forego the retainer and the non-refundable fee. I charge $100.00 per hour for travel plus reasonable expenses.

If these terms are acceptable, please acknowledge receipt and agreement below. I will not begin work until I have received your acknowledgement. I look forward to working with you.

Sincerely,

*Margo L. Frasier*

_____
Margo L. Frasier, J.D.

_____
Tim Maloney

# JAMES E. BYROM

10375 Richmond Ave., Suite 750, Houston, Texas 77042
Ph. (713) 789-6864 | Fax (713) 789-9318

## *SUMMARY OF QUALIFICATIONS*

Over 30 years of representation of businesses, insurance companies and individuals, and specifically including school districts and other governmental entities throughout Texas in connection with all forms of civil litigation. Extensive trial experience in both state and federal courts (jury and non-jury), including state and federal appellate experience. 17 years of experience representing employers involving ADA, FLSA, FERPA, Whistleblower, EEOC Complaints, Grievances, 1983 claims and other employer/employee issues.

Licensed to practice law in Texas since 1983. Admitted to practice before U.S. District Court: Western, Southern, Eastern and Northern Districts of Texas, the Fifth Circuit Court of Appeals, and the U.S. Supreme Court. Also admitted to practice in Louisiana in 1999.

Board Certified in Civil Trial Law and Personal Injury Trial Law by the Texas Board of Legal Specialization since 1990. Speaker at various seminars on Employment Law, Deceptive Trade Practices Act, Insurance, School Law, Bad Faith, Tort Reform, Subrogation and Workers' Compensation. Member of the State Bar of Texas, Texas Council of School Attorneys, Texas Board of Legal Specialization-Personal Injury Trial Law Paralegal Commission (2001-2007), Current member and chair of the Texas Board of Legal Specialization-Personal Injury Trial Law Attorney Commission.

Chosen Texas Superlawyer by Law & Politics Magazine Civil Litigation Defense Published in Texas Monthly Magazine 2003.

## *EMPLOYMENT HISTORY*

Walsh, Anderson, Gallegos, Green & Treviño, P.C.  Houston, Texas (2011-Present)

- Representing governmental entities and school districts, as well as private employers in situations involving the EEOC, ADA, FLSA, FERPA, Section 1983 claims, Whistleblower, and other employment issues, as well as construction claims, along with continuing to represent individuals, businesses and insurance companies in legal disputes. Participating in grievances and administrative procedures for school districts and other governmental entities

Ewbank & Byrom, P.C. (Owner) Austin, Texas (1996-2011)

- Representing governmental entities, school districts, and housing authorities, as well as private employers in situations involving the EEOC, ADA, FLSA, FERPA, 1983 claims, Whistleblower, non-compete agreements and other employment issues, as well as construction claims, along with continuing to represent individuals, businesses and insurance companies in legal disputes. Participating in grievances and administrative procedures for school districts and other governmental entities.

Felts & Mashburn, P.C., (Partner) Austin, Texas (1992-1996)

- Partner handling personal injuries, worker's compensation, governmental issues, products liability and employment issues, including both trial of cases and handling of administrative issues, such as responding to EEOC and TCHR complaints.

Naman, Howell, Smith & Lee, P.C., (Partner) Austin, Texas (1988-1992)

- Partner in a large, multi-city firm, maintaining a full docket handling cases from trial through appeal in state and federal courts involving personal injuries, worker's compensation, school law, governmental entities, insurance issues and business disputes.

In-House Counsel, Sentry Insurance Co., Austin, Texas (1987-1988)

- Senior Trial Attorney for a major insurance company with responsibility for a docket of over 100 cases, including trials involving automobile accidents, personal injuries, worker's compensation, employment law and insurance coverage disputes.

Kyle, Walker & Gossett, San Marcos, Texas (1986-1987)

- Maintained a docket of approximately 50 cases involving insurance disputes, personal injuries, business and contractual disputes, as well as property and probate issues.

McLeod, Alexander, Powell & Apffel, Galveston, Texas (1983-1985)

- Worked as an associate in the litigation/trial section of the firm. Handled hearings, depositions, mediations, legal briefing, and research in cases involving personal injuries, automobile accidents, chemical exposure, worker's compensation, products liability and other issues.

## *EDUCATION*

Baylor University-Waco, Texas                          BBA- Marketing 1980

Baylor University School of Law                        JD 1983

## *PRESENTATIONS*

"School Board Hearings and Due Process— A Board Member Primer", Presented to TASB/TASA Joint Annual Convention 1997-2001

"What to Do In Case of an Automobile Accident, The District's Role In Accident Investigation", Presented to the 2002 TASB FUND Annual Members Conference, April 22, 2002

"Federal Right to Privacy Act" Presented to Moulton Independent School District, August 13, 2002

"The 'ABCs' of Governmental Immunities", Presented to the 2004 TASB FUND Annual Members Conference, April 20, 2004 and TASB/TASA 45t h Annual Convention, October 28, 2005

"Texas Open Meetings Act and Recent Developments in Open Government", Presented to the Housing Authority of the City of Austin, December 9, 2005

"Understanding Damages in Tort Law" , presented to the Austin Claims Association, February 1, 2007

"Practical Strategies for Adjustors"; "Damages in Tort Cases"; "Ethical Issues for Adjustors"; and "Mock Trial", Presented to Texas Association of School Boards Adjustors, March 6, 2007

