**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **CHRISTINE JONES** | § | |
| | § | **CIVIL ACTION NO. 1:14-CV-00103** |
| **VS.** | § | |
| | § | **Judge Ron Clark** |
| **TAMARA SPIKES and** | § | **Magistrate Judge Keith Giblin** |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT POLICE** | § | |
| **DEPARTMENT** | § | |

**ORDER DENYING PLAINTIFF'S OPPOSED MOTION TO EXTEND, OR IN THE ALTERNATIVE, REVISE TIME FOR DESIGNATING PLAINTIFF'S EXPERT WITNESSES**

Be it remembered that on this day came on to be considered Plaintiff Christine Jones' Opposed Motion to Extend, or in the Alternative, Revise Time for Designating Plaintiff's Expert Witness, and in consideration of the motion and the parties' responses, the Court is of the opinion that the Motion to Extend, or in the Alternative, Revise Time for Designating Plaintiff's Expert Witnesses should be DENIED.

It is therefore ORDERED that Plaintiff Christine Jones' Opposed Motion to Extend, or in the Alternative, Revise Time for Designating Plaintiff's Expert Witness is hereby DENIED. The deadline for Plaintiff's disclosure of expert testimony set forth in this Court's Scheduling Order of August 5, 2014 (Docket Entry 18) remains in effect.

SIGNED this _____ day of _____, 2015.

_____
JUDGE PRESIDING