# Exhibit A

| | |
|---|---|
| **From:** | Ken Lewis <Ken.L@bushlewis.com> |
| **Sent:** | Wednesday, December 31, 2014 11:18 AM |
| **To:** | Chris Gilbert; Frances Broussard |
| **Subject:** | Regarding: Jones, Christine vs. BISD Police Dept & Tamara Spikes |

Chris,

I was unable to reach you by telephone yet today. I am filing a motion to extend the time for plaintiff to designate liability experts until three weeks after we complete depositions of defendants and BISD employees due to the delays caused by my back problems. I am assuming your client opposes this but I need to show a certificate of conference. Could you or Frances please either call me or shoot me an email about your position on the motion? Thank you and have a happy new year!

Kenneth W. "Ken" Lewis
Bush Lewis, PLLC
Board Certified
Personal Injury Trial Law by Tx Bd of Legal Specialization
Civil Trial Advocacy by Nat'l Bd of Trial Advocacy
595 Orleans St., Ste. 500
Beaumont Tx  77701
Tel. (409) 835-3521
Fax. (409) 835-4194
Visit Our Website: www.bushlewis.com