# Exhibit B

**Thompson & Horton** LLP
ATTORNEYS | COUNSELORS

Houston  Frances R. Broussard
Austin   Associate

(713) 554-6788 Office
(713) 583-4335 Fax

fbroussard@thompsonhorton.com

Thompson & Horton LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas
77027-7528

August 1, 2014

**VIA CERTIFIED MAIL 7011 1570 0001 9848 1281**

Mr. Kenneth W. Lewis
Bush Lewis PLLC
595 Orleans, Suite 500
Beaumont, Texas 77701

Re: Cause No.: In the United States District Court for the Eastern District of Texas, Beaumont Division

Dear Mr. Lewis:

Please find enclosed Defendant Beaumont Independent School District's Rule 26 Disclosures. Also enclosed are responsive documents bates labeled BISD 0001 – BISD 0025, as well as a video of the incident made the basis of this lawsuit (BISD 0026). You will notice on BISD 0001, there are redactions of several DOBS, home addresses, and home telephone numbers. These documents were provided to us with redactions by the District. Should you require unredacted documents, please let us know.

If you have any questions or concerns, please feel free to contact me.

Very truly yours,

Thompson & Horton LLP

*Frances R. Broussard/by permission mdf*

Frances R. Broussard

FRB/mdf
Enclosures

IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § § | |
| vs. | § § | C.A. NO. 1:14-CV-00103 |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § § | |

### DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT'S RULE 26 DISCLOSURES

Defendant Beaumont Independent School District ("BISD") files its Mandatory Disclosures pursuant to Fed. R. Civ. P. 26 and the Eastern District's Local Rules, and would respectfully show as follows:

### Rule 26(a)(1)(A)(i) and Local Rule (3)

**Name and, if known, the address and telephone number of each individual likely to have information that bears significantly on any claim or defense, identifying the subjects of the information:**

Christine Jones

Ms. Jones is the plaintiff in this case. She is likely to have information regarding her arrest by BISD police officers, including Defendant Spikes, as well as injuries she may or may not have suffered.

Officer Tamara Spikes
1025 Woodrow Street
Beaumont, Texas 77705
409-617-7000

Officer Spikes is an individual Defendant in this matter and a police officer with the Beaumont Independent School District Police Department. She is likely to have information regarding Ms. Jones' arrest at Vincent Middle School on May 2, 2013, as well as the injuries Officer Spikes suffered.

1

Officer Matthew Custer
1025 Woodrow Street
Beaumont, Texas 77705
409-617-7000

Officer Custer is a police officer with the Beaumont Independent School District Police Department. He assisted Officer Spikes in the arrest of Plaintiff Jones and is likely to have information pertaining to the arrest.

Officer Stephen Rivers
1025 Woodrow Street
Beaumont, Texas 77705
409-617-7000

Officer Rivers is a police officer with the Beaumont Independent School District Police Department. He accompanied Officer Spikes and Plaintiff Jones to the police station after Plaintiff Jones had been arrested and is likely to have information pertaining to Plaintiff's arrest.

Detective-Sergeant Danny Moore
1025 Woodrow Street
Beaumont, Texas 77705
409-617-7000

Danny Moore is a Detective-Sergeant with the Beaumont Independent School District Police Department. He conducted the investigation of the events surrounding, and ultimately leading to, the arrest of Plaintiff.

Davita Douglas
1130 Condon
Beaumont, Texas 77701
409-617-5955

Davita Douglas is the attendance clerk at Vincent Middle School in Beaumont Independent School District. Ms. Douglas was a witness to the arrest of Plaintiff and provided a witness statement.

Michelle Patillo
9425 McLean Drive
Beaumont, Texas 77707
409-617-5000

Michelle Patillo is a substitute teacher at Vincent Middle School in Beaumont Independent School District. Ms. Patillo was a witness to the arrest of Plaintiff and provided a witness statement.

Jeanette Flanigan
1025 Woodrow Street
Beaumont, Texas 77705
409-617-7000

Jeanette Flanigan is a dispatcher with the Beaumont Independent School District Police Department. She received a call from Officer Spikes regarding the arrest of Plaintiff Jones.

### Rule 26(a)(1)(A)(ii) and Local Rule (5)

**A copy of, or description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:**

See documents and CD attached as Exhibit A. Defendant shall supplement this disclosure if, during the course of discovery, it finds additional documents are relevant to the disputed facts alleged with particularity in the pleadings, or if the Plaintiff identifies new issues that she believes are relevant to this lawsuit.

### Rule 26(a)(1)(A)(iii)

**A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, nor privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

Not applicable. The District is not seeking damages.

### Rule 26(a)(1)(A)(iv)

**For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

A copy of the Beaumont Independent School District insurance policy may be reviewed and copied during regular business hours at the office of Thompson & Horton, LLP, Phoenix Tower, 3200 Southwest Freeway, Suite 2000, Houston, Texas 77027. Please contact Mr. Christopher B. Gilbert or Ms. Frances R. Broussard to set up an appointment to review these documents.

### Local Rule (1)

**The correct names of the parties to this action:**

The Beaumont Independent School District Police Department is a part of, and not a separate entity from, the Beaumont Independent School District; as such, the proper party to this action is the Beaumont Independent School District. Plaintiff is aware of this and Plaintiff's counsel has agreed to amend upon receipt of written confirmation of this fact and entry of a scheduling order

3

providing for amendment of pleadings without leave of court. This document serves as the requested written notification.

## Local Rule (2)

**The name and, if known, address and telephone number of any potential parties to the action:**

Defendant Beaumont Independent School District knows of no other potential parties to this litigation.

## Local Rule (4)

**The authorizations described in Local Rule CV-34:**

Not applicable to Defendant Beaumont Independent School District.

          Respectfully submitted,

          Thompson & Horton LLP


          By: /s/ Christopher B. Gilbert
              Christopher B. Gilbert
              Attorney-in-Charge
              State Bar No. 00787535
              cgilbert@thompsonhorton.com
              Frances R. Broussard
              State Bar No. 24055218
              fbroussard@thompsonhorton.com

              3200 Southwest Freeway, Suite 2000
              Houston, Texas 77027
              Telephone: (713) 554-6744
              Facsimile: (713) 583-7698

          **Attorneys for Defendant Beaumont Independent School District**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following parties on August 1, 2014 by certified mail, return receipt requested:

>Kenneth W. Lewis
>Stephen L. Townsend
>Bush Lewis, PLLC
>595 Orleans Street, Suite 500
>Beaumont, Texas  77701
>
>James E. Byrom
>Walsh, Anderson, Gallegos, Green
>  and Treveño, P.C.
>10375 Richmond Avenue, Suite 750
>Houston, Texas  77042

>/s/ Frances R. Broussard
>Frances R. Broussard

626405