# Exhibit C



Houston    Frances R. Broussard
Austin     Associate

(713) 554-6788 Office
(713) 583-4335 Fax

fbroussard@thompsonhorton.com

Thompson & Horton LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas
77027-7528

September 12, 2014

### VIA CERTIFIED MAIL 7011 1570 0001 9848 1335

Mr. Kenneth W. Lewis
Bush Lewis, PLLC
595 Orleans Street, Suite 500
Beaumont, Texas  77701

    Re:    Cause No. 1:14-cv-00103; *Christine Jones v. Tamara Spikes et al*: In the United States District Court for the Eastern District of Texas, Beaumont Division

Dear Mr. Lewis:

Attached please find Defendant Beaumont Independent School District's Objections and Responses to Request for Production in the above referenced matter.

If you have any questions or concerns, please feel free to contact me.

Very truly yours,

Thompson & Horton LLP

*Frances R. Broussard* /by permission

Frances R. Broussard

FRB/mdf
Enclosures

632220

IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § § | |
| vs. | § § | C.A. NO. 1:14-CV-00103 |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § § | |

### DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT'S RESPONSES TO REQUEST FOR PRODUCTION

TO:   Plaintiff Christine Jones, by and through her attorney of record, Kenneth W. Lewis, Bush Lewis, PLLC, 595 Orleans Street, Suite 500, Beaumont, Texas 77701.

Defendant Beaumont Independent School District responds as follows to Plaintiff Christine Jones' Request for Production:

### OBJECTIONS AND RESPONSES TO REQUEST FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 1

Audio of all communications between Beaumont Independent School District Police Department (BISD PD) dispatcher Jeanette Flanigan and Officer Tamara Spikes and anyone else about the incident with Christine Jones the day of the incident, including both BISD PD employees and any other persons or agencies.

### RESPONSE:

There is no audio recording responsive to this request. Audio calls made to the Beaumont Independent School District Police Department dispatch were not recorded at the time of the incident made the basis of this lawsuit.

## REQUEST FOR PRODUCTION NO. 2

Any photographs defendant has of the scene of the incident and any video of the incident not previously produced to plaintiff's counsel.

## RESPONSE:

Defendant Beaumont Independent School District has previously produced all photographs and video related to the incident made the basis of this lawsuit in its possession.

## REQUEST FOR PRODUCTION NO. 3

The complete personnel file of Tamara Spikes, including all pre- and post- employment training and educational classes.

## RESPONSE:

Defendant Beaumont Independent School District will supplement its response in compliance with all applicable scheduling orders, local rules, and THE FEDERAL RULES OF CIVIL PROCEDURE.

## REQUEST FOR PRODUCTION NO. 4

The complete personnel files of Matthew Custer, Steven Rivers, Daniel Moore, Clydell Duncan, and Eric Payne, including all pre- and post- employment training and educational classes.

## RESPONSE:

Defendant Beaumont Independent School District objects to this Request on the grounds that it is overly broad, unduly burdensome, and unnecessarily harassing, inasmuch as it is not limited in time or scope so as to be reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving said objections, Defendant Beaumont Independent School District will supplement its response in compliance with all applicable scheduling orders, local rules, and THE FEDERAL RULES OF CIVIL PROCEDURE.

## REQUEST FOR PRODUCTION NO. 5

All BISD or BISD PD training materials and policies and procedures in any way relating to:

      a.     Use (including drawing) of firearms by officers;

      b.     Arrest of potential detainees;

      c.     Cuffing and handling of potential detainees;

      d.     Use of force against suspects;

  e.  Proper control of suspects;

  f.  Filing of criminal charges;

  g.  Discerning of proper charges to file against suspects;

  h.  Review of criminal charges after filing;

  i.  witness statements;

  j.  Probable cause affidavits;

  k.  Transporting of suspects.

**RESPONSE:**

Please see responsive documents, Bates Nos. 000026-000158.

**REQUEST FOR PRODUCTION NO. 6**

All BISD or BISD PD policies and procedures regarding directing of school traffic.

**RESPONSE:**

Please see responsive documents, Bates Nos. 000026-000159.

**REQUEST FOR PRODUCTION NO. 7**

Record of all non-student arrest by BISD PD for the last five years.

**RESPONSE:**

Please see responsive documents, Bates Nos. 000160-000164.

**REQUEST FOR PRODUCTION NO. 8**

Records of all claims of injuries by BISD PD officers from alleged encounters with detainees for the last five years.

**RESPONSE:**

Defendant Beaumont Independent School District objects to this Request as unduly vague, to the extent it does not define "records."

Defendant further objects to the Request as not reasonably calculated to lead to the discovery of admissible evidence and to the extent it requires the release of personally identifiable information from educational records made confidential by the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232(g) et. seq. This information can only be released in accordance with provisions of FERPA and the Act's implementing regulations found at 34 C.F.R. §§ 99.1-99.67.

Subject to and without waiving said objections, please see documents produced as Bates Nos. 000165-000167. Defendant Beaumont Independent School District has redacted all personally identifiable information from these documents in accordance with FERPA and its regulations.

### REQUEST FOR PRODUCTION NO. 9

Records of all alleged injuries or deaths claimed by detainees in the last five years from alleged encounters with BISD PD officers.

### RESPONSE:

Defendant Beaumont Independent School District objects to this Request as unduly vague, to the extent it does not define "records."

Defendant further objects to the Request as not reasonably calculated to lead to the discovery of admissible evidence and to the extent it requires the release of personally identifiable information from educational records made confidential by the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232(g) et. seq. This information can only be released in accordance with provisions of FERPA and the Act's implementing regulations found at 34 C.F.R. §§ 99.1-99.67.

