IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **CHRISTINE JONES,** § | |
| § | |
| **Plaintiff** § | |
| § | |
| v. § | |
| § | **C.A. No. 1:14-cv-00103** |
| **TAMARA SPIKES and BEAUMONT** § | |
| **INDEPENDENT SCHOOL DISTRICT** § | |
| **POLICE DEPARTMENT,** § | |
| § | |
| **Defendants** § | |

## **ORDER**

On this day, the Court considered the Plaintiff's Opposed Motion to Extend, or in the Alternative, Revise Time for Designating Plaintiff's Expert Witnesses. After consideration of this Motion, as well as the responses filed by Defendant Beaumont Independent School District and Defendant Tamara Spikes, the Court finds that Plaintiff has failed to show good cause for amending the Scheduling Order issued in this case.

According, the Court DENIES Plaintiff's Opposed Motion to Extend, or in the Alternative, Revise Time for Designating Plaintiff's Expert Witnesses.