IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHRISTINE JONES | § § CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § § Magistrate Judge Keith Giblin |
| TAMARA SPIKES and BEAUMONT INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT | § § § § § |

## ORDER

ON THIS DAY came on to be heard the Motion of Plaintiff for Leave to File Second Amended Original Complaint. The Court being of the opinion that such motion should be granted, it is

ORDERED, ADJUDGED and DECREED, that the Plaintiff's Motion for Leave to File Second Amended Original Complaint is hereby GRANTED.