# Exhibit A

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                       BEAUMONT DIVISION

 3    CHRISTINE JONES              )
                                   )
 4    VS.                          )
                                   ) CIVIL NO. 1:14-CV-00103
 5    TAMARA SPIKES AND            )
      BEAUMONT INDEPENDENT         )
 6    SCHOOL DISTRICT POLICE       )
      DEPARTMENT                   )
 7  ************************************************************

 8

 9

10              ORAL AND VIDEOTAPED DEPOSITION OF
                          DONALD JACKSON
11                       January 14, 2015

12

13

14

15  ************************************************************

16       ORAL AND VIDEOTAPED DEPOSITION OF DONALD JACKSON,

17  produced as a witness at the instance of the plaintiff,

18  and duly sworn, was taken in the above styled and

19  numbered cause on January 14, 2015, from 3:34 p.m. to

20  5:21 p.m., before Melissa Girouard, CSR in and for the

21  State of Texas, reported by machine shorthand recording,

22  at the law offices of Bush Lewis, 595 Orleans Street,

23  Suite 500, Beaumont, Texas, pursuant to the Federal

24  Rules of Civil Procedure and the provisions stated on

25  the record or attached therein.
```

|  |  |
|---|---|
| 1 | new officer who had zero experience who came from the |
| 2 | academy to BISD as her first law enforcement job, it's |
| 3 | okay when you're training someone and they make |
| 4 | mistakes, they learn from their mistakes and you proceed |
| 04:55  5 | forward, but this particular officer, she -- and she |
| 6 | remained there.  Her name is Officer Bush.  When she |
| 7 | arrived from the academy and they hired her and I |
| 8 | trained her, trying to train her the proper ways, |
| 9 | procedures that I know about and doing this and where |
| 04:55 10 | the schools are and which direction you're heading, this |
| 11 | particular officer -- I don't know her from Adam prior |
| 12 | to me -- her being assigned to me -- she refused to |
| 13 | participate in the FTO program, meaning when we would be |
| 14 | driving and I'd tell her to go left, she'd say I'm just |
| 04:55 15 | going to go straight. |
| 16 |         You don't tell your training officer that, you |
| 17 | know; but I asked you, quizzing you, okay, where is -- |
| 18 | where is Amelia in relation to where we are and we're at |
| 19 | West Brook. |
| 04:56 20 |         Say, I don't know; I'm going to just -- |
| 21 |         You know, to be defiant like that. |
| 22 |         So, in my -- if you obtain my field training |
| 23 | officer for her, you'll see I wrote an extensive report |
| 24 | explaining how she was not meeting that criteria to be a |
| 04:56 25 | police officer for this school district; and, yet, they |

04:56

04:56

04:57

04:57

04:57

1 kept her.  They put her with someone else, Sergeant
2 Garden, who was not qualified to be a training officer.
3 They put her with him, and he trained her however he
4 trained her.  I don't know.  And to this day she's an
5 officer, but there was no -- as -- at the time Chief
6 Duncan says, well, maybe there was a personality
7 conflict.  There's no personality conflict when I'm not
8 telling you of my preference of a way of doing things.
9 I'm telling you as far as just commonsense laws and
10 procedures that this school district expect you to
11 follow, such as knowing where the schools are in case
12 you have to do the money run; knowing your sense of
13 bearing, north, south, east, and west and when I would
14 quiz her on geographics, oh, she would just completely
15 say, I'm -- I'm not going to talk.
16         And, so, I -- I did a videotape.  She -- she
17 became so defiant in the police car -- I didn't want
18 people to think that I was being biased against her or
19 judgmental -- to where I was able to record her without
20 her -- because she wouldn't look at me and I recorded
21 her for about two or three minutes of just her demeanor
22 of being nonresponsive, not answering questions, not
23 wanting to participate and I sent that video to Chief
24 Duncan and he kept her.  You know, that's -- that's
25 appalling.