IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § § | |
| | § | CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § § | |
| | | Judge Keith Giblin |
| TAMARA SPIKES and | § § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT POLICE | § | |
| DEPARTMENT | § | |

# EXHIBITS TO DOC. 61

## (PLAINTIFF'S SUR-REPLY TO DEFENDANT TAMARA SPIKES' REPLY TO PLAINTIFF'S OPPOSITION TO SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT AND SUPPLEMENTAL MOTION TO DISMISS)

Respectfully submitted,

BUSH LEWIS, PLLC
595 Orleans Street, Suite 500
Beaumont, TX 77701
409/835-3521
409/835-4194 (Fax)

*/s/ Ken Lewis*

By: _____
Kenneth W. Lewis
Ken.L@bushlewis.com
Texas Bar #12295300
Stephen L. Townsend
Stephen.T@bushlewis.com
Texas Bar #24071539

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

 I certify that a true and correct copy of the above and foregoing has been served on all counsel of record through the Court's electronic filing system, this 4th day of February, 2015.

_____
Kenneth W. Lewis