# EXHIBIT 2

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                       BEAUMONT DIVISION
 4   CHRISTINE JONES                 )
                                     )
 5        Plaintiff,                 )
                                     )
 6   VS.                             )  C.A. NO. 1:14-CV-00103
                                     )
 7   TAMARA SPIKES AND BEAUMONT      )
     INDEPENDENT SCHOOL DISTRICT     )
 8   POLICE DEPARTMENT               )
                                     )
 9        Defendants.                )
10
11   *************************************************
                ORAL AND VIDEOTAPED DEPOSITION OF
12
                     CHRISTINE BRADLEY JONES
13
                        December 4, 2014
14   *************************************************
15
16        ORAL AND VIDEOTAPED DEPOSITION of CHRISTINE BRADLEY
17   JONES, produced as a witness at the instance of the
18   Defendant, and duly sworn, was taken in the above-styled
19   and numbered cause on the 4th of December, 2014, from
20   10:11 a.m. to 3:16 p.m., before Dianna L. Edwards, CSR
21   in and for the State of Texas, reported by machine
22   shorthand at the offices of BUSH LEWIS, P.L.L.C., 595
23   Orleans Street, Suite 500, Beaumont, Texas, pursuant to
24   the Federal Rules of Civil Procedure and the provisions
25   stated on the record or attached hereto.
```

```
10:26:42

10:27:01

10:27:13

10:27:33

10:27:47
```

1  Spikes was a police officer.
2       A.   Yes.
3       Q.   And is that -- papers were served on you in
4  the case where you are a defendant?
5       A.   Yes.
6       Q.   Okay.  Not -- not specifically this case that
7  we're here about today but another case in Beaumont.
8       A.   Yes.
9       Q.   Okay.  And you understand that at -- that at
10 this time there's two different cases going on, right?
11      A.   Yes.
12      Q.   Okay.  And in the other case is when -- when
13 you were served with those papers is the first time you
14 were able to -- to determine that Officer Spikes was a
15 police officer.
16      A.   Yes.
17      Q.   Did you doubt that she was a police officer?
18      A.   I never thought that she was a police officer.
19      Q.   Never heard that she was?
20      A.   Never heard that she was.
21      Q.   Did you believe she was a police officer?
22      A.   No, I did not.
23      Q.   So, from May the 3rd of 2013 until you were
24 served with papers, you had no understanding that
25 Officer Spikes was a police officer.

|   |   |    |   |
|---|---|----|---|
|   | 1 | A. | Correct. |
|   | 2 | Q. | You were arrested and taken to jail. |
|   | 3 | A. | Correct. |
|   | 4 | Q. | Do you know what you were charged with? |
| 10:27:57 | 5 | A. | I was never verbally told what I was being charged with even after I asked what I was being charged with. |
|   | 8 | Q. | Okay. At the police station were you told? |
|   | 9 | A. | No. |
| 10:28:09 | 10 | Q. | Did you ever know what charges were being considered against you? |
|   | 12 | A. | When I got booked, that's when I found out what the charges were. |
|   | 14 | Q. | And what were the charges when you got booked? Do you remember? |
|   | 16 | A. | It was a misdemeanor and a felony assault. |
|   | 17 | Q. | Okay. Felony assault of a police officer? |
|   | 18 | A. | It just said felony assault. |
|   | 19 | Q. | When -- when Officer Spikes -- and we'll talk more about this in a minute. But when she had her gun out, you didn't know she was a police officer? |
|   | 22 | A. | No. |
|   | 23 | Q. | Did you believe her to be a police officer at that time? |
| 10:28:52 | 25 | A. | No. |

|  |  |  |
|---|---|---|
| 1 | A. | No. |
| 2 | Q. | Do you know if they have guns? |
| 3 | A. | No. |
| 4 | Q. | So, you don't know anything about Beaumont ISD |

11:21:50
5  Policemen uniforms?
6     A.   No.
7     Q.   Do you know any Beaumont ISD Policemen?
8     A.   No.
9     Q.   Have you ever talked with any Beaumont ISD
11:21:58 10 Policemen prior to May of 2013?
11    A.   Other than saying "Hi."
12    Q.   Okay. You told me earlier that you weren't
13 told by anybody what you were charged with until you
14 were at -- was that at the police station?
11:22:20 15 A.   At the jail.
16    Q.   At the jail?
17    A.   (Nods head up and down.)
18    Q.   And they told you that you were being charged
19 with felony assault?
11:22:30 20 A.   Yes.
21    Q.   But they didn't give you any more information
22 than that?
23    A.   No.
24    Q.   Who was it that said that? Do you remember?
11:22:37 25 A.   No.

