# EXHIBIT 3

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                     BEAUMONT DIVISION

 3   CHRISTINE JONES               )
                                   )
 4   VS.                           )
                                   ) CIVIL NO. 1:14-CV-00103
 5   TAMARA SPIKES AND             )
     BEAUMONT INDEPENDENT          )
 6   SCHOOL DISTRICT POLICE        )
     DEPARTMENT                    )
 7   ***********************************************************

 8

 9

10           ORAL AND VIDEOTAPED DEPOSITION OF
                      DONALD JACKSON
11                   January 14, 2015

12

13

14

15   ***********************************************************

16      ORAL AND VIDEOTAPED DEPOSITION OF DONALD JACKSON,

17   produced as a witness at the instance of the plaintiff,

18   and duly sworn, was taken in the above styled and

19   numbered cause on January 14, 2015, from 3:34 p.m. to

20   5:21 p.m., before Melissa Girouard, CSR in and for the

21   State of Texas, reported by machine shorthand recording,

22   at the law offices of Bush Lewis, 595 Orleans Street,

23   Suite 500, Beaumont, Texas, pursuant to the Federal

24   Rules of Civil Procedure and the provisions stated on

25   the record or attached therein.
```

|  |  |
|---|---|
| 1 | A. I don't recall. |
| 2 | Q. Do you remember where Officer Spikes and |
| 3 | Officer Custer were? |
| 4 | A. They were nearby standing. |
| 04:03  5 | Q. Did -- did either of them have a hand on her at |
| 6 | that point in time? |
| 7 | A. I know someone was tending or aiding to the |
| 8 | lady, but I don't remember who because she wasn't laying |
| 9 | there by herself. I remember somebody was with her, but |
| 04:03 10 | I don't remember which officer it was. |
| 11 | Q. Do you remember anybody -- any officers besides |
| 12 | Custer and Spikes being there when you arrived? |
| 13 | A. Not when I initially arrived. |
| 14 | Q. Okay. And do you remember seeing any other |
| 04:04 15 | officers come up? |
| 16 | A. I don't recall any other officers, police |
| 17 | officers being there. |
| 18 | Q. Okay. |
| 19 | A. I believe there was a public safety officer |
| 04:04 20 | there. |
| 21 | Q. What's a public safety officer? |
| 22 | A. It's like a security guard. Seemed like I |
| 23 | remember a security guard being -- his name is -- I |
| 24 | can't recall his name. He's a white male. He works |
| 04:04 25 | there all the time. |

```
 1        Q.   Did you -- did you or anybody else help the
 2   prisoner to her feet?
 3        A.   Yes.  I -- I did, and I believe Officer Custer
 4   assisted me placing her in a marked BISD police car in
 5   the backseat.
 6        Q.   Did the prisoner say anything to you, that you
 7   remember?
 8             MS. KALCHTHALER:  Objection, form.
 9             It's okay.  You can answer.  We -- as
10   Mr. Lewis mentioned, we'll do that from time to time.
11        Q.   (BY MR. LEWIS) Did the lady with the handcuffs
12   on say anything to you, that you remember?
13        A.   Not that I can recall.
14        Q.   Do you remember her asking why she was
15   arrested?
16        A.   Not to me.  I think she --
17        Q.   Did you remember -- did you hear her say that
18   to anybody?
19        A.   I remember -- seems like I remember her saying,
20   what did I do.
21        Q.   Did --
22        A.   But she wasn't asking me that.
23        Q.   Did you hear anybody answer her?
24        A.   No, sir.
25        Q.   Did you hear anybody tell her she was under
```

