# EXHIBIT 5

CAUSE NO. 298262

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| VS. | § | AT LAW NUMBER TWO |
| Christine Jones | § | JEFFERSON COUNTY, TEXAS |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, the State of Texas, by and through her attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action for the reason:

\_\_\_\_\_ The Defendant was convicted in another case;

\_\_\_\_\_ The Defendant pled guilty or no contest in another charge;

\_\_\_\_\_ The Complaining Witness has requested dismissal;

\_\_\_\_\_ The Case has been re-filed;

\_\_\_\_\_ The Defendant has pled in the Justice of the Peace Court;

\_\_\_\_\_ Interests of Justice

✓ Insufficient Evidence

\_\_\_\_\_ Missing Witness(es)

\_\_\_\_\_ Defendant Deceased

\_\_\_\_\_ Other:

And for cause would show the Court the following:

Wherefore, it is prayed that the above entitled and numbered cause be DISMISSED.

Assistant Criminal District Attorney of Jefferson County, Texas

### ORDER

The foregoing motion having been presented to me on this the 20 day of November, 20 13, and the same having been considered, is therefore ORDERED, ADJUDGED AND DECREED that the said above entitled and numbered cause be and the same is hereby DISMISSED.

JUDGE OF THE COUNTY COURT NO. 2, JEFFERSON COUNTY, TEXAS

