# EXHIBIT 6

```
 1                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF TEXAS
 2                           BEAUMONT DIVISION

 3      CHRISTINE JONES                )
                                       )
 4      VS.                            )
                                       ) CIVIL NO. 1:14-CV-00103
 5      TAMARA SPIKES AND              )
        BEAUMONT INDEPENDENT           )
 6      SCHOOL DISTRICT POLICE         )
        DEPARTMENT                     )
 7      ***********************************************************

 8

 9

10
                     ORAL AND VIDEOTAPED DEPOSITION OF
11                              JADA DAY
                             January 14, 2015
12

13

14

15      ***********************************************************

16          ORAL AND VIDEOTAPED DEPOSITION OF JADA DAY, produced

17      as a witness at the instance of the plaintiff, and duly

18      sworn, was taken in the above styled and numbered cause

19      on January 14, 2015, from 2:23 p.m. to 3:21 p.m., before

20      Melissa Girouard, CSR in and for the State of Texas,

21      reported by machine shorthand recording, at the law

22      offices of Bush Lewis, 595 Orleans Street, Suite 500,

23      Beaumont, Texas, pursuant to the Federal Rules of Civil

24      Procedure and the provisions stated on the record or

25      attached therein.
```

```
 1      A.  Correct.
 2      Q.  And by 15:49 on Exhibit 2 you've been notified
 3  that Custer is back on duty in his personal vehicle,
 4  under police information, right?
 5      A.  Correct.
 6      Q.  By you I mean dispatch.
 7      A.  I understand, yes, sir.
 8      Q.  Okay.  So, based on these documents, Officer
 9  Spikes arrived at Vincent Middle School at 15:40; and by
10  15:48 she's reporting that she's been struck by a
11  vehicle and asking for backup?
12      A.  Correct.
13      Q.  And in response -- one, two, three, four, five,
14  six -- seven additional officers came to the Vincent
15  Middle School to assist in whatever situation Officer
16  Spikes was faced with, correct?
17      A.  Yes, sir, correct.
18      Q.  And the Beaumont Police Department asked if its
19  assistance was needed, correct?
20      A.  I'm not aware of that.
21      Q.  Well, if we look at -- let's see -- at
22  Exhibit 1, it says, "at 15:50 BPD was advised to call
23  EMS."  Then at 15 -- "At 13:53 dispatch called EMS and
24  told them to disregard.  They would continue rolling
25  that way nonemergency.  Beaumont PD called and asked if
```