# EXHIBIT 8



**Beaumont I.S.D**
**Police Department**
**OFFENSE REPORT**
1025 WOODROW, BEAUMONT, TX, 77705
PHONE: (409)617-7001  FAX: (409)617-7014  BISDPD@BEAUMONT.K12.TX.US

| LOCATION OF OCCURRENCE / ADDRESS | DATE / TIME REPORTED | CASE NO |
|---|---|---|
| VINCENT MIDDLE SCHOOL / 350 ELDRIDGE STREET, BEAUMONT, TX | 05/02/2013 16:49 | 13-0297 |

ma'am how are you today?" Without looking my way, Mrs Jones dryly replied and said, "I'm fine, how are you?" I replied, " I'm good, thank you." I then said to Mrs Jones, "Ma'am, I'm not sure if your new here at Vincent Middle School or not, but there are no left hand turns." "The officer prior to me enforced these rules and it works well for every one." Mrs. Jones said, "all right." I then said, "thank you and have a nice day." Mrs Jones replied, "you too".

At that time, I noticed Mrs Jones was parked blocking several cars that were in parking lanes to her right. I then asked her if she could move forward so the cars would not be blocked. Mrs Jones said OK, but did not comply. I then said, "ma'am, please move forward, it is illegal to block these cars in." Mrs Jones then stated, I'll move when that white Ford moves, he went into the school." The white Ford was parked on the proper lane and was not blocking any vehicles, I attempted explain this to Mrs Jones. Mrs Jones then explained to me that I did not understand and that she would not move until the white Ford moved. I told Mrs Joes that I did understand, and I asked her to move forward again. I also explained to her that there was plenty of space for her to move forward so that no one would be blocked. Again Mrs Jones refused to comply.

At that time I asked Mrs Jones for her drivers license and proof of insurance. There was a long pause, and I asked again. Mrs Jones completely ignored me and rolled her windows up. Once again I asked for a drivers license and proof insurance and once more Mrs Jones ignored me and refused to comply. I then stepped several feet in front of Mrs Jones's vehicle to read her license plate. Mrs Jones moved forward, a short distance and very quickly. I then looked at Mrs Jones and said, "do not move." at that time I heard the gears shift in the vehicle, so I approached the vehicle on the left side to read the VIN number. (there were dealers tags still in place on Mrs Jones's vehicle) While attempting to read the tags I asked for dispatched to send me some assistance. At that moment Mrs Jones began to roll down her window, and yelled, "I want to speak with your supervisor.' I said, " OK and give me your drivers license." I then told dispatch to send me help right away. Immediately, Mrs Jones put the car in drive, turned her steering wheel towards me( to the left) and struck me, causing me to fall to the ground. After hitting me Mrs Jones continued to drive forward. During that time the attendance clerk, (b/f Douglas,Devita)at Vincent Middle School was on the other side of the car pleading with Mrs Jones, asking her to stop the vehicle and please get out. After I rose from being struck to the ground by Mrs Jones, I followed.

I then called out on my radio,( at approximately 1600 hours) "She just hit me, she just hit me with her car!" "Send me some help! Send me some help!" Dispatch responded, "OK, they are on there way".

While approaching the car again, I drew my duty weapon and demanded Mrs Jones exit the car several times. Mrs. Jones refused to comply and ignored my orders. (Ms Douglas was still pleading with Mrs Jones to listen to the officer, and please get out). While attempting to get Mrs Jones to comply, I saw her reach into her purse with her right hand, the purse was in the passenger seat. I walked closer to the vehicle at an angle, and demanded again for Mrs Jones to put her hands up and exit the vehicle. At that time, officer Matthew Custer pulled up (facing Mrs Jones) Officer Custer drew his duty weapon and also demanded for Mrs Jones to exit the vehicle. Mrs Jones still did not comply until several more demands from myself and officer Custer. (Ms Douglas was still on the side of the passenger window pleading with Mrs Jones to listen).

Finally Mrs Jones opened the door to her vehicle, officer Custer and I demanded that she step out. Mrs Jones refused to move. At that time I re holstered my weapon and assisted Mrs Jones to the ground. Officer Custer re holstered his weapon and assisted me in the dentition of Mrs Jones. While

| REPORTING OFFICER SPIKES, TAMARA | REVIEWED BY MOORE, DANNY | APPROVAL DATE 05/20/2013 | |
|---|---|---|---|
| SIGNATURES | PRINT DATE AND TIME 07/09/2013 09:14 | PRINTED BY WELLS, TERESA | PAGE NO. 2 of 3 |

BISD 0002



**Beaumont I.S.D**
**Police Department**
**OFFENSE REPORT**
1025 WOODROW, BEAUMONT, TX, 77705
PHONE: (409)617-7001  FAX: (409)617-7014  BISDPD@BEAUMONT.K12.TX.US

| LOCATION OF OCCURRENCE / ADDRESS | DATE / TIME REPORTED | CASE NO. |
|---|---|---|
| VINCENT MIDDLE SCHOOL / 350 ELDRIDGE STREET, BEAUMONT, TX | 05/02/2013 16:49 | 13-0297 |

on the ground, officer Custer and I demanded that Mrs Jones give us her arms; she refused. Again we demanded that Mrs Jones give us her arms. ( While on the ground, Mrs Jones said,"Ma'am this is not really necessary".) Mrs Jones put her arms on her side and Officer Custer and I restrained Mrs Jones, assisted her to her feet and escorted her to my duty patrol unit.

Mrs Jones was taken to the Jefferson County Correctional Facility, by myself and Officer Steven Rivers. I was not able to drive at that time because of the injuries that were sustained during the assault.

| REPORTING OFFICER | REVIEWED BY | | APPROVAL DATE | |
|---|---|---|---|---|
| SPIKES, TAMARA | MOORE, DANNY | | 05/20/2013 | |
| SIGNATURES | | PRINT DATE AND TIME | PRINTED BY | PAGE NO. |
| | | 07/09/2013 09:14 | WELLS, TERESA | 3 of 3 |

BISD 0003