# EXHIBIT 9

# JEFFERSON COUNTY

J.P. __N/A__

THE STATE OF TEXAS
THE COUNTY OF JEFFERSON

__x__ AFFIDAVIT FOR ARREST WARRANT
____ CLASS C OFFENSE REPORT

NCIC
J.P.
CITY
JCSO

The undersigned affiant, a **PEACE OFFICER** under the laws of **TEXAS** and being duly sworn, on oath, makes the following statements and accusations: 1. It is the belief of **AFFIANT**, and he hereby charges and accuses, that on or about **5/2/2013**, at **1600 hours**, arrested the person named below, at **350 Eldridge, Jefferson County, Texas.**

| | | | | | |
|---|---|---|---|---|---|
| NAME (LAST, FIRST, MIDDLE): Jones, Christine | | | DATE OF BIRTH: 9/29/1968 | PLACE OF BIRTH: | Citizenship: U.S. |
| ALIAS NAME (LAST, FIRST, MIDDLE): | | | Address (Street or Road) City, State, Zip: 9455 Gross, Beaumont, Tx. 77707 | | |
| SEX: F | RACE: B | HGT: | WGT: lbs. | EYES: BRO | HAIR: BLK |
| SKIN TONE: MBR | SOCIAL SECURITY NUMBER: 460-71-878 | | MISC NO: | Arresting Agency ORI No: 1232100 | Name: Beaumont I.S.D Police |
| DRIVERS LICENSE NO: | | STATE: | Type: | ID Card No: | State: |

| No | Degree | Offense Code | Description | Statute Citation | Case Number |
|---|---|---|---|---|---|
| 1 | F1 | 131500011 | Agg Assault Against Public Servant | 22.02(b)(2)(B) | 13-0297 |
| 2 | MB | 48990007 | Fail to Identify Giving false/Fictitious info | 38.02(b) | 13-0297 |
| 3 | | | | | |

**Affiant has probable cause for said belief by reason of the following facts:**

On 5/2/2013, @ approx 1600hrs, I, Officer Spikes, while in uniform, was directing traffic at Vincent M/S. I approached a vehicle driven by Christine Jones and told her not to make a left turn. As she was blocking the other vehicles, I asked her to move forward and she refused. I asked again for her to move and she again refused. I asked for her ID and she rolled up her windows. I asked again for her ID and she rolled down her window, but turned her vehicle into me, striking me. The vehicle struck my left forearm and rolled me chest first into the vehicle then it pushed me off on my right side. I rose and ordered Ms. Jones from the vehicle and she refused. I then drew my service weapon and ordered her out and she refused again. At this time Office Custer arrived and also drew his weapon. At this point she exited the vehicle and was combative. Officer Custer and I then wrestled her to the ground and placed her under arrest.

Wherefore, Affiant asks for issuance of an arrest warrant that will authorize him to arrest the above-described person.

_____
Affiant (signature)

Patrol, Beaumont I.S.D, P.D.
(print rank, name, and agency)

Subscribed and Sworn to before me by said
Affiant on this the __2__ day of __May__, 2013.

Notary public in and for the state of Texas

The State of Texas

PAMELA A. HAWTHORNE
Notary Public State of Texas
My Commission Expires
DECEMBER 6, 2015

To any peace Officer of the State of Texas, GREETINGS:
YOU ARE COMMANDED to take the body of _____ to answer the State of Texas for an offense against the laws of said State, to-wit: _____ Of which offense he is accused by the written affidavit of _____
Witness my signature on the _____ day of _____ 200__

Magistrate Office
Bond $_____ Release on Personal Recognizance Bond at _____ O'clock ___m on _____ day of _____ 200__

**BISD 0011**