# EXHIBIT 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE EASTERN DISTRICT OF TEXAS

 3                        BEAUMONT DIVISION

 4   CHRISTINE JONES                )
                                    )
 5            Plaintiff,             )
                                    )
 6   VS.                            )   C.A. NO. 1:14-CV-00103
                                    )
 7   TAMARA SPIKES AND BEAUMONT     )
     INDEPENDENT SCHOOL DISTRICT    )
 8   POLICE DEPARTMENT              )
                                    )
 9            Defendants.           )

10


11       *********************************************
                ORAL AND VIDEOTAPED DEPOSITION OF
12
                     CHRISTINE BRADLEY JONES
13
                         December 4, 2014
14       *********************************************

15


16       ORAL AND VIDEOTAPED DEPOSITION of CHRISTINE BRADLEY

17   JONES, produced as a witness at the instance of the

18   Defendant, and duly sworn, was taken in the above-styled

19   and numbered cause on the 4th of December, 2014, from

20   10:11 a.m. to 3:16 p.m., before Dianna L. Edwards, CSR

21   in and for the State of Texas, reported by machine

22   shorthand at the offices of BUSH LEWIS, P.L.L.C., 595

23   Orleans Street, Suite 500, Beaumont, Texas, pursuant to

24   the Federal Rules of Civil Procedure and the provisions

25   stated on the record or attached hereto.
```

|  |  |
|---|---|
| 1 | A. I don't know. |
| 2 | Q. Was it the next day or the next month or the |
| 3 | next year? |
| 4 | A. It was within that time. |
| 12:32:25  5 | Q. Did Officer Spikes ever ask you for your |
| 6 | driver's license or identification? |
| 7 | A. She asked for my driver's license. |
| 8 | Q. Was that during the first conversation or |
| 9 | after? |
| 12:32:34 10 | A. No. That was after. |
| 11 | Q. Okay. Let's just finish the first |
| 12 | conversation. You've told me two things she said to |
| 13 | you; and you've told me twice you said "Okay," right? |
| 14 | A. "Okay. I understood what she was saying." |
| 12:32:46 15 | Q. I'm sorry. "Okay. I understood." And you |
| 16 | were telling her you understood what she was saying. |
| 17 | A. Yes. |
| 18 | Q. Is that the end of that first conversation? |
| 19 | A. Yes. |
| 12:32:55 20 | Q. Okay. Did you move your car? |
| 21 | A. No. |
| 22 | Q. When did the second conversation occur? |
| 23 | A. When she approached me. |
| 24 | Q. Okay. Did you see her walking toward the car? |
| 12:33:06 25 | A. No. |