# EXHIBIT 2

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                         BEAUMONT DIVISION

CHRISTINE JONES              )
                             )
VS.                          )
                             ) CIVIL NO. 1:14-CV-00103
TAMARA SPIKES AND            )
BEAUMONT INDEPENDENT         )
SCHOOL DISTRICT POLICE       )
DEPARTMENT                   )
***********************************************************
```

ORAL AND VIDEOTAPED DEPOSITION OF
DANNY RAY MOORE
February 4, 2015

***********************************************************

ORAL AND VIDEOTAPED DEPOSITION OF DANNY RAY MOORE, produced as a witness at the instance of the plaintiff, and duly sworn, was taken in the above styled and numbered cause on February 4, 2015, from 2:32 p.m. to 3:38 p.m., before Melissa Girouard, CSR in and for the State of Texas, reported by machine shorthand recording, at the law offices of Bush Lewis, 595 Orleans Street, Suite 500, Beaumont, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached therein.

```
 1      Q.  And is that consistent with what she told you
 2  before she wrote this down?
 3      A.  Yes.
 4      Q.  And she noted in her statement and what she
 5  told you orally that Officer Spikes loudly told
 6  Ms. Jones to move her car several times, right?
 7      A.  Yes.
 8              MS. KALCHTHALER:  Objection, form.
 9      Q.  (BY MR. LEWIS) And did she also indicate that
10  Ms. Jones had her cell phone out before she ever moved
11  the car?
12              MS. KALCHTHALER:  Objection, form.
13      A.  I believe she was on the phone trying to call
14  somebody, yes.
15      Q.  (BY MR. LEWIS) And that was before the car was
16  ever moved, right?
17      A.  Yes.
18      Q.  And did she also indicate that it was her
19  belief, from what she saw, that Mrs. Jones didn't
20  intentionally hit Officer Spikes with her car?
21      A.  In her opinion, yes.
22      Q.  Besides Officer Spikes, did you find any
23  witness that indicated that they thought Ms. Jones
24  intentionally hit Officer Spikes with her car?
25              MS. KALCHTHALER:  Objection, form.
```

```
         1    A.  No.
         2    Q.  (BY MR. LEWIS) So, would you agree that the
         3  only evidence you found that it was intentional was from
         4  what Officer Spikes told you?
00:22    5            MS. KALCHTHALER:  Objection, form.
         6    A.  That's correct.
         7    Q.  (BY MR. LEWIS) Did you ever look at the video
         8  from this incident?
         9    A.  I did.
00:22   10    Q.  When?
        11    A.  Well, it took a little bit of time.  I can't
        12  remember exactly.  We did get the video and I did review
        13  it, but I can't remember exactly when.  It was -- it was
        14  turned in to us because we have to obtain it from the --
00:22   15  from the school.  I don't remember exactly.  It might
        16  have been a few days after, after the incident.
        17    Q.  Can you not access the school cameras from the
        18  police station?
        19    A.  They're based on an internet system.  It's an
00:23   20  internet-based camera system; and it's hit or miss at
        21  best.  So, I really -- that's been over a year.  I can't
        22  answer if they were up or down at the time but --
        23    Q.  If -- if Officer Payne indicated that he had
        24  watched them through the school system at the police
00:23   25  station, would you have any reason to dispute that?
```

