# EXHIBIT 3

(Continued from front)

rolled down her window and said, "Ms. Douglas can you please call the principal or someone to come help me! She's bothering me and all these other cars out here too." The officer was still saying, "Move your car!" I got on the phone to call the office. I'm not sure exactly what else was said, but they were exchanging words. The next thing I heard was the officer either said "Move or get out of your car." really loud. At this point, Mrs. Jones locked her doors and I noticed her hands shaking really bad and she was trying to dial a number on her cell phone, at the time she appeared to proceed to put her car in drive. (not sure if she was moving her car out of the way of traffic or what). As she did, her car moved up, and I then noticed the car bumped the officer as she was attempting to move her car. (It did hit her, but it didn't look intentional). The officer yelled, "You hit me! Get out of the car! Get out of the car now!" Mrs. Jones rolled up her window and at this point, she was telling someone on the phone what was happening. I got then went to her window she rolled it down about halfway and I said, "Ms. Jones just get out of the car before the situation gets any worse." I asked her several times, but she didn't. At this point the officer told me to get out of the way, and she continued to say to the parent, "Get out of the car!" I believe this is when I noticed the officer's gun was pulled out. I screamed in my cell phone to Mrs. Subject (our receptionist), "Get someone out here, the officer has a gun — she was hit by Mrs. Jones and won't get out the car!" By then all the kids were coming outside (the bell rang). I tried moving the kids, and I then saw Mrs Jones daughter screaming.

BISD 0009