# EXHIBIT 5

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       BEAUMONT DIVISION

 3    CHRISTINE JONES                )
                                     )
 4    VS.                            )
                                     ) CIVIL NO. 1:14-CV-00103
 5    TAMARA SPIKES AND              )
      BEAUMONT INDEPENDENT           )
 6    SCHOOL DISTRICT POLICE         )
      DEPARTMENT                     )
 7    *********************************************************

 8

 9

10
                    ORAL AND VIDEOTAPED DEPOSITION OF
11                         ERIC R. PAYNE, SR.
                            February 4, 2015
12

13

14

15    *********************************************************

16       ORAL AND VIDEOTAPED DEPOSITION OF ERIC R. PAYNE,

17    SR., produced as a witness at the instance of the

18    plaintiff, and duly sworn, was taken in the above styled

19    and numbered cause on February 4, 2015, from 9:06 a.m.

20    to 1:44 p.m., before Melissa Girouard, CSR in and for

21    the State of Texas, reported by machine shorthand

22    recording, at the law offices of Bush Lewis, 595 Orleans

23    Street, Suite 500, Beaumont, Texas, pursuant to the

24    Federal Rules of Civil Procedure and the provisions

25    stated on the record or attached therein.
```

```
 1          A.   That's correct.
 2          Q.   And you indicated that it consisted of three
 3   six-week phases and one four-week phase for a total of
 4   160 hours' training, right?
 5          A.   That's correct, if that adds up correctly, yes.
 6          Q.   Well, that's what it says in there, isn't it?
 7          A.   That's what it says, yeah.
 8          Q.   Okay.  And at the completion of the program,
 9   you had the discretion to terminate the officer's
10   employment with the district for unsatisfactory progress
11   on the officer's training.  Is that what it says?
12          A.   That's what it says.
13          Q.   And it indicates that you were her, Officer
14   Spikes, immediately -- immediate supervisor during her
15   field training, right?
16          A.   That's correct.
17          Q.   And you indicated that she successfully
18   completed the program under her -- under your direction?
19          A.   That's correct.
20          Q.   Do you -- after having reviewed the records
21   today, did you find any evidence of the -- of a
22   four-week Phase 4 for her?
23          A.   Uh-huh.  Well, yeah, some of them are short.
24   Some of them aren't here.
25          Q.   Okay.  In those records you didn't see that,
```

```
 1              though, did you?
 2                   A.   I'm sorry?
 3                   Q.   You didn't see any documentation of Phase 4 in
 4              the records that we went over, did you?
 5                   A.   I don't remember.  No, I don't think I did.
 6                   Q.   And, in fact, the -- the last entry that we
 7              saw --
 8                   A.   Was a 3.  I really don't know.  We've gone
 9              through so many.  Yeah.  No, I didn't see Phase 4,
10              you're right.
11                   Q.   Well, would you agree with me that the last
12              record we saw was August the 15th and, according to
13              what's written on it, is -- is Day 8 of Phase 3; is that
14              right?
15                   A.   That's correct.
16                   Q.   Okay.  Do you have any recollection of Officer
17              Spikes' training being cut short?
18                   A.   No, I don't.
19                   Q.   Did you make a recommendation that it be cut
20              short?
21                   A.   I really don't recall.
22                   Q.   If you had made a recommendation, would you
23              have made that in writing?
24                   A.   I would -- well, you've seen how I write little
25              notes on the thing.  I would have wrote it down and I
```

|  |  |
|---|---|
| 1 | would have typed a letter to the chief and told him, you |
| 2 | know, my suggestions or if he had asked me to cut it |
| 3 | short, I would have written something. I'm good at |
| 4 | documenting different things. So, I just -- I don't |
| 03:38  5 | really recall. |
| 6 | Q. Well, something like that would have been |
| 7 | important enough that you would have documented it, |
| 8 | right? |
| 9 | A. For me, yes. |
| 03:38 10 | Q. And the reason is is that that's not a typical |
| 11 | training program to cut it short, is it? |
| 12 | A. That's correct. |
| 13 | Q. The -- on the date -- first off, do you recall |
| 14 | Ms. Spikes having an incident at Vincent Middle School |
| 03:38 15 | back in 2013? |
| 16 | A. I'm not sure of the date, the year. I'm |
| 17 | familiar with an incident, but I'm not sure if the year |
| 18 | is 2013 or '12 or '10 or ... |
| 19 | (Exhibit 3 marked.) |
| 03:39 20 | Q. (BY MR. LEWIS) Let me hand you a dispatch |
| 21 | record that I've marked as Exhibit 3 for May 2nd, 2013, |
| 22 | and ask if that shows that you were dispatched to |
| 23 | Vincent Middle School on that day regarding a |
| 24 | disturbance? |
| 03:39 25 | MS. KALCHTHALER: Objection, form. |

```
 1  random stuff.
 2      Q.  Did she ever contact you, that you recall,
 3  after May 2nd, 2013, to ask you for advise or mentoring
 4  of any kind?
 5      A.  I don't recall.
 6      Q.  Did she ever call you on May the 2nd, after you
 7  left the scene, about advise on how to handle the
 8  situation or the charges against Ms. Jones?
 9      A.  I may have called her checking on her,
10  following up.  I'm just going by -- I really don't
11  remember, but that's my personality.  I would have
12  called her to check on her, and the charges were already
13  filed by the time we talked.
14      Q.  When a Beaumont -- BISD police officer files
15  charges on a suspect, does anyone in the police
16  department at BISD ever review those charges?
17      A.  Your supervisor.
18      Q.  Okay.  And how are they reviewed?
19      A.  Well, they're put in the computer; and it's
20  sent till you look at it.  You read over it, and you
21  look at it.
22      Q.  If --
23      A.  Or they print it out and give it to you.  You
24  read it and review it.
25      Q.  In your opinion, if Ms. Jones had accidentally
```

```
 1  struck Ms. Spikes with her vehicle, would that be
 2  assault on a police officer?
 3       A.  No.
 4            MS. KALCHTHALER:  Objection, form.
 5       Q.  (BY MR. LEWIS)  Is your understanding of what
 6  happened with Officer Spikes that day at Vincent Middle
 7  School based only on what Ms. Spikes told you?
 8       A.  Right.
 9       Q.  So, you don't have any other information other
10  than what was provided by Officer Spikes?
11       A.  That's correct.  And probably video that I
12  looked at a long time ago.
13       Q.  Have you looked at a video?
14       A.  When it happened, a long time ago.  May,
15  whatever you said, 13th, twenty --
16       Q.  How soon after that did you look at the video?
17       A.  I don't recall.
18       Q.  How would you get access to the video?
19       A.  It was at the station.  I mean, we have -- I
20  have access to the cameras.  I can pull up anything
21  anytime, download it.
22       Q.  From the schools?
23       A.  From any school.
24       Q.  Okay.
25       A.  In my -- in my office from the -- yeah, I can
```