# EXHIBIT 6

1. Park or stand irrespective of the provisions of the Uniform Act.
2. Proceed past a red or stop signal or stop sign, but only after slowing down as may be necessary for safe operation.
3. Disregard regulations governing direction of movement or turning in specified directions.
4. Exceed the maximum speed limit by no more than 10 miles per hour. Exceeding the speed limit by MORE than 10 miles per hour shall only be permitted if:
   a. A life threatening situation exists; and,
   b. Traffic conditions permit such speeds without causing an unreasonable risk.

## PROCEDURES CHAPTER NINE:  RADIO/COMMUNICATIONS PROCEDURES

### 07-92/000.  SECTION 1:  GENERAL REQUIREMENTS

### 07-92/001.  OFFICERS
On-duty officers will monitor the radio except when instructed otherwise or when conducting necessary business on another channel.

### 07-92/002.  ANSWERING RADIO
Officers will acknowledge promptly when their unit is called by a dispatcher.
Officers will answer with their basic location. It is not necessary to elaborate on a location with unnecessary references to landmarks, nearby businesses, etc.

### 07-92/003.  BREVITY
Officers are admonished to keep radio transmissions as brief as possible. No radio transmission should EVER exceed 20 seconds. Messages requiring more than 20 seconds will be broken into segments which will periodically allow time for emergency transmissions.

### 07-92/004.  CLEARING BY DISPATCHER
Following any transmission to a dispatcher, it is the officer's responsibility to ensure that the dispatcher clears on the transmission.

### 07-92/005.  REPEATER DELAY
There is a delay of approximately 0.8 seconds between the time the radio mic is keyed and the time transmission can begin. Therefore, it is essential that officers pause briefly before speaking after the mic is keyed.

### 07-92/006. TEN CODES
The following set of "ten codes" will be utilized as much as possible during radio communications:

BISD000133

| Code 1 | Non -Emergency |
|--------|----------------|
| Code 3 | Emergency Call Response |
| 10-4 | Acknowledgment (OK) |
| 10-7 | Out of service |
| 10-9 | Subject has Misdemeanor Warrant |
| 10-10 | Subject has Felony Warrant |
| 10X | Officer Need Assistance |
| 10-13 | Deceased peron |
| 10-15 | Fight |
| 10-20 | Location |
| 10-99 | Wanted/stolen indicated |

## 07-92/007. PHONETIC ALPHABET

The following phonetic alphabet will be used for transmission of separate letters when necessary:

| | | | |
|---|---|---|---|
| A | Alpha | N | November |
| B | Bravo | O | Oscar |
| C | Charlie | P | Papa |
| D | Delta | Q | Quebec |
| E | Echo | R | Romeo |
| F | Foxtrot | S | Sierra |
| G | Golf | T | Tango |
| H | Hotel | U | Uniform |
| I | India | V | Victor |
| J | Juliette | W | Whiskey |
| K | Kilo | X | X-ray |
| L | Lima | Y | Yankee |
| M | Mike | Z | Zulu |

When using the phonetic alphabet for spelling purposes, it is not necessary to use each letter before its phonetic equivalent. For example, the word "hat" should be spelled "hotel-alpha-tango" instead of "H,hotel-A,alpha-T,tango."

## 07-92/008. TRANSMIT ON CLEAR CHANNEL

Officers shall listen to the radio before transmitting to determine whether or not the channel is clear.

## 07-92/009. PROHIBITED TRANSMISSIONS

The following types of radio transmissions are strictly prohibited by the Department as

BISD000134

well as by Federal Communications Commission regulations:

1. Unnecessary signals, messages, or communications of any kind
2. Profane, indecent, or obscene language
3. Unlawful or malicious interference with other radio communications and
4. Unidentified transmissions

**07-92/010.  SLANG**
Slang shall be avoided during radio transmissions.

**07-92/011.  EXPRESSION OF EMOTION**
During radio transmissions, the expression of attitudes or emotions such as humor, anger, sarcasm, gratitude and excitement is prohibited. Such expressions evidence an unprofessional attitude as well as making radio transmissions difficult to understand.

**07-92/012.  USE OF NAMES**
Names of officers and/or dispatchers will not be broadcast or used over the radio unless absolutely necessary.

**07-92/013.  UNNECESSARY QUESTIONS/INFORMATION**
Officers should refrain from asking unnecessary questions of a dispatcher or continuing to ask questions after the dispatcher has stated "no other information".

