IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § | |
| | § | CIVIL ACTION NO. 1:14-CV-00103 |
| VS. | § | |
| | § | Judge Ron Clark |
| TAMARA SPIKES and | § | Magistrate Judge Keith Giblin |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT POLICE | § | |
| DEPARTMENT | § | |

**DEFENDANT TAMARA SPIKES' SUR-REPLY TO PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO OPPOSED MOTION TO EXTEND, OR IN THE ALTERNATIVE, REVISE TIME FOR DESIGNATING PLAINTIFF'S EXPERT WITNESSES**

Defendant Tamara Spikes files this Sur-Reply to Plaintiff's Reply to Defendant's Response to Plaintiff's Opposed Motion to Extend, or in the Alternative, Revise Time for Designating Plaintiff's Expert Witnesses, and would show the Court, as follows:

**SPIKES' SUR-REPLY**

1. In addition to the three persons listed by Plaintiff as being deposed in this matter in late November and early December (BISD Officer Custer, BISD Dispatcher Flanagan and Plaintiff Jones), depositions of the following persons have been taken:

   a. BISD Dispatcher Jada Day (January 14, 2015);

   b. BISD Officer Donald Jackson (January 14, 2015);

   c. BISD Officer Eric Payne (February 4, 2015);

   d. BISD Officer Aqua Delco (February 4, 2015);

   e. BISD Officer Danny Moore (February 4, 2015); and

   f. BISD Officer David Hall (February 4, 2015).

1

2. Counsel for Plaintiff asserts that more depositions are necessary before it can be determined if "there is a need to hire a particular type of expert." Plaintiff asserts that the witnesses he wants to take the depositions of are out of her control, including the husband of Plaintiff Jones. Certainly the information he has is known to Plaintiff, and therefore, presumably known to Plaintiff's Counsel.

3. As noted before, Plaintiff's counsel had ample opportunity to investigate this matter and should have, prior to filing suit, determined the need for an expert. In addition to the depositions which have been taken, Plaintiff has had Defendant's expert designation since October 23, 2014. She has had Defendant's Motion to Dismiss and in the Alternative, Motion for Summary Judgment since December 2, 2014. Plaintiff has filed both a Response to the Motion (Dkt. 59) and a Sur-Reply (Dkt. 61). Therefore, since early December 2014, if not earlier, Plaintiff should have been able to determine the need for experts without further depositions.

4. Given the above, to allow Plaintiff more time to now designate an expert on liability in this matter is prejudicial to Defendants. As previously noted, Plaintiff's request forces the Defendants to disclose their experts first and give Plaintiff the opportunity to evaluate defense experts before any designation. It also allows Plaintiff to wait until Defendants have met the deadline under the scheduling order to file dispositive motions and then ask for further time to take depositions and designate experts.

5. Based on the above, maintaining the deadlines as found in the original Scheduling Order avoids prejudice to any party.

## **PRAYER**

Defendant Spikes requests the Court deny Plaintiff's Opposed Motion to Extend, or in the alternative, Revise Time for Designating Plaintiff's Expert Witnesses, and for such other relief, general or special, at law or in equity, to which she may show herself to be entitled.

Respectfully submitted,

WALSH, ANDERSON, GALLEGOS,
 GREEN & TREVINO P.C.

*/s/ James E. Byrom*
James E. Byrom
State Bar No. 03568100
jbyrom@wabsa.com
Kelley L. Kalchthaler
State Bar No. 24074509
kkalchthaler@wabsa.com
10375 Richmond Ave. Suite 750
Houston, Texas  77042-4196
(713) 789-6864 (phone)
(713) 789-9318 (facsimile)

ATTORNEYS FOR DEFENDANT
TAMARA SPIKES

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2015, a true and correct copy of the foregoing was served upon counsel of record as follows:

Kenneth W. Lewis            *Via Electronic Case Filing.*
Stephen L. Townsend
BUSH LEWIS, P.L.L.C.
595 Orleans Street, Suite 500
Beaumont, Texas 77701
*Attorneys for Plaintiff*

Christopher B. Gilbert         *Via Electronic Case Filing*
Frances R. Broussard
THOMPSON & HORTON, L.L.P.
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
*Attorneys for Defendant Beaumont ISD*


                                     */s/ James E. Byrom*
                                     James E. Byrom