Case 1:14-cv-00103-RC-KFG   Document 65-1   Filed 02/13/15   Page 1 of 1 PageID #: 1275

Case 1:14-cv-00103-RC-KFG   Document 65-1   Filed 02/13/15   Page 1 of 1 PageID #: 1275

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | C.A. No. 1:14-cv-00103 |
| TAMARA SPIKES and BEAUMONT | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| POLICE DEPARTMENT, | § | |
| | § | |
| Defendants | § | |

## ORDER

On this day, the Court considered Plaintiff's Motion for Leave to File Second Amended Original Complaint. After consideration of this Motion, the responses filed by both Defendant Beaumont Independent School District and Defendant Tamara Spikes, and any oral argument, the Court finds that under Rule 16, the Plaintiff has failed to show good cause for amending her complaint this late in the lawsuit, and particularly after the Defendants have designated expert witnesses, taken the Plaintiff's deposition, and filed their Motions for Summary Judgment. Additionally, and for the same reasons, under Rule 15 Plaintiff has unduly delayed seeking leave to amend, and allowing the Plaintiff to amend at this late date would cause undue prejudice to the opposing parties, and would ultimately be futile.

Accordingly, Plaintiff's Motion for Leave to File Second Amended Original Complaint is DENIED.