IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTINE JONES | § | |
| | § | |
| VS. | § | NO. 1:14CV00103 |
| | § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT AND | § | |
| TAMARA SPIKES | § | |

## MEDIATOR REPORT

In accordance with the Court's Order, a mediation conference was held on February 25, 2015. The conference resulted in settlement. All parties and counsel were present.

The settlement is contingent upon approval by the Board of Managers of BISD at its March 26, 2015 meeting.

SIGNED this 2nd day of March, 2015.

_____
ROBERT A. BLACK, Mediator

BEAULITIGATION:1459937.1

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true copy of the Mediator Report was e-filed pursuant to the Federal Rules of Civil Procedure to the following this 2nd day of March 2015:

Ken Lewis
Bush Lewis, PLLC
595 Orleans Street, Suite 500
Beaumont, Texas 77701


Christopher B. Gilbert
Ms. Frances Broussard
Phoenix Tower, Sutie 2000
3200 Southwest Freeway
Houston, Texas 77027

Jim Byrom
Walsh, Anderson, Gallegos, Green and Trevino, PC
10375 Richmond Avenue, Suite 750
Houston, Texas 77042-4196

                 _____
                 ROBERT A. BLACK