

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **CHRISTINE JONES,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:14-CV-103 |
| | § | |
| **TAMARA SPIKES,** | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT POLICE DEPT.,** | § | |
| **and BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER DIRECTING PARTIES
## TO FILE CLOSING DOCUMENTS PURSUANT TO SETTLEMENT

In accordance with 28 U.S.C. § 636(b)(1) and the Local Rules for the United States District Court for the Eastern District of Texas, the District Court referred the above-captioned civil action to the undersigned United States Magistrate Judge for determination of pretrial motions and proceedings and entry of findings of fact and recommended disposition on case-dispositive motions. The mediator in this case notified the Court, in writing, that the parties have reached a settlement, subject to final approval of the board of managers for defendant Beaumont Independent School District. *See Notice of Settlement* (doc. #69). The issue is set for the board's March 26, 2015, meeting. *Id.*

In the interest of judicial resources and in light of the potential settlement, the Court

**ORDERS that all pending motions are TERMINATED as MOOT** at this time, without prejudice to reassert at a later date should final settlement not be obtained.  At this time, the case remains set on Chief United States District Judge Ron Clark's May 2015 docket pending receipt of final closing papers.

Accordingly, based upon the notification of settlement, the Court further **ORDERS** that the parties or their counsel shall submit to the court all papers necessary (*e.g.* proposed judgment, motion for dismissal and/or stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41) for the closing of this case and its removal from the active docket of this Court **on or before April 10, 2015.  If such papers are not received by the Court by the scheduled deadline, the court may order dismissal of this action without further notice *or* schedule a settlement conference as soon as practicable.**  Within 60 days of a dismissal order, any party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact obtained.  In the event the case is reinstated, counsel retains the responsibility to re-urge any motions.  Pursuant to the settlement, the Court will enter a final order of dismissal after receiving the necessary closing documents as addressed herein.

It is so ordered.
**SIGNED this the 2nd day of March, 2015.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE