IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **CHRISTINE JONES** § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | Civil Action No. 1:14-cv-00103 | |
| § | | |
| **TAMARA SPIKES and** § | | |
| **BEAUMONT INDEPENDENT** § | | |
| **SCHOOL DISTRICT POLICE** § | | |
| **DEPARTMENT,** § | | |
| Defendants. § | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Christine Jones, and hereby stipulates that she no longer wishes to pursue any claims, demands or causes of action which were or might have been asserted against Tamara Spikes and Beaumont Independent School District in the above-numbered cause of action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that this matter be dismissed with prejudice, and that each party bear their own costs of court, fees, and expenses.

Respectfully submitted,

By: /s/ Kenneth W. Lewis
Kenneth W. Lewis
State Bar No. 12295300
Stephen L. Townsend
State Bar No. 24071539
BUSH LEWIS, P.L.L.C.
595 Orleans Street, Suite 500
Beaumont, Texas  77701
Telephone: 409-835-3521
Facsimile: 409-835-4194
*Attorneys for Plaintiff Christine Jones*

1

**AGREED AS TO FORM AND SUBSTANCE:**

By: */s/ Christopher B. Gilbert*
   Christopher B. Gilbert
   State Bar No. 00787535
   Frances R. Broussard
   State Bar No. 24055218
   THOMPSON & HORTON, L.L.P.
   3200 Southwest Freeway, Suite 2000
   Houston, Texas  77027
   Telephone: 713-554-6767
   Facsimile: 713-583-8884
   *Attorneys for Defendant Beaumont ISD*


By: */s/ James E. Byrom*
   James E. Byrom
   State Bar No. 03568100
   Kelley K. Kalchthaler
   State Bar No. 24074509
   WALSH, ANDERSON, GALLEGOS, GREEN
      & TREVIÑO, P.C.
   10375 Richmond Avenue, Suite 750
   Houston, Texas 77042
   Telephone:  (713) 789-6864
   Facsimile:   (713) 789-9318
   *Attorneys for Defendant Tamara Spikes*