# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **CHRISTINE JONES** § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | | Civil Action No. 1:14-cv-00103 |
| § | | |
| **TAMARA SPIKES and** § | | |
| **BEAUMONT INDEPENDENT** § | | |
| **SCHOOL DISTRICT POLICE** § | | |
| **DEPARTMENT,** § | | |
| Defendants. § | | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the ___ day of _____, 2015, the Court considered Plaintiff's Stipulation of Dismissal with Prejudice. The Court is of the opinion that said matter should be dismissed with prejudice. IT IS THEREFORE,

ORDERED, ADJUDGED and DECREED that Plaintiff's claims which were brought against Beaumont Independent School District and/or Tamara Spikes are hereby DISMISSED WITH PREJUDICE.

The parties shall each bear their own respective costs of court, fees, and expenses. Any relief not expressly granted herein is DENIED.

AGREED:

By: */s/ Kenneth W. Lewis*
    Kenneth W. Lewis
    State Bar No. 12295300
    Stephen L. Townsend
    State Bar No. 24071539
    BUSH LEWIS, P.L.L.C.
    595 Orleans Street, Suite 500
    Beaumont, Texas 77701
    Telephone: 409-835-3521
    Facsimile: 409-835-4194
    *Attorneys for Plaintiff Christine Jones*


By: */s/ Christopher B. Gilbert*
    Christopher B. Gilbert
    State Bar No. 00787535
    Frances R. Broussard
    State Bar No. 24055218
    THOMPSON & HORTON, L.L.P.
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027
    Telephone: 713-554-6767
    Facsimile: 713-583-8884
    *Attorneys for Defendant Beaumont ISD*


By: */s/ James E. Byrom*
    James E. Byrom
    State Bar No. 03568100
    Kelley K. Kalchthaler
    State Bar No. 24074509
    WALSH, ANDERSON, GALLEGOS, GREEN
       & TREVIÑO, P.C.
    10375 Richmond Avenue, Suite 750
    Houston, Texas 77042
    Telephone: (713) 789-6864
    Facsimile: (713) 789-9318
    *Attorneys for Defendant Tamara Spikes*