IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **CHRISTINE JONES,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:14-CV-103** |
| | § | |
| **TAMARA SPIKES,** | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT POLICE** | § | |
| **DEPARTMENT, and** | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT,** | § | |
| | § | |
| *Defendants.* | § | |

### ORDER OF DISMISSAL

Before the Court is the plaintiff's Stipulation of Dismissal with Prejudice [Doc. #71]. The parties represent that all matters have been settled and the plaintiff accordingly requests dismissal of her claims with prejudice.

The Court **ORDERS** that the stipulation [Doc. #71] is **ACCEPTED**. The plaintiff's claims against all defendants are **DISMISSED** in their entirety with prejudice. Any costs, fees, or expenses shall be borne by the party incurring the same, as agreed by the parties. The Court retains jurisdiction to enforce any settlement. This constitutes a final judgment for appeal purposes. Finally, the Clerk is directed to **CLOSE** this case.

So **ORDERED** and **SIGNED** this **25** day of **April, 2015.**

_____
Ron Clark, United States District Judge