"Subrogation Claims", Presented to the 2007 TASB Risk Management Fund Conference, April 22-24, 2007

"The Ties the Bind, Employment Litigation Update", Presented to the 22nd Annual School Law Retreat, School Law Section of the State Bar of Texas, July 7, 2008

"Liability Issues for Commissioners, Trustees, and Officers" , Presented to NAHRO National Conference, October 2008

"Employment Law Update" , Presented to TASA/TASB Joint Annual Conference, October 3, 2009

"Employment Law Update" , Presented to 24th Annual School Law Retreat, School Law Section of the State Bar of Texas, July 2010

# Kelley L. Kalchthaler

Attorney at Law
Walsh, Anderson, Gallegos, Green & Treviño, P.C.
10375 Richmond Ave., Suite 750
Houston, Texas 77042
(713) 789-6864

### LICENSES AND ADMISSIONS TO PRACTICE

Admitted to the State Bar of Texas
Licensed to practice before all State Courts of Texas
Licensed to practice before all Federal District Courts of Texas

### EDUCATION

**The University of Texas School of Law,** Austin, TX
*Doctor of Jurisprudence, May 2010,* with Honors
- THE REVIEW OF LITIGATION, Symposium Editor
- Order of the Barristers, Member
- 2010 Strasburger & Price Mock Trial Competition, Finalist
- 2010 Texas Young Lawyers Association Interscholastic Mock Trial Team, Finalist
- 2009 Georgetown Interscholastic White Collar Crime Mock Trial Team, Semi-finalist
- 2009 Interscholastic Mock Trial Team for the American Association for Justice, Semi-finalist
- 2008 and 2009 Fall Litigation Institute, Member
- Board of Advocates, Austin Association of Young Lawyers, Austin Bar Association, Member
- Honors: Dean's Achievement Award – Highest Grade in State Constitutional Law

**Southern Methodist University Dedman School of Law,** Dallas, TX
*August 2007- May 2008*
- INTERNATIONAL LAW REVIEW, invitation extended
- Dallas Kids Project Spring 2008, Student Teacher
- Dallas Association of Young Lawyers and Dallas Bar Association, Member
- Dean's List Recipient Fall 2007 and Spring 2008

**Austin College,** Sherman, TX
*Bachelor of Arts in International Studies, January 2003*
*Bachelor of Arts in Spanish, January 2003, Summa Cum Laude*

- Study Abroad at Universidad Complutense de Madrid in Spain, all coursework in Spanish
- International Foreign Language Honors Society (Phi Sigma Iota), Member and Foreign Language Honors Thesis, Candidate
- Honors:  Paper, *Turkey: A Nation in Crisis*, Third Place award in college competition

## PROFESSIONAL EXPERIENCE

**Walsh, Anderson, Gallegos, Green, & Treviño, P.C.**
*Attorney-at-Law, August 2010-Present*

- Represent school districts in litigation involving employment, student issues, construction, and other matters
- Advise clients in areas of employment law, student issues, family law issues, and governance issues
- Investigate claims for clients
- Provide opinion letters to school boards and superintendents on legal issues
- Develop presentations for districts on a variety of legal topics

**Texas Association of School Boards,** Austin, TX
*Law Clerk, January 2010 – May 2010*

- Researched school districts' procedural compliance requirements under No Child Left Behind
- Updated TASB reference documents for members on topics including religion in schools, recent Texas Commissioner of Education decisions, and reductions in force

**Fulbright & Jaworski, L.L.P.,** Dallas, TX
*Law Clerk, May - July 2009*

- Researched and wrote memoranda on express and implied warranties, securities litigation, and adequate assurances in bankruptcy
- Worked on pro bono case for right of survivorship
- Updated the Texas Deceptive Trade Practices Act section for the Products Liability Advisory Council's publication

**Littler Mendelson, P.C.,** Dallas, TX
*Law Clerk, July - September 2009*
- Drafted motions for summary judgment
- Researched and wrote memoranda on non-compete clauses, the Family Medical Leave Act, and sex-based promotional discounts

**American Airlines Legal Department,** Fort Worth, TX
*Law Clerk, Summer 2008*
- Performed legal research on topics including labor and employment law, constitutional rights, and contract interpretation

**Plano Independent School District,** Plano, TX
*Teacher – Mathematics and English as a Second or Other Language, August 2003 – June 2007*
*Areas of Certification: English as a Second Language (K-12); Mathematics (4-8)*
- Texas State Teacher's Association - Plano Branch, Vice President (2004-2007)
- Campus Beginning Teacher of the Year (2003-04)
- K.E.Y.S. Mother Daughter Program, Sponsor
- Delta Kappa Gamma Society International, Member

## PUBLICATIONS

- *Note, Wake-Up Call: Striking a Balance Between Private Rights and Institutional Liability in the Student Suicide Crisis*, The Review of Litigation (2009)
- *Ask A Lawyer,* Texas Association of Secondary School Principals Newsletter (December 2010)
- Legal Issues with Same-Sex Schools, Texas School Administrators' Legal Digest (2011)

## OTHER RELEVANT EXPERIENCE

- Monthly Legal Update Presentations to Region 13 Education Service Center Curriculum Counsel Meetings
- February 2011 Presentation to the Texas School Public Relations Association regarding Liability Issues for Student and Employee Use of Social Media

- Several in-service presentations to school districts on issues such as legal documentation for administrators, ethics issues for educators, and personnel issues for human resources professionals