Subject to and without waiving said objections, please see documents produced as Bates Nos. 000165-000167. Defendant Beaumont Independent School District has redacted all personally identifiable information from these documents in accordance with FERPA and its regulations.

Page 5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on the Plaintiff at the below address by certified mail on September 12, 2014, and addressed as follows:

> Kenneth W. Lewis
> Bush Lewis, PLLC
> 595 Orleans Street, Suite 500
> Beaumont, Texas 77701

*/s/ Broussard*

Christopher B. Gilbert or Frances R. Broussard

632183



Houston    Frances R. Broussard
Austin     Associate

(713) 554-6788 Office
(713) 583-4335 Fax

fbroussard@thompsonhorton.com

Thompson & Horton LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas
77027-7528

October 1, 2014

**VIA CERTIFIED MAIL 7011 1570 0001 9848 1380**

Mr. Kenneth W. Lewis
Bush Lewis, PLLC
595 Orleans Street, Suite 500
Beaumont, Texas 77701

    Re:    Cause No. 1:14-cv-00103; *Christine Jones v. Tamara Spikes et al*: In the United States District Court for the Eastern District of Texas, Beaumont Division

Dear Mr. Lewis:

Attached please find **Defendant Beaumont Independent School District's Supplemental Responses and Objections to Request for Production** in the above referenced matter.

If you have any questions or concerns, please feel free to contact me.

                                                      Very truly yours,

                                                      Thompson & Horton LLP

                                                      Frances R. Broussard

FRB/mdf
Enclosures

634346

IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § | |
| | § | |
| | § | |
| vs. | § | C.A. NO. 1:14-CV-00103 |
| | § | |
| TAMARA SPIKES and | § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT POLICE | § | |
| DEPARTMENT | § | |

## DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO REQUEST FOR PRODUCTION

TO:   Plaintiff Christine Jones, by and through her attorney of record, Kenneth W. Lewis, Bush Lewis, PLLC, 595 Orleans Street, Suite 500, Beaumont, Texas 77701.

Defendant Beaumont Independent School District makes their First Supplemental Responses and Objections to Plaintiff Christine Jones' Request for Production:

## SUPPLEMENTAL OBJECTIONS AND RESPONSES TO REQUEST FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 3

The complete personnel file of Tamara Spikes, including all pre- and post- employment training and educational classes.

### RESPONSE:

Copies of documents responsive to this Request for Production are attached as Bates Nos. 168-312.

## REQUEST FOR PRODUCTION NO. 4

The complete personnel files of Matthew Custer, Steven Rivers, Daniel Moore, Clydell Duncan, and Eric Payne, including all pre- and post- employment training and educational classes.

## RESPONSE:

Defendant Beaumont Independent School District objects to this Request on the grounds that it is overly broad, unduly burdensome, and unnecessarily harassing, inasmuch as it is not limited in time or scope so as to be reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving said objections, copies of the complete personnel files of Matthew Custer, Steven Rivers, Daniel Moore, Clydell Duncan, and Eric Payne are attached as Bates Nos. 000313-000571.

## REQUEST FOR PRODUCTION NO. 8

Records of all claims of injuries by BISD PD officers from alleged encounters with detainees for the last five years.

## RESPONSE:

Defendant Beaumont Independent School District objects to this Request as unduly vague, to the extent it does not define "records."

Defendant further objects to the Request as not reasonably calculated to lead to the discovery of admissible evidence and to the extent it requires the release of personally identifiable information from educational records made confidential by the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232(g) et. seq. This information can only be released in accordance with provisions of FERPA and the Act's implementing regulations found at 34 C.F.R. §§ 99.1-99.67.

Subject to and without waiving said objections, the redacted incident report previously produced as Bates Nos. 000165-000167 represents, to the best of our knowledge, the only claim responsive to your request. If there are other, specific documents that you seek or if there are other, specific claims about which you are aware, please let us know in order that we can make the appropriate inquiries.

## REQUEST FOR PRODUCTION NO. 9

Records of all alleged injuries or deaths claimed by detainees in the last five years from alleged encounters with BISD PD officers.

**RESPONSE:**

Defendant Beaumont Independent School District objects to this Request as unduly vague, to the extent it does not define "records."

Defendant further objects to the Request as not reasonably calculated to lead to the discovery of admissible evidence and to the extent it requires the release of personally identifiable information from educational records made confidential by the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232(g) et. seq. This information can only be released in accordance with provisions of FERPA and the Act's implementing regulations found at 34 C.F.R. §§ 99.1-99.67.

Subject to and without waiving said objections, the redacted incident report previously produced as Bates Nos. 000165-000167 represents, to the best of our knowledge, the only claim responsive to your request. If there are other, specific documents that you seek or if there are other, specific claims about which you are aware, please let us know in order that we can make the appropriate inquiries.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Christopher B. Gilbert
Christopher B. Gilbert
Attorney-in-Charge
State Bar No. 00787535
cgilbert@thompsonhorton.com
Frances R. Broussard
State Bar No. 24055218
fbroussard@thompsonhorton.com

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6744
Facsimile: (713) 583-7698

**Attorneys for Defendant Beaumont Independent School District**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on the Plaintiff at the below address by certified mail on October 1, 2014 and addressed as follows:

>Kenneth W. Lewis
>Bush Lewis, PLLC
>595 Orleans Street, Suite 500
>Beaumont, Texas 77701

Christopher B. Gilbert or Frances R. Broussard

634342