```
                 1    Q.   It wasn't Officer Spikes?

                 2    A.   No.

                 3    Q.   Was there another officer that went with y'all

                 4  to the police station?

11:22:45         5    A.   Yes.

                 6    Q.   Do you know who that is?

                 7    A.   No.

                 8    Q.   Was it that other officer that told you what

                 9  the charge was?

11:22:52        10    A.   No.

                11    Q.   Did they also tell you that you were charged

                12  with failure to identify?

                13    A.   No.

                14    Q.   Anything besides felony assault?

11:23:20        15    A.   Let me back up.  You said "they."  Who you

                16  mean by "they."

                17    Q.   Well, you said you were told by somebody at

                18  the jail.

                19    A.   At the jail.

                20    Q.   So, that's who I'm talking about right now.

                21    A.   That's who we talking about, the jail?

                22    Q.   Yes.

                23    A.   Yes.  The jail told me that I was being

                24  charged with a misdemeanor and felony assault.

11:23:37        25    Q.   Did they tell you what the misdemeanor was?
```

```
 1  car?
 2       A.  My husband bought the car for our daughter.
 3       Q.  Okay.  The one that is now 19?
 4       A.  Yes.
 5       Q.  Okay.  Why were you driving it that day?
 6       A.  It was in the driveway blocking my car.  What
 7  else can I say?
 8       Q.  All right.  You had to go get the kids, and
 9  that's --
10       A.  Yes.
11       Q.  -- the one that was available.
12       A.  Yes.
13       Q.  Okay.  Was it used?
14       A.  No.
15       Q.  It was brand-new?
16       A.  Yes.
17       Q.  Did it have any damage on it?
18       A.  No.
19       Q.  On May the 1st, 2013, did it have any damages
20  on it?
21       A.  There was like little black marks on it; but
22  other than that, there was not no dents or anything on
23  the car.
24       Q.  There were little black marks on it before
25  this --
```

Timestamps: 12:01:30 (line 5), 12:01:48 (line 15), 12:02:00 (line 20), 12:02:13 (line 25)

```
 1        A.    Yes.
 2        Q.    -- incident?
 3        A.    Yes.
 4        Q.    You brought it brand-new.
 5        A.    Right.
 6        Q.    But there were black marks on the vehicle
 7   prior to the incident that we're here about?
 8        A.    Yes.
 9        Q.    What happened?
10        A.    I don't know.
11        Q.    When did you first notice that there were
12   black marks on it?
13        A.    When he brought it home.
14        Q.    Your husband brought it home from buying it --
15        A.    Yes.
16        Q.    -- and it had black marks on it?
17        A.    Uh-huh.
18        Q.    Any other marks on it, scratches on it,
19   anything?
20        A.    No.
21        Q.    Did you ask your husband why he bought a
22   brand-new car that had scratches on it?
23              MR. TOWNSEND:  Objection; form.
24        A.    No.
25        Q.    (BY MR. BYROM)  Would you buy a brand-new car
```

|  |  |  |
|---|---|---|
| 1 | A. | I noticed her attitude. |
| 2 | Q. | Okay. |
| 3 | A. | And -- |
| 4 | Q. | And -- |
| 12:25:01  5 | A. | I looked to see -- I'm like "Who is this?" And I looked and saw the name tag said "Spikes." |
| 7 | Q. | Okay. |
| 8 | A. | That's the only thing I -- I was able to identify on her. |
| 12:25:13  10 | Q. | How else besides -- besides seeing her name tag, what else did you see about her clothing? |
| 12 | A. | I didn't notice anything else about her clothing. |
| 14 | Q. | Was she wearing a blue uniform? |
| 12:25:24 15 | A. | I didn't notice. |
| 16 | Q. | And you didn't notice that it was a police uniform? |
| 18 | A. | I didn't notice. |
| 19 | Q. | Now you know it was a police uniform, right? |
| 12:25:32 20 | A. | Yes. |
| 21 | Q. | Did you notice her badge? |
| 22 | A. | I didn't notice a badge. |
| 23 | Q. | Did you notice any gun? |
| 24 | A. | I didn't notice a gun. |
| 12:25:40 25 | Q. | Even without seeing all that, did you have any |

|  |  |  |
|---|---|---|
|  | 1 | Q. Did you ever provide it to her? |
|  | 2 | A. No. |
|  | 3 | Q. Why not? |
|  | 4 | A. I asked her what the problem was, and she |
| 12:36:50 | 5 | became more irate, and then she walked to the top of my |
|  | 6 | vehicle and radioed in. |
|  | 7 | MR. BYROM: For purposes of the record, |
|  | 8 | I'm going to object that that's not responsive to my |
|  | 9 | question. |
| 12:37:00 | 10 | Q. (BY MR. BYROM) My question to you is: Why |
|  | 11 | didn't you give her your driver's license? |
|  | 12 | A. Because she walked away from me. |
|  | 13 | Q. Is that the only reason you didn't give it to |
|  | 14 | her? |
| 12:37:08 | 15 | A. Yes. |
|  | 16 | Q. Did she ever tell you not to move your car? |
|  | 17 | A. No. |
|  | 18 | Q. Did you see her walk toward the front of your |
|  | 19 | car? |
| 12:37:21 | 20 | A. Yes. |
|  | 21 | Q. What was she doing? Do you know? |
|  | 22 | A. She was on her radio, and she was trying to |
|  | 23 | look at the tags. |
|  | 24 | Q. Do you know why? |
| 12:37:27 | 25 | A. No. |

| | | |
|---|---|---|
| 1 | Q. | Okay. |
| 2 | A. | And she points to him -- |
| 3 | Q. | Okay. So, she -- |
| 4 | A. | -- to the window. |
| 14:05:04  5 | Q. | You didn't hear what she said. |
| 6 | A. | No, I did not. |
| 7 | Q. | Okay. When was the next time you saw her? |
| 8 | A. | When I got out and walked to the car, she was in the car with me. |
| 14:05:14  10 | Q. | Okay. Did you hear her say anything? |
| 11 | A. | No. |
| 12 | Q. | Did you ever say anything to her? |
| 13 | A. | No. |
| 14 | Q. | After that time when you're in the car together, did you ever see her again -- |
| 16 | A. | No. |
| 17 | Q. | -- before H-E-B? |
| 18 | A. | No. |
| 19 | Q. | At the scene after you were up off the ground, did you see her walking around? |
| 21 | A. | No. |
| 22 | Q. | You didn't see her move at all? |
| 23 | A. | No. |
| 24 | Q. | So, you couldn't say one way or the other whether she appeared to be injured or not? |