```
 1  arrest?
 2       A.  No, sir.
 3       Q.  Did you hear anybody tell her what she was
 4  charged with, if anything?
 5       A.  No, sir.
 6       Q.  Were -- did you hear any conversations between
 7  any police officers while you were there?
 8       A.  Yes, sir.
 9       Q.  Tell me about that.
10       A.  I was involved in the conversation with myself
11  and Officer Spikes and Sergeant Hall.  They were --
12  they -- when I say they, I mean Spikes and Hall -- were
13  looking to me for guiding -- guidance, as they often do.
14  They being the -- the department as a whole always
15  counted on me to answer the law enforcement questions
16  since I had so many experiences in the real world.
17       Q.  And who asked you what?
18       A.  Seemed like I recall Officer Spikes asking
19  me -- she didn't ask me that first, though.  Let me back
20  up.
21           I don't recall them asking me anything.
22       Q.  Were -- did you hear any discussion between any
23  of the officers there?
24       A.  Yes.
25       Q.  What did you hear?
```

|  |  |
|---|---|
| 1 | A. Officer Spikes was complaining to Sergeant Hall |
| 2 | that the lady in handcuffs in the backseat of the police |
| 3 | car had struck her, Officer Spikes, with her vehicle |
| 4 | after she asked her to move and that -- Officer Spikes |
| 04:07  5 | told Sergeant Hall in front of me that the lady mirror |
| 6 | hit her backside and she was in pain. |
| 7 | Q. When you got to the scene, was Officer Spikes |
| 8 | standing up? |
| 9 | A. Yes, sir. |
| 04:08 10 | Q. Did she ever limp while you were there? |
| 11 | A. Not that I can recall. |
| 12 | Q. Did you see any injuries on her that you could |
| 13 | identify as injuries? |
| 14 | A. No, sir. |
| 04:08 15 | Q. Did Officer Spikes indicate to any of the |
| 16 | officers there where she was when she was supposedly |
| 17 | struck by the car? |
| 18 | A. Standing next to it. She -- she gave a |
| 19 | dialogue as to what happened. |
| 04:08 20 | Q. Okay. And did she say which side of the car |
| 21 | she was standing on? |
| 22 | A. Based on the description she gave, she would |
| 23 | have been standing on the driver's side. |
| 24 | Q. Okay. |
| 04:08 25 | A. That's a two-lane driveway. |

```
                1    some type of SUV, if I remember.  And Officer Spikes
                2    stated that she was standing on the driver's side of
                3    that SUV, which means, because it's a two-lane, one way
                4    two lanes, she would have been -- to the right of Spikes
04:10           5    would have been a car and to the left of Spikes would
                6    have been that -- Ms. Jones' vehicle, if she would have
                7    been between the two lanes of traffic as they're coming
                8    towards her.
                9         Q.   Okay.  And based on the description that
04:10          10    Officer Spikes gave at that time, was it your
               11    understanding that there was a vehicle to the right?
               12         A.   It's not uncommon because I have done the same
               13    thing before.  I have directed traffic as she was doing
               14    numerous times.
04:10          15         Q.   And -- and did Officer Spikes indicate that
               16    this person steered her vehicle into her?
               17         A.   She didn't indicate that it was steered into
               18    her.  She indicated that it was driven into her.
               19    Steering would be more like an adverse action of
04:10          20    steering.  She didn't indicate it was steering.
               21         Q.   Okay.  And -- and you heard her tell that to
               22    who?
               23         A.   Sergeant Hall, her -- her and my immediate
               24    supervisor.
04:11          25         Q.   And did you see her make a telephone -- Officer
```

```
 1        Q.   And then you later had a conversation with
 2   Officer Spikes?
 3        A.   Well, as far as -- I didn't have a conversation
 4   with Officer Spikes as to what she should or should not
 5   charge the lady with.  I didn't tell her what she should
 6   or shouldn't.
 7        Q.   But Officer Hall did?
 8             MS. KALCHTHALER:  Objection, form.
 9        Q.   (BY MR. LEWIS) Is that correct?  Did Officer
10   Hall have a conversation with her about what to charge
11   Mrs. Jones with?
12        A.   I'm not sure.  I had a conversation with
13   Sergeant Hall --
14        Q.   Yes.
15        A.   -- about what I would do or wouldn't do and by
16   me giving that arrest title -- I call it an arrest
17   title -- aggravated assault, that's not what I would
18   have done, but that would be the charge that would fit
19   the situation based on what was told to me.  There's a
20   difference.
21        Q.   And that would be assuming that the vehicle was
22   intentionally driven into Officer Spikes?
23        A.   Correct.  But she --
24        Q.   Go ahead.
25        A.   She was transported -- I think she was
```