```
 1              MS. KALCHTHALER:  Objection, form.
 2         A.   No.  I mean, if he had access.
 3         Q.   (BY MR. LEWIS) That's something that you have
 4    access to when it's working, right?
 5         A.   When it's working, yes.
 6         Q.   Do you know how long after this incident it was
 7    that you first looked at the video?
 8         A.   No, sir, I don't recall exactly when.
 9         Q.   Would it -- could you give me any time frame at
10    all?
11         A.   I would say probably -- I mean, I'm guessing
12    maybe two or three days after the fact --
13         Q.   Okay.
14         A.   -- that I actually got the video that we could
15    put on -- you know, place into evidence.
16         Q.   And, so, that was a -- a week or -- within the
17    first week after the incident; is that fair?
18         A.   Yes, sir, I would say so.
19         Q.   Okay.  And how many times did you look at it?
20         A.   Several.
21         Q.   When you looked at it, did it appear to you
22    that Mrs. Jones was cutting her wheels away from Officer
23    Spikes and toward her front right?
24         A.   I would say she was pulling forward.  I don't
25    know if she was pulling -- she pulled forward slightly
```

1   and then to the right, yes, but I don't think she cut
2   the wheels to the right initially.  She went a little
3   bit forward and then she went to the right to move over
4   into the -- out of the traffic lane.
5       Q.  And where did you see Mrs. Jones looking when
6   she pulled --
7       A.  That's not evident from the video.  That's not
8   evident from the video.
9       Q.  Okay.  From the video can you see her left
10  front mirror?
11      A.  No, sir.
12      Q.  Could you actually see any part of Ms. Jones'
13  vehicle on that video touch Officer Spikes?
14      A.  No, sir, not that I observed.
15      Q.  But you saw a reaction from Officer Spikes
16  physically, or did you?
17      A.  I really didn't.  I really didn't.  I saw
18  whenever she got -- apparently got back up.  The
19  video -- again, the video, they spent a small -- a small
20  fortune on the system but, like I said, it's grainy and
21  those cameras move and you have no control over them.
22  And I -- if I remember correctly, that's one of the
23  cameras that move, from that video.  It moves.  It
24  rotates back and forth along the edge of that building.
25  So ...

1  A. Yes.
2  Q. (BY MR. LEWIS) And you didn't do any screening
3  about what was the better evidence or form any opinions
4  about that?
5           MS. BROUSSARD: Objection, form.
6           MS. KALCHTHALER: Objection, form.
7  Q. (BY MR. LEWIS) Is that correct?
8  A. The arrest had already been made. My job
9  wasn't to second-guess the officer at the time. My job
10 was to put it together and submit it.
11 Q. And what I'm saying is that your job, the way
12 BISD police department worked, was not to screen that
13 but, rather, to put together the information because
14 she's already been charged by --
15 A. What do you mean by screen it?
16 Q. Well, you've got from Officer Spikes --
17 A. Uh-huh.
18 Q. She's furnished you with information that --
19 that meets the elements of the charge, right?
20          MS. KALCHTHALER: Objection, form.
21 A. Okay.
22 Q. (BY MR. LEWIS) Is that correct?
23 A. Based on her affidavit, yes.
24          MS. KALCHTHALER: Objection.
25 Q. (BY MR. LEWIS) And if she hadn't given you the

|  |  |
|---|---|
| 1 | elements, you wouldn't have had enough information to |
| 2 | forward the charges to the district attorney, would you? |
| 3 | MS. KALCHTHALER: Objection, form. |
| 4 | A. No. I would have still forwarded it. |
| 00:51  5 | Q. (BY MR. LEWIS) You would have? |
| 6 | A. Absolutely. Let them make the decision. |
| 7 | Q. Even though nobody indicated any intent? |
| 8 | MS. KALCHTHALER: Objection, form. |
| 9 | MS. BROUSSARD: Objection, form. |
| 00:52 10 | A. The arrest was made. The arrest was made. |
| 11 | Q. (BY MR. LEWIS) Okay. |
| 12 | A. She was already going to jail. So, that's for |
| 13 | the district attorney's office to determine, not me. |
| 14 | Q. Okay. So, the fact that -- well, let's look at |
| 00:52 15 | it another way. If there hadn't been the elements of an |
| 16 | offense alleged, would Officer Spikes have been correct |
| 17 | in arresting Mrs. Jones? |
| 18 | MS. BROUSSARD: Objection, form. |
| 19 | MS. KALCHTHALER: Objection, form. |
| 00:52 20 | A. Well, I mean, if she had probable cause, felt |
| 21 | like she had probable cause, that's why she made the |
| 22 | arrest; and I -- I can't answer for what she thought -- |
| 23 | she was thinking at the time. You're asking me to -- to |
| 24 | second-guess her decision, and I -- I can't do that. |
| 00:52 25 | Q. (BY MR. LEWIS) Well, no, I'm not. I'm asking |