**07-89/014.  INFORMATION REQUESTS**
Officers should not request communications personnel to conduct records checks, make phone calls, or perform other tasks which are not immediately necessary.

**07-92/015.  PERSONAL MESSAGES**
The Department radio will only be used for personal messages in cases of emergency.

**07-92/016.  CALLING BISDPD. DISPATCHER**
When calling a dispatcher, officers need only identify themselves by unit number. For example:

    Unit          "100"

    Dispatcher   "100"

**07-92/017.  BISD COMMUNICATION CHANNEL**
Radio traffic will be in plain English without ten-codes.

**07-93/000.  SECTION 2: CALL RESPONSE**

### 07-93/001.  IMMEDIATE RESPONSE
An officer, when dispatched on a call of any nature, will proceed to that call as expeditiously as possible. Response to a dispatched call will only be delayed due to an emergency situation or other "on-view" situation encountered enroute to the dispatched call.

An officer unable to make immediate response to a call will so notify the dispatcher.

### 07-93/002.  ACKNOWLEDGE A CALL
At such time as an officer is assigned a call, he/she will orally acknowledge the call. It is not necessary to state such things as "ENROUTE", "OFF BEAT ENROUTE", "I'M A LONG WAY OFF", etc. A mic pop is not sufficient to acknowledge a call.

### 07-93/003.  OFFICER INITIATED ACTIVITY
At such time as an officer initiates or becomes involved in activity which will put him/her out of service, the officer will so notify the dispatcher.

Upon stopping a traffic violator, the officer will so advise the dispatcher and will also broadcast his/her location as well as the vehicle license number.

### 07-93/004.  EMERGENCY TRAFFIC
Immediately following sounding of the alert tone or the words "10-33 traffic" by a dispatcher, all units not involved in the emergency situation will refrain from using the primary radio channel.

During extended periods of emergency traffic on the primary channel, all unaffected units may be directed to monitor the secondary radio channel by a dispatcher.

### 07-93/005. CANCELING ASSIGNED BACKUP
An officer should refrain from canceling his/her assigned back-up unit unless the officer has already arrived on the scene of the call and is fully aware of the situation.

### 07-93/006.  UNASSIGNED RESPONSE
An officer should not respond to a call to which he/she has not been assigned unless authorized to do so by the dispatcher or a supervisor.

### 07-93/007.  ARRIVAL AT SCENE
When an officer arrives at the scene of a dispatched call, the officer will so inform the dispatcher.

### 07-90/008.  IN SERVICE
An officer going in service after any activity is required to notify the dispatcher. At the time an officer returns to service, the details of any previous activity will only be broadcast when absolutely necessary.

### 07-93/009.  LEAVING ASSIGNED DISTRICT

BISD000136

An officer will notify the dispatcher prior to leaving his/her assigned district for any reason other than shift change or an assigned call.

## 07-93/010.  INFORMATION FOR GENERAL BROADCAST

An officer investigating a serious crime involving an "at large" suspect will provide all pertinent information to the dispatcher for general broadcast.

## 07-93/011.  INFORMATION NOT FOR BROADCAST

The following types of information will not be broadcast over the police radio. Officers shall not request a dispatcher to broadcast such information:

1.  The names of complainants and,
2.  The names of witnesses

## PROCEDURES CHAPTER TEN: PRESS RELATIONS

## 07-94/000.  SECTION 1:  PURPOSE AND INTENT

### 07-94/000.1.  PURPOSE AND INTENT

This chapter is intended to direct Departmental personnel toward good press relations by identifying their responsibilities in dealing with the news media.

It is not the responsibility of the Department to act as a filter or censor of information, or to use its authority to make decisions about the amount or type of information made available to the community. It is the policy of the Department to observe such legal guidelines as will protect individual rights to privacy without jeopardizing the criminal investigation process.

## 07-95/000.  SECTION 2:  MAJOR INCIDENTS

### 07-95/000.1. PRESS CREDENTIALS

Legitimate reporters and photographers will be allowed access to scenes of police incidents pursuant to restrictions placed on them by the ranking officer at the scene or detailed in other sections of this chapter. If deemed necessary by the scene supervisor, news media members may be required to display Texas Department of Public Safety press credentials for admission to the scene.

Amateur photographers and persons without proper media accreditation will be regarded as bystanders and will be given no more liberty at the scene of an incident than other members of the general public.

## 07-96/000  SECTION 3:  CRIME SCENES

### 07-96/001.  MEDIA ACCESS

Members of the news media will be given access to crime scenes as soon as determined practicable , with the following exceptions:

BISD000137