```
 1      A.   No, because I was being walked across and put
 2   into the back of that car.
 3      Q.   But -- but you couldn't tell whether she was
 4   injured or not?
 5      A.   When she was in front of me, she was not.  The
 6   fire department had come, and the firemen asked her was
 7   she hurt, and she said "no" to him.
 8      Q.   You heard her say that?
 9      A.   I heard her say "no."
10      Q.   Okay.  Well, I asked you a while ago if you
11   heard her say anything.  When was that?
12      A.   Well, you asked me if I heard her say anything
13   else.
14      Q.   Okay.
15      A.   And I said I did not recall her saying
16   anything, but I did recall someone asking "What did
17   you" -- "What are you going to charge her with?"
18      Q.   Okay.  Well, when in all this sequence of
19   events did you hear her tell the fire department that
20   she was okay?
21      A.   When they put me in the back of the car.
22      Q.   Okay.  So, she told the fire department --
23   what you understood is she told the fire department she
24   was okay.  You had told an officer you were okay.
25      A.   I told him -- he asked if I was physically
```

```
                                                              15:14:52
                                                              15:15:12
                                                              15:15:25
                                                              15:15:42
                                                              15:16:02
```

1  Beginning of tape number 5.  Time is 3:14.
2                    EXAMINATION
3  BY MR. TOWNSEND:
4      Q.   Ms. Jones, on the day of the incident, what
5  was your opinion then, on that day, on whether you hit
6  Officer Spikes?
7           MR. BYROM:  Objection; form.
8      A.   I -- I didn't hit Officer Spikes.  In watching
9  the video, she reacts as though she's been hit.
10          MR. TOWNSEND:  Okay.  That's -- that's
11 the only question I have.  I pass the witness.
12                   REEXAMINATION
13 BY MR. BYROM:
14     Q.   Ms. Jones, tell me every piece of information
15 you have that would indicate that Ms. Spi -- that
16 Officer Spikes was not hit by your vehicle, every piece
17 of evidence you know.
18     A.   Every piece of evidence that I know?
19     Q.   That would indicate that she was not hit by
20 your vehicle.
21     A.   My mirror was still sticking out on the side;
22 and when I -- all I did was turn my head and turn
23 around, and she's already claiming that she got hit.
24     Q.   Anything else?
25